UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama banking corporation,

Plaintiff,

Case No. 8:12-cv-1837-TMAP

v.

MARVIN I. KAPLAN, an individual; R1A PALMS, LLC, a Florida limited liability company; LIGHTHOUSE POINTE, LLC, a Florida limited liability company; WELLS FARGO, N.A., a national banking association, as successor by merger with Wachovia Bank, N.A.; TRIPLE NET EXCHANGE, LLC, a Delaware limited liability company; MK INVESTING, LLC, a Florida limited liability company; BNK SMITH, LLC, a Florida limited liability company; and SMITH ADVERTISING & ASSOCIATES, INC., a North Carolina corporation,

Defendants.
_______________________________________/

## ACCEPTANCE OF SERVICE

COMES NOW, J. Scott Flowers, Esq., of the law firm of Hutchens, Senter, Kellam and Pettit, P.A., and states that he is authorized to and does hereby accept service of process of the Counterclaim and Crossclaims/Amended Counterclaim and Crossclaims on behalf of Defendant G. Todd Smith a/k/a Todd Smith.

Acceptance of Service this 17 day of July, 2013.

J. Scott Flowers, Esq.
North Carolina Bar No. 31525
Hutchens, Senter, Kellam and Pettit, P.A.
4317 Ramsey Street
Fayetteville, North Carolina 28311
Ph 910/864-6888; Fax 910/864-6848