UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama
banking corporation,

      Plaintiff,

v.

MARVIN I. KAPLAN, an individual;
R1A PALMS, LLC, a Florida limited
liability company; LIGHTHOUSE POINTE,
LLC, a Florida limited liability company;
WELLS FARGO, N.A., a national banking
association, as successor by merger with
Wachovia Bank, N.A.; TRIPLE NET
EXCHANGE, LLC, a Delaware limited
liability company; MK INVESTING, LLC,
a Florida limited liability company; BNK SMITH,
LLC, a Florida limited liability company; and
SMITH ADVERTISING & ASSOCIATES, INC., a
North Carolina corporation,

      Defendants.
_____/

Case No. 8:12-cv-1837-EAK-MAP

## MOTION FOR FINAL DEFAULT JUDGMENT AGAINST G. TODD SMITH, GARY T. SMITH, LUCY B. SMITH AND SMITH ADVERTISING & ASSOCIATES, INC.

COMES NOW, Defendants/Counter-Claimants/Cross-Claimants Marvin I. Kaplan, R1A Palms, LLC , Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC (hereinafter "Cross-Claimants"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), hereby move this Court for entry of a Final Judgment after Default against G. Todd Smith, Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc. (hereinafter collectively referred to as the "Parties in Default"). Cross-Claimants respectfully request entry of final default judgment as to liability and entitlement to damages, with a reservation as to the amount

of damages. Cross-Claimants are entitled to the relief requested because G. Todd Smith, Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc. failed to timely serve or file an answer or any other response on undersigned as required by law and the Clerk has entered Defaults against the Parties in Default. In support thereof, Cross-Claimants state:

1. On August 13, 2012, Cross-Claimants filed their Counterclaim against Bridgeview, Inc., Regions Bank, Robert Shaw, G. Todd Smith, Gary T. Smith, Lucy B. Smith, Smith Advertising & Associates, Inc., Charles A. Starr, III, The Florida Bankers Association, Inc., and Wells Fargo, N.A. (Doc. 3).[1]

2. On August 30, 2012, Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc. were properly served with a copy of the Counterclaim. (Doc. 168).

3. Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc. failed to comply with Rule 12 of the Federal Rules of Civil Procedure by not serving or filing an answer or response to the Counterclaim.

4. On October 22, 2013, Cross-Claimants moved for Entry of Clerk's Default against Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc. (Doc. 168).

5. Default was entered against Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc on October 23, 2013 (Doc. 169, Doc. 170 & Doc. 171).

6. On July 17, 2013, G. Todd Smith was properly served with a copy of the Counterclaim. (Doc. 137).

7. On August 26, 2013, Cross Claimants moved for Entry of Clerk's Default against G. Todd Smith. (Doc. 139).

---

[1]Amended Counterclaim and Crossclaim was filed by Cross-Claimants on April 4, 2013. (Doc. 93).

8.  Default was entered against G. Todd Smith on August 28, 2013. (Doc. 141).

9.  To date, no answer or response has been filed by any of the Parties in Default.

## Memorandum of Law

Rule 12 of the Federal Rules of Civil Procedure requires that a defendant must serve an answer "within 21 days after being served with a counterclaim or crossclaim." To date, no answer or written response to the Counterclaim or Cross-Claim has been filed by the Parties in Default. Rule 55 of the Federal Rules of Civil Procedure provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown" then the clerk must enter the party's default. After the clerk has entered a default against a party, then the party seeking affirmative relief "must apply to the court for default judgment." Fed.R.Civ.P.55. In compliance with the Federal Rules of Civil Procedure, Cross-Claimants requested that the Clerk enter Default after the Parties in Default failed to file an answer or written response. In response, and as described in more detail above, defaults were subsequently entered against the Parties in Default. Accordingly, Cross-Claimants are entitled to an entry of default judgment against G. Todd Smith, Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc. in accordance with Fed. R. Civ. P. 55.

WHEREFORE, Cross-Claimants respectfully request that this Court enter a Default Final Judgment against G. Todd Smith, Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc, as to liability in favor of Cross-Claimants' favor and as to their entitlement to damages, and that the Court reserve judgment on the amount of damages, and granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record identified on the below Service List.

/s/Jon D. Parrish, Esq.
Jon D. Parrish, Esq.
Florida Bar No. 984329
Parrish & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109
Ph 239/566-2013; Fax 239/566-9561
jonparrish@napleslaw.us

## SERVICE LIST

David S. Garbett, Esq.
Joseph D. Perkins, Esq.
Jonathan H. Kaskel, Esq.
Garbett, Stiphany, Allen & Roza, P.A.
Brickell Bay View Centre - Suite 3100
80 S.W. 8th Street
Miami-Dade County, Florida 33130
Ph   305/536-8861
Fax  305/579-4722
dgarbett@gsarlaw.com
jperkins@gsarlaw.com
emiller@gsarlaw.com
*Attorneys for Regions Bank and Robert Shaw*

Mark J. Ragusa, Esq.
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 2500
Tampa, Florida 33602
Ph   813/222-6619
Fax  813/314-6919
mragusa@gunster.com
*Attorneys for Wells Fargo*

Michael B. Colgan, Esq.
Rachel K. Jones, Esq.
William G. Lazenby, Esq.
Glenn Rasmussen, P.A.
100 South Ashley Drive, Suite 1300
Tampa, Florida 33602
Ph   813-229-3333
Fax  813-229-5946
mcolgan@glennrasmussen.com
djones@glennrasmussen.com
***Attorneys for Florida Bankers Association***

A. Brian Albritton, Esq.
Eric R. Pellenbarg, Esq.
Phelps Dunbar, LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Ph   813-472-7550
Fax  813-472-7570
brian.albritton@phelps.com
pellenbe@phelps.com
***Attorneys for Larry Starr***

Jason M. Ellison, Esq.
William G. Lazenby, Esq.
Englander and Fischer, LLP
721 First Ave. No.
St. Petersburg, Florida 33701
Ph   727/898-7210
Fax  727/898-7218
jellison@eflegal.com
wlazenby@eflegal.com
***Attorneys for Bridgeview Bank Group***