UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

    Plaintiff,

v.                                  CASE NO. 8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, et al.,

    Defendants

_____/

MARVIN I. KAPLAN, et al.,

    Counterclaim/
    Crossclaim Plaintiffs,

v.

ROBERT NICHOLAS SHAW, et al.,

    Counterclaim/
    Crossclaim Defendants.

_____/

ORDER

This cause is before the Court on:

    Dkt. 359    Motion to Extend Time to File
                     Defendants' Expert Disclosure
    Dkt. 364    Supplemental Motion for Extension of
                     Time to File Expert Disclosure
    Dkt. 368    Response in Opposition (Wells Fargo Bank, N.A.,
                     Bridgeview Bank Group, Regions Bank)
    Dkt. 370    Motion to Strike or Exclude Kaplan Parties' Expert
                     Witnesses

Case No. 8:12-CV-1837-T-17MAP

     The Kaplan Parties (Kaplan and Kaplan LLCs) move to extend the deadline for expert disclosures (4/14/2015) to June 15, 2015.

     Regions Bank, Bridgeview Bank Group and Wells Fargo Bank, N.A. ("Bank Parties) oppose the Kaplan Parties' Motion. The Bank Parties argue that the Kaplan Parties have not established good cause for the extension, have not been diligent, and did not confer with counsel in order to resolve the issues raised in their Motions. The Kaplan Parties have disclosed the names of expert witnesses, but have not provided a written report containing a complete statement of all opinions, and the basis and reasons therefore.

     After consideration, the Court denies the Motion to Extend Time to File Defendants' Expert Disclosure, and the Supplemental Motion for Extension of Time to File Expert Disclosure. This case has been pending since 2013, and the deadline for expert disclosures was set in the Amended Case Management and Scheduling Order (Dkt. 300) in September, 2014. The Kaplan Parties have not established good cause for an extension of the expert disclosure deadline, and in light of the shortened schedule for this case, the Court cannot grant an extension of time for expert disclosure to June 15, 2015. The Kaplan Parties shall make complete expert disclosures by May 15, 2015. Accordingly, it is

     **ORDERED** that the Motion to Extend Time to File Expert Disclosures (Dkt. 359) is **denied** and the Supplemental Motion for Extension of Time to File Expert Disclosure (Dkt. 364) is **denied**. The Kaplan Parties **shall make** complete expert disclosures **by May 15, 2015**. The Motion to Strike or Exclude Expert Witnesses (Dkt. 370) is **denied without prejudice**.

Case No. 8:12-CV-1837-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 8th day of May, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record