UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

    Plaintiff,

v.    CASE NO.  8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, etc., et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 533    Consent Motion to File Under Seal (Regions Bank, Wells Fargo Bank, N.A., Bridgeview Bank Group) ("Bank Parties")

The Bank Parties request an order allowing the Bank Parties to file the specified documents under seal because the documents contain personal financial information. The Motion is unopposed.

After consideration, the Court grants the Bank Parties' Motion to File Under Seal. The documents shall remain under seal until the conclusion of this case, including any appeal, or until further order of the Court, whichever occurs first. The documents are being filed in support of a Joint Statement of Undisputed Facts. At the conclusion of this case, the Clerk of Court shall return the documents to Regions Bank for disposition. Accordingly, it is

Case No. 8:12-CV-1837-T-17MAP

**ORDERED** that the Consent Motion to File Under Seal (Dkt. 533) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 13th day of November, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record