UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

      Plaintiff,

v.                                                            CASE NO.  8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, etc., et al.,

      Defendants.

_____/

ORDER

    This cause is before the Court on:

    Dkt. 568    Amended Consent Motion to File Under Seal (Regions Bank, Wells Fargo Bank., N.A., Bridgeview Bank Group) ("Bank Parties")

    The Bank Parties request an order allowing the Bank Parties to file the specified documents under seal because the documents contain personal financial information. The Motion is unopposed.

    After consideration, the Court grants the Bank Parties' Motion to File Under Seal. The documents shall remain under seal until the conclusion of this case, including any appeal, or until further order of the Court, whichever occurs first.  The documents are being filed in support of a Joint Counter-Statement of Undisputed Material Facts in Opposition to Kaplan Parties' Motion for Summary Judgment.  At the conclusion of this case, the Clerk of Court shall return the documents to Regions Bank for disposition Accordingly, it is

Case No. 8:12-CV-1837-T-17MAP

**ORDERED** that the Amended Consent Motion to File Under Seal (Dkt. 568) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 3rd day of December, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record