UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

        Plaintiff,

v.                                                          CASE NO.  8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, etc.,
et al.,

        Defendants.

_____/


ORDER


This cause is before the Court on:

| Dkt. 592 | Consent Motion of Defendants/Counter-Claimants/Cross-Claimants to File Under Seal Pursuant to Fed. R. Civ. P. 5.2 |
| Dkt. 593 | Consent Motion of Defendants/Counter-Claimants/Cross-Claimants to File Under Seal Pursuant to Fed. R. Civ. P. 5.2 |
| Dkt. 594 | Consent Motion of Defendants/Counter-Claimants/Cross-Claimants to File Under Seal Pursuant to Fed. R. Civ. P. 5.2 |


The Kaplan Parties (Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC) request that the documents specified in the above motions be filed under seal, and the corresponding documents filed in the public docket be stricken.


I.  Dkt. 592


The Kaplan Parties previously filed Dkt. 583, Notice of Filing, with two attached exhibits: Dkt. 583-1, Regions Bank Deposit Agreement, and Dkt. 583-2, Smith Advertising & Associates Bridgeview Bank Account Record.

Case No. 8:12-CV-1837-T-17MAP

Regions Bank previously filed Dkt. 541, Notice of Filing, with two attached exhibits, among other exhibits: Dkt. 541-13, Declaration of Thomas L. Smitha, and Dkt. 541-14, Expert Report of Thomas L. Smith.

The Kaplan Parties seek leave to file the above documents under seal because the documents contain personal financial information or are otherwise confidential.  To the extent that the documents do not contain personal financial information, the Court assumes the documents were produced in discovery subject to a confidentiality agreement.

The Court has attached a copy of Local Rule 1.09 and CMECF Procedure III(C)(3)(c), which explain the procedure to file a document under seal.  After consideration, the Court **grants** the Consent Motion to File Under Seal as to the above documents, and **grants** the Motion to Strike the documents from the public docket.  The Clerk of Court **shall remove** Dkts. 583-1, 583-2, 541-13 and 541-14 from the public docket.  The Kaplan Parties **shall deliver** a copy of this Order and a paper copy of each document to the Clerk of Court to file the documents under seal.   These documents shall remain under seal through the final disposition of this case, including any appeal, or until further order of the Court, whichever occurs first.

II.  Dkt. 593

The Kaplan Parties previously filed Dkt. 585, Notice of Filing, with the following attached exhibits, among others:

| | |
|---|---|
| Dkt. 585-1 | Exhibit A |
| Dkt. 585-4 | Exhibit D |
| Dkt. 585-6 | Exhibit F |
| Dkt. 585-7 | Exhibit G |
| Dkt. 585-8 | Exhibit H |

Case No. 8:12-CV-1837-T-17MAP

| Dkt. 585-9 | Exhibit I |
|---|---|
| Dkt. 585-10 | Exhibit J |
| Dkt. 585-13 | Exhibit M |
| Dkt. 585-14 | Exhibit N |
| Dkt. 585-15 | Exhibit O |
| Dkt. 585-16 | Exhibit P |

For the same reasons stated above, the Court **grants** the Consent Motion to File the above documents under seal and **grants** the Motion to Strike.  The Clerk of Court **shall remove** Dkts. 585-1, 585-4, 585-6, 585-7, 585-8, 585-9, 585-10, 585-13, 585-14, 585-15 and 585-16.  The Kaplan Parties **shall deliver** a copy of this Order and a paper copy of each document to the Clerk of Court for filing under seal.  These documents shall remain under seal through the final disposition of this case, including any appeal, or until further order of the Court, whichever occurs first.

III.  Dkt. 594

The Kaplan Parties previously filed Dkt. 589, Notice of Supplemental Authority, with attached documents at pages 4-13.

After consideration, the Court **grants** the Consent Motion to File the above document under seal, and **grants** the Motion to Strike.  The Clerk of Court **shall remove** Dkt. 589, Notice of Supplemental Authority, from the public docket.  The Kaplan Parties **shall deliver** a copy of this Order and a paper copy of this document to the Clerk of Court for filing under seal.  This document shall remain under seal through the final disposition of this case, including any appeal, or until further order of the Court, whichever occurs first.

Case No. 8:12-CV-1837-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 11th day of December, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record