UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

        Plaintiff,

v.                            CASE NO.  8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, etc., et al.,

        Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 672     Agreed Motion to Permit Use of Electronic Equipment
              During Trial

Plaintiff Regions Bank requests an Order to permit use of electronic equipment
in the U.S. Courthouse, 801 N. Florida Ave., Courtroom 14A, Tampa FL, by Plaintiff's
counsel, David S. Garbett, Esq., and Joseph D. Perkins, Esq., and an in-house
paralegal, Gemma Q. Guzman, for the trial of this case, which is scheduled to
commence at 10:00 a.m. on Monday, May 2, 2016.

Plaintiff Regions Bank requests leave for counsel, David S. Garbett, Esq., and
Joseph D. Perkins, Esq., to each to bring in a laptop computer.

Plaintiff Regions Bank further requests leave for Gemma Q. Guzman, in-house
paralegal for counsel for Plaintiff Regions Bank, to bring in a laptop computer, and a
cell phone, to display exhibits and to communicate with support staff for Plaintiff's
counsel during the trial via text messaging.

Case No. 8:12-CV-1837-T-17MAP

After consideration, the Court grants the Agreed Motion to Permit Use of Electronic Equipment in the Courthouse as to the named individuals, as follows:

David S. Garbett, Esq.
Garbett, Allen & Roza, P.A.
Brickell City Tower - Suite 3100
80 S.W. 8th Street
Miami, FL    33130
Tel:    305-536-8861                    laptop computer

Joseph D. Perkins, Esq.
Garbett, Allen & Roza, P.A.
Brickell City Tower - Suite 3100
80 S.W. 8th Street
Miami, FL    33130
Tel:    305-536-8861                    laptop computer

Gemma Q. Guzman
Garbett, Allen & Roza, P.A.
Brickell City Tower - Suite 3100
80 S.W. 8th Street
Miami, FL    33130
Tel:    305-536-8861                    laptop computer
                                        cell phone


DATE THAT EQUIPMENT MAY
BE BROUGHT INTO THE FACILITY:           May 2, 2016, until conclusion of trial.

PURPOSE:                                To display exhibits, and to communicate
                                        with support staff during trial


PLACE AT WHICH EQUIPMENT
MAY BE USED:                            Courtroom 14A

2

Case No. 8:12-CV-1837-T-17MAP

Each individual shall present a copy of this Order upon entering the security station, and proper identification will be required. All electronic equipment remains subject to inspection by the U.S. Marshal, pursuant to Local Rule 4.11(a)(2)(prohibiting courtroom photography and broadcasting in all cases). A copy of General Order 6:13-MC-94-ORL-22 is attached to this Order.

In the event that Plaintiff intends to use the laptop computers for presentation of evidence during the trial, Plaintiff shall contact the Courtroom Deputy, Robin Korb, (813-301-5737) for an equipment check prior to commencement of trial. Accordingly, it is

**ORDERED** that the Agreed Motion to Permit Use of Electronic Equipment in the Courthouse During Trial (Dkt. 672) is **granted** to the named individuals for use at trial. Counsel for Plaintiff **shall provide** a copy of this Order to paralegal Gemma Q. Guzman.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 26 day of April, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
Robin Korb, CRD
CSO