UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

      Plaintiff,

v.                                 CASE NO.  8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, etc.,
et al.,

      Defendants.

_____/

ORDER

      This cause is before the Court <u>sua sponte</u>.   Plaintiff Regions Bank requests an Order to permit use of electronic equipment in the U.S. Courthouse, 801 N. Florida Ave., Courtroom 14A, Tampa FL, by in-house counsel for Plaintiff Regions Bank, Shayla Fletcher, Esq., for the trial of this case, which is scheduled to commence at 10:00 a.m. on Monday, May 2, 2016.

      Plaintiff Regions Bank requests leave for Shayla Fletcher, Esq., to bring in a laptop computer (MacBook Pro) and cell phone (IPhone 5).

      After consideration, the Court grants the Plaintiff's request for leave to bring in and use electronic equipment as follows:

                                 Shayla Fletcher, Esq.
                                 Regions Bank Asst. General Counsel
                                 1900 5th Ave. N., 22nd Floor
                                 Birmingham, Alabama

                                 MacBook Pro laptop computer
                                 IPhone 5 cell phone

Case No. 8:12-CV-1837-T-17MAP

| | |
|---|---|
| DATE THAT EQUIPMENT MAY BE BROUGHT INTO THE FACILITY: | May 2, 2016, until conclusion of trial. |
| PURPOSE: | To display exhibits, and to communicate with support staff during trial |
| PLACE AT WHICH EQUIPMENT MAY BE USED: | Courtroom 14A |

The within-named individual shall present a copy of this Order upon entering the security station, and proper identification will be required.  All electronic equipment remains subject to inspection by the U.S. Marshal, pursuant to Local Rule 4.11(a)(2)(prohibiting courtroom photography and broadcasting in all cases).  A copy of General Order 6:13-MC-94-ORL-22 is attached to this Order.  Accordingly, it is

**ORDERED** that Plaintiff's request for leave to bring in electronic equipment (MacBook Pro, IPhone 5) is **granted** as specified in this Order.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 2nd day of May, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record

Case No. 8:12-CV-1837-T-17MAP