UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

    Plaintiff,

v.                      CASE NO. 8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, etc.,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

    Dkt. 698    Unopposed Motion of Bridgeview Bank Group to
                    Seal Trial Evidence

Bridgeview Bank Group ("BBG") moves for an order sealing any bank statement or any bank record which is offered into evidence at trial by any party. The assigned Magistrate Judge previously entered an endorsed order (Dkt. 90) granting a Motion for Protective Order (Dkt. 83). BBG requests that BBG's bank records which were produced in discovery, and which will be offered into evidence at trial, should remain confidential and sealed by this Court.

Plaintiff Regions Bank and Defendants Kaplan Parties do not object to this Motion.

After consideration, the Court **grants** the Unopposed Motion to Seal Trial Evidence. Accordingly, it is

Case No. 8:12-CV-1837-T-17MAP

**ORDERED** that BBG's Unopposed Motion to Seal Trial Exhibits (Dkt. 698) is **granted**; any bank statement or bank record of BBG which was sealed pursuant to the previous Confidentiality Order (Dkt. 90) and which is offered into evidence **shall remain sealed** until the final resolution of this case, including any appeal, or until further Order of this Court.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 2nd day of May, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

Jason M. Ellison, Esq.
Counsel for Bridgeview

David S. Garbett, Esq.
Joseph D. Perkins, Esq.
Counsel for Regions

Mark J. Ragusa, Esq.
Counsel for Wells Fargo

Jon D. Parrish, Esq.
Donald G. Peterson, Esq.
Counsel for Kaplan Parties

A. Brian Albritton, Esq.
Jason P. Stearns, Esq.
Counsel for Starr