UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

       Plaintiff,

v.                                   CASE NO.  8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, etc., et
al.,

       Defendants.

_____/


ORDER


This cause is before the Court on:

Dkt. 710     Motion for Reconsideration

Plaintiff Regions Bank moves for reconsideration of the Court's prior Order on motions in limine (Dkt. 703), as to the Order on Plaintiff's Motion in Limine (Dkt. 653), in which the Court granted exclusion of the listed witnesses except for Michael Gallatin, based on prejudice to Regions due to no opportunity to depose the witnesses in advance.

Plaintiff Regions argues that Michael Gallatin should be excluded on the same basis as the other witnesses.

In Section B of the Motion, Plaintiff Regions briefly addressed the requirement of disclosure of trial witnesses at least thirty days prior to trial.  The Court mistakenly believed that Regions was not requesting exclusion of Michael Gallatin because, although Michael Gallatin was not included on Defendants' initial disclosures, Michael Gallatin was disclosed as a trial witness in accordance with Fed. R. Civ. P. 26(a)(3)(B).

Case No. 8:12-CV-1837-T-17MAP

After consideration, the Court **grants** Plaintiff's Motion for Reconsideration (Dkt. 710), and **grants** Plaintiff's Motion in Limine as to Witness Michael Gallatin.


**DONE and ORDERED** in Chambers in Tampa, Florida on this 2nd day of May, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record