UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama
banking corporation,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　CASE NO. 8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, an
individual, et al.,

        Defendants.

_____/

ORDER

This cause is before the Court on:

| | |
|---|---|
| Dkt. 759 | Motion for Entry of Judgment Under Rule 54(b) (Wells Fargo, N.A.) |
| Dkt. 760 | Motion for Entry of Judgment Under Rule 54(b) (Bridgeview Bank Group) |

Counterclaim/Crossclaim Defendants Wells Fargo, N.A. and Bridgeview Bank Group request that the Court direct the Clerk to enter a Final Judgment on all claims of Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC ("Kaplan Parties") in the Amended Counterclaim/Crossclaim (Dkt. 93), pursuant to Fed. R. Civ. P. 54(b).

The Court previously entered Orders resolving the claims of the Kaplan Parties in the Amended Counterclaim/Crossclaim in favor of Wells Fargo, N.A. (Dkt. 656) and Bridgeview Bank Group (Dkt. 655).

Fed. R. Civ. P. 54(b) provides:

Case No. 8:12-CV-1837-T-17MAP

> (b) Judgment on Multiple Claims or Involving Multiple Parties. When an action presents more than one claim for relief--whether as a claim, counterclaim, crossclaim, or third-party claim--or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

Given the multiple claims and multiple parties, and the current posture of this case, the Court finds it would be prudent for final judgments disposing of all pending claims to be entered at the same time. The Court conducted a bench trial in May, 2016 as to pending claims asserted by Regions Bank against Kaplan Parties. The Court will direct entry of judgment on the claims against Wells Fargo, N.A. and Bridgeview Bank Group upon entry of the opinion on the bench trial. Accordingly, it is

**ORDERED** that the Motions for Entry of Judgment Under Rule 54(b) (Dkts. 759, 760) are **denied without prejudice.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 31st day of March, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record