UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama
banking corporation,

       Plaintiff,

v.                                   CASE NO. 8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, an individual,
et al.,

       Defendants.

_____/

## ORDER

This cause is before the Court <u>sua sponte</u>. The Court took judicial notice of documents in the Memorandum Opinion (Dkt. 826). The Court files the following documents for ease of reference:

    MK Investing, LLC, Articles of Incorporation

    BNK Smith, LLC, Articles of Incorporation

    Case No. 8:16-CR-36-T-33TGW
    U.S. v. Marcia Caulder
    Plea Agreement (Dkt. 3)
    Corrected Judgement (Dkt. 37)

Case No. 8:12-CV-1837-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 26th day of June, 2017.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record