UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, etc.,

    Plaintiff,

v.                                  CASE NO. 8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, an
individual, et al.,

    Defendants.

_____/

## ORDER

This cause is before the Court on:

Dkt. 840    Notice of Pending Sanctions Motions and Request for
                Oral Argument on DE 102 and 119 (Regions Bank, Shaw)

Dkt. 858    Motion to Refer Additional Pending Sanctions Motions
               at DE 102 and 119 to Magistrate Judge Pizzo for
               Report and Recommendation (Regions Bank, Shaw)

Plaintiffs Regions Bank and Robert Shaw request an order referring the pending Sanctions Motions at DE 102 and 119, which were renewed by Plaintiffs' Notice and Request for Oral Argument (Dkt. 840).

After consideration, the Court grants the Motion and will enter a separate order referring DE 102 and DE 119 to the assigned Magistrate Judge for an evidentiary hearing, if necessary, and for a Report and Recommendation. Accordingly, it is

Case No. 8:12-CV-1837-T-17MAP

**ORDERED** that Plaintiffs Regions Bank and Robert Shaw's Motion to Refer Additional Pending Sanctions Motions at DE 102 and 119 is **granted**. A separate order of referral to the Assigned Magistrate Judge will be entered.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 29th day of November, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2