# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren                                      Keshia M. Jones
Clerk of Court                                    Tampa Division Manager

**DATE:** December 12, 2017

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

REGIONS BANK,

      Plaintiff,

v.                                        Case No: 8:12-cv-1837-T-17MAP

MARVIN I KAPLAN, R1A PALMS, LLC,
LIGHTHOUSE POINTE, LLC, WELLS FARGO, N.A.,
TRIPLE NET EXCHANGE, LLC, MK INVESTING,
LLC, BNK SMITH, LLC and SMITH ADVERTISING &
ASSOCIATES, INC.,

      Defendants.

_____

**U.S.C.A. Case No.:**        *[USCA Case Number]*

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Elizabeth A. Kovachevich, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was not entered orally.

- Court Reporter:  Sandra Provenzano

                        ELIZABETH M. WARREN, CLERK

                  By:      s/LDR, Deputy Clerk

APPEAL, CLOSED, SL DOC

# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: <u>8:12–cv–01837–EAK–MAP</u>

Regions Bank v. Kaplan et al
Assigned to: Judge Elizabeth A. Kovachevich
Referred to: Magistrate Judge Mark A. Pizzo
Case in other court:  State Court – 02/23/12, 12–0760–CA–NC
Cause: 28:1446 Petition for Removal

Date Filed: 08/13/2012
Date Terminated: 12/08/2017
Jury Demand: Defendant
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Regions Bank**
*an Alabama banking corporation*

represented by **Amy Lea Drushal**
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis,
Suite 2700
101 E Kennedy Blvd
Tampa, FL 33602–5150
813/223–7474
Fax: 813/229–6553
Email: aldrushal@trenam.com
*TERMINATED: 09/06/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beth A. Cronin**
Trenam Kemker
Suite 1600
200 Central Ave
St Petersburg, FL 33701
727/896–7171
Fax: 727/822–8048
Email: bcronin@trenam.com
*TERMINATED: 09/06/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dale W. Cravey**
Trenam Kemker
Suite 1600
200 Central Ave
St Petersburg, FL 33701
727/896–7171
Fax: 727/820–3981
Email: dcravey@trenam.com
*TERMINATED: 09/06/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Stuart Garbett**
Garbett, Stiphany, Allen & Roza, PA
Suite 3100
80 SW 8th St
Miami, FL 33130
305/579–0012
Fax: 305/579–4722
Email: dgarbett@gsarlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Perkins**
Garbett, Stiphany, Allen & Roza, PA
Suite 3100
80 SW 8th St
Miami, FL 33130
305–536–8872
Fax: 305–579–4722
Email: jperkins@gsarlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan H Kaskel**
Gunster, Yoakley & Stewart, PA
Brickwell World Plaza Ste 3500
600 Brickell Ave
Miami, FL 33131–3090
305–376–6023
Fax: 305–376–6010
Email: jkaskel@gunster.com
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Marvin I Kaplan**
*an individual*

represented by   **David P. Fraser**
David P. Fraser, Esq.
40 Macomb Pl
Mount Clemens, MI 48043–8612
586–315–5529
Email: dfraser@poziosfraser.com
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Grayson Peterson**
Parrish, White & Yarnell, P.A.
Ste. 101
3431 Pine Ridge Rd.
Naples, FL 34109

Email: donpeterson@napleslaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
Parrish, White & Yarnell, P.A.
Ste. 101
3431 Pine Ridge Rd.
Naples, FL 34109
239–566–2013
Fax: 239–566–9561
Email: ebnewberry@napleslaw.us
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
Parrish, White & Yarnell, P.A.
Ste. 101
3431 Pine Ridge Rd.
Naples, FL 34109
239/566–2013
Fax: 239–566–9561
Email: floydyarnell@napleslaw.us
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
Goede, Adamczyk & DeBoest, PLLC
Suite 100
8950 Fontana del Sol Way
Naples, FL 34109
239/331–5100
Email: hkatz@gad–law.com
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
Parrish, White & Yarnell, P.A.
Ste. 101
3431 Pine Ridge Rd.
Naples, FL 34109
239/566–2013
Fax: 239/566–9561
Email: jonparrish@napleslaw.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
Parrish, White & Yarnell, P.A.

Ste. 101
3431 Pine Ridge Rd.
Naples, FL 34109
239/566–2013
Fax: 239/566–9561
Email: kirtposthuma@napleslaw.us
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
Holmes Kurnik, PA
711 5th Ave S Ste 200
Naples, FL 34102–6628
813/842–5128
Fax: 239/325–4080
Email: jsilverfield@holmeskurnik.com
*TERMINATED: 04/25/2016*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
Parrish, White & Yarnell, P.A.
Ste. 101
3431 Pine Ridge Rd.
Naples, FL 34109
Email: jonathanweirich@napleslaw.us
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**R1A Palms, LLC**                     represented by   **David P. Fraser**
*a Florida limited liability company*                   (See above for address)
                                                        *TERMINATED: 07/10/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Donald Grayson Peterson**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ellen B. Newberry**
                                                        (See above for address)
                                                        *TERMINATED: 07/10/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Floyd S. Yarnell**
                                                        (See above for address)
                                                        *TERMINATED: 07/10/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lighthouse Pointe, LLC**                   represented by **Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wells Fargo, N.A.**                         represented by **Mark James Ragusa**
*a national banking association, as*          Gunster, Yoakley & Stewart, P.A.
*successor by merger with Wachovia*           401 E. Jackson Street
*Bank, N.A.*                                  Suite 2400
Tampa, FL 33602
813/222–6619
Fax: 813/314–6919
Email: mragusa@gunster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

5

**Defendant**

**Triple Net Exchange, LLC**                   represented by   **David P. Fraser**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Grayson Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MK Investing, LLC**                     represented by **David P. Fraser**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Grayson Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**BNK Smith, LLC**                     represented by

7

**David P. Fraser**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Grayson Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Smith Advertising & Associates, Inc.**

8

**Third Party Custodian**

**Brenda Tamm**                          represented by   **Jason Paul Stearns**
                                                          Freeborn & Peters LLP
                                                          201 North Franklin Street, Suite 2150
                                                          Tampa, FL 33602
                                                          813/488–2920
                                                          Email: jstearns@freeborn.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**BNK Smith, LLC**                       represented by   **David P. Fraser**
                                                          (See above for address)
                                                          *TERMINATED: 07/10/2015*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Donald Grayson Peterson**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Ellen B. Newberry**
                                                          (See above for address)
                                                          *TERMINATED: 07/10/2015*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Floyd S. Yarnell**
                                                          (See above for address)
                                                          *TERMINATED: 07/10/2015*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Harris B. Katz**
                                                          (See above for address)
                                                          *TERMINATED: 07/10/2015*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John Irwin Silverfield**
                                                          (See above for address)
                                                          *TERMINATED: 04/25/2016*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jon Douglas Parrish**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**R1A Palms, LLC**                    represented by   **David P. Fraser**
*a Florida limited liability company*                 (See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Grayson Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**

10

(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Triple Net Exchange, LLC**                    represented by   **David P. Fraser**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Grayson Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)

*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**MK Investing, LLC**                    represented by  **David P. Fraser**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Grayson Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Marvin I Kaplan**                    represented by   **David P. Fraser**
*an individual*                                         (See above for address)
                                                        *TERMINATED: 07/10/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Donald Grayson Peterson**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ellen B. Newberry**
                                                        (See above for address)
                                                        *TERMINATED: 07/10/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Floyd S. Yarnell**
                                                        (See above for address)
                                                        *TERMINATED: 07/10/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Harris B. Katz**
                                                        (See above for address)
                                                        *TERMINATED: 07/10/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jon Douglas Parrish**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kirt R. Posthuma**
                                                        (See above for address)
                                                        *TERMINATED: 07/10/2015*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John Irwin Silverfield**
                                                        (See above for address)
                                                        *TERMINATED: 04/25/2016*
                                                        *ATTORNEY TO BE NOTICED*

13

Jonathan Michael Weirich
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

The Florida Bankers Association, Inc.                    represented by   **Michael Byrley Colgan**
Bradley Arant Boult Cummings LLP
100 N Tampa St Ste 2200
Tampa, FL 33602–5809
813/559–5500
Fax: 813/229–5946
Email: mcolgan@babc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel K. Jones**
Akerman LLP – Tampa
401 E Jackson St Ste 1700
Tampa, FL 33602–5250
813/223–7333
Fax: 813–223–2837
Email: rachel.jones@akerman.com
*TERMINATED: 11/04/2014*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

Bridgeview Bancorp, Inc.                    represented by   **Jason M. Ellison**
Ellison and Lazenby, PLLC
Ste 2000
200 Central Ave
St. Petersburg, FL 33701
727–362–6151
Fax: 727–362–6131
Email: jellison@elattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Gilbert Lazenby**
Ellison and Lazenby, PLLC
Ste 2000
200 Central Ave
St. Petersburg, FL 33701
727–898–7210
Email: wlazenby@elattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

14

**Lucy B. Smith**

**Counter Defendant**

**Charles A. Starr III**                    represented by  **A. Brian Albritton**
                                                          Phelps Dunbar, LLP
                                                          Suite 1900
                                                          100 S Ashley Dr
                                                          Tampa, FL 33602–5311
                                                          813–472–7557
                                                          Fax: 813/472–7570
                                                          Email: brian.albritton@phelps.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Eric Robert Pellenbarg**
                                                          Feld Entertainment, Inc.
                                                          2001 US Hwy 301
                                                          Palmetto, FL 34221
                                                          813/472–7599
                                                          Fax: 813/472–7570
                                                          Email: epellenbarg@feldinc.com
                                                          *TERMINATED: 07/10/2015*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jason Paul Stearns**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Robert Shaw**                            represented by  **Amy Lea Drushal**
                                                          (See above for address)
                                                          *TERMINATED: 09/06/2013*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Beth A. Cronin**
                                                          (See above for address)
                                                          *TERMINATED: 09/06/2013*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Dale W. Cravey**
                                                          (See above for address)
                                                          *TERMINATED: 09/06/2013*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David Stuart Garbett**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Joseph D. Perkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Gary T. Smith**

**Counter Defendant**

**G. Todd Smith**

**Counter Defendant**

**Regions Bank**                             represented by  **Amy Lea Drushal**
*an Alabama banking corporation*                            (See above for address)
                                                            *TERMINATED: 09/06/2013*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Beth A. Cronin**
                                                            (See above for address)
                                                            *TERMINATED: 09/06/2013*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Dale W. Cravey**
                                                            (See above for address)
                                                            *TERMINATED: 09/06/2013*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **David Stuart Garbett**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joseph D. Perkins**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jonathan H Kaskel**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Bridgeview Bank Group**                    represented by  **Jason M. Ellison**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Brittney Paige Baker**
Ellison and Lazenby, PLLC
Ste 2000
200 Central Ave
St. Petersburg, FL 33701
727–362–6151
Fax: 727–362–6131
Email: bbaker@elattorneys.com
*ATTORNEY TO BE NOTICED*

**William Gilbert Lazenby**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**BNK Smith, LLC**                     represented by   **Donald Grayson Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**

(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**R1A Palms, LLC**                    represented by   **Donald Grayson Peterson**
*a Florida limited liability company*                  (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ellen B. Newberry**
                                                       (See above for address)
                                                       *TERMINATED: 07/10/2015*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Floyd S. Yarnell**
                                                       (See above for address)
                                                       *TERMINATED: 07/10/2015*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Harris B. Katz**
                                                       (See above for address)
                                                       *TERMINATED: 07/10/2015*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John Irwin Silverfield**
                                                       (See above for address)
                                                       *TERMINATED: 04/25/2016*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jon Douglas Parrish**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Kirt R. Posthuma**
                                                       (See above for address)
                                                       *TERMINATED: 07/10/2015*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jonathan Michael Weirich**
                                                       (See above for address)

18

*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Triple Net Exchange, LLC**                    represented by    **Donald Grayson Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**MK Investing, LLC**                    represented by    **Donald Grayson Peterson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Marvin I Kaplan**                    represented by   **Donald Grayson Peterson**
*an individual*                                        (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ellen B. Newberry**
                                                       (See above for address)
                                                       *TERMINATED: 07/10/2015*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

20

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Wells Fargo, N.A.**                    represented by   **Mark James Ragusa**
*a national banking association, as*                     (See above for address)
*successor by merger with Wachovia*                      *LEAD ATTORNEY*
*Bank, N.A.*                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Smith Advertising & Associates, Inc.**

**Cross Claimant**

**Bridgeview Bank Group**                represented by   **Brittney Paige Baker**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Jason M. Ellison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Gilbert Lazenby**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Marvin I Kaplan**                    represented by   **Donald Grayson Peterson**
*an individual*                                        (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Irwin Silverfield**
(See above for address)
*TERMINATED: 04/25/2016*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Bridgeview Bank Group**          represented by   **Brittney Paige Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason M. Ellison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Gilbert Lazenby**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**BNK Smith, LLC**          represented by   **Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jonathan Michael Weirich
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**MK Investing, LLC**                    represented by   **Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**R1A Palms, LLC**                    represented by   **Ellen B. Newberry**
*a Florida limited liability company*                  (See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

24

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Triple Net Exchange, LLC**               represented by   **Ellen B. Newberry**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Floyd S. Yarnell**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harris B. Katz**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Douglas Parrish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirt R. Posthuma**
(See above for address)
*TERMINATED: 07/10/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Michael Weirich**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/13/2012 | 1 | | NOTICE OF REMOVAL from 12th Judicial Circuit, Sarasota County, case number 12–0760–CA–NC filed in State Court on 2/23/12. Filing fee $350, receipt number TPA–12734 filed by Bridgeview Bancorp, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 State Record pt.1, # 3 State Record pt.2, # 4 State Record pt.3, # 5 State Record pt.4, # 6 State Record pt.5, # 7 State Record pt.6, # 8 State Record pt.7, # 9 State Record pt.8, # 10 State Record pt.9)(EJC) (Entered: 08/16/2012) |
| 08/13/2012 | 2 | | AMENDED COMPLAINT against BNK Smith, LLC, Marvin I Kaplan, Lighthouse Pointe, LLC, MK Investing, LLC, R1A Palms, LLC, Smith Advertising & Associates, Inc., Triple Net Exchange, LLC, Wells Fargo, N.A. filed by Regions Bank. (Attachments: # 1 Exhibit A)(EJC) (Entered: 08/16/2012) |
| 08/13/2012 | 3 | | COUNTERCLAIM against Bridgeview Bancorp, Inc., Regions Bank, Robert Shaw, G. Todd Smith, Gary T. Smith, Lucy B. Smith, Smith Advertising & Associates, Inc., Charles A. Starr III, The Florida Bankers Association, Inc., Wells Fargo, N.A. filed by BNK Smith, LLC, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, Marvin I Kaplan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(EJC) (Entered: 08/16/2012) |
| 08/13/2012 | 4 | | MOTION for extension of time to file answer or otherwise plead re 2 Amended complaint by Marvin I Kaplan, Lighthouse Pointe, LLC, R1A Palms, LLC. Motion filed in State Court on 3/9/12.(EJC) (Entered: 08/16/2012) |
| 08/13/2012 | 5 | | MOTION to dismiss amended complaint, MOTION for sanctions by BNK Smith, LLC, Marvin I Kaplan, Lighthouse Pointe, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. Motion filed in State Court on 3/29/12.(EJC) (Entered: 08/16/2012) |
| 08/13/2012 | 6 | | MOTION to dismiss counts XIX, XX, and XXI of the counterclaim by Regions Bank. Motion filed in State Court on 6/22/12. (EJC) (Entered: 08/16/2012) |
| 08/13/2012 | 7 | | MOTION for extension of time to file response/reply to Answer to Writ of Garnishment by Regions Bank. Motion filed in State Court on 7/19/12. (EJC) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/16/2012) |
| 08/13/2012 | 8 | | MOTION for extension of time to file answer or otherwise plead re 3 Counterclaim by Robert Shaw. Motion filed in State Court on 8/13/12. (EJC) (Entered: 08/16/2012) |
| 08/16/2012 | 9 | | ORDER OF RECUSAL. Judge James S. Moody, Jr recused. Clerk shall reassign the case. Signed by Judge James S. Moody, Jr on 8/16/2012. (LN) (Entered: 08/16/2012) |
| 08/16/2012 | 10 | | NOTICE by Bridgeview Bancorp, Inc. re 1 Notice of removal *Supplement to Notice of Removal* (Attachments: # 1 Supplement Notice of Appearance, # 2 Supplement Wells Fargo, N.A.'s Motion for Enlargement of Time)(Lazenby, |

| | | | |
|---|---|---|---|
| | | | William) (Entered: 08/16/2012) |
| 08/16/2012 | 11 | | NOTICE of Appearance by Michael Byrley Colgan on behalf of The Florida Bankers Association, Inc. (Colgan, Michael) (Entered: 08/16/2012) |
| 08/17/2012 | 12 | | Case Reassigned to Judge Steven D. Merryday. New case number: 8:12−cv−1837−T−23MAP. (EJC) (Entered: 08/17/2012) |
| 08/17/2012 | 13 | | NOTICE to counsel of new case number and judge assignment (signed by deputy clerk). New case number 8:12−cv−1837−T−23MAP. (EJC) (Entered: 08/17/2012) |
| 08/17/2012 | 14 | | MOTION for extension of time to file response/reply as to 3 Counterclaim by Wells Fargo, N.A.. Motion filed in State Court on 8/14/12(EJC) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/17/2012) |
| 08/18/2012 | 15 | | NOTICE of Appearance by Joseph D. Perkins on behalf of Regions Bank, Robert Shaw (Perkins, Joseph) (Entered: 08/18/2012) |
| 08/18/2012 | 16 | | NOTICE of Appearance by David Stuart Garbett on behalf of Regions Bank, Robert Shaw (Garbett, David) (Entered: 08/18/2012) |
| 08/20/2012 | 17 | | Unopposed MOTION for extension of time to file response/reply as to 3 Counterclaim *and Crossclaims* by The Florida Bankers Association, Inc.. (Colgan, Michael) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/20/2012) |
| 08/20/2012 | 18 | | ORDER OF RECUSAL signed by Judge Steven D. Merryday. Signed by Judge Steven D. Merryday on 8/20/2012. (TKD) (Entered: 08/20/2012) |
| 08/20/2012 | 19 | | MOTION to Dismiss for Lack of Jurisdiction by Bridgeview Bancorp, Inc.. (Attachments: # 1 Affidavit in Support of Motion to Dismiss)(Lazenby, William) (Entered: 08/20/2012) |
| 08/21/2012 | 20 | | Unopposed MOTION for extension of time to file answer or otherwise plead re 3 Counterclaim by Robert Shaw. (Perkins, Joseph) (Entered: 08/21/2012) |
| 08/22/2012 | 21 | | Case reassigned to Judge Elizabeth A. Kovachevich. New case number: 8:12−cv−1837−T−17MAP. (JNB) (Entered: 08/22/2012) |
| 08/22/2012 | 22 | | Unopposed MOTION for extension of time to file answer or otherwise plead re 3 Counterclaim by Charles A. Starr III. (Pellenbarg, Eric) (Entered: 08/22/2012) |
| 08/22/2012 | 23 | | ENDORSED ORDER granting 22 Unopposed Motion for extension of time to answer or respond. Charles A. Starr III answer due 9/5/2012. Signed by Judge Elizabeth A. Kovachevich on 8/22/2012. (JM) (Entered: 08/22/2012) |
| 08/22/2012 | 24 | | ENDORSED ORDER granting 20 Unopposed Motion for extension of time to answer or respond. Robert Shaw answer due 9/13/2012. Signed by Judge Elizabeth A. Kovachevich on 8/22/2012. (JM) (Entered: 08/22/2012) |
| 08/22/2012 | 25 | | ENDORSED ORDER granting 17 Unopposed Motion for extension of time to file response/reply to Counterclaim and Crossclaim by Florida Bankers Association, Inc. Responses due by 9/21/2012. Signed by Judge Elizabeth A. Kovachevich on 8/22/2012. (JM) (Entered: 08/22/2012) |

| 08/22/2012 | 26 | | ENDORSED ORDER denying as moot 8 Motion for extension of time to answer or respond to Counterclaim by Robert Shaw. Signed by Judge Elizabeth A. Kovachevich on 8/22/2012. (JM) (Entered: 08/22/2012) |
|---|---|---|---|
| 08/22/2012 | 27 | | ENDORSED ORDER granting 14 Motion for extension of time to file response/reply to Counterclaim by Wells Fargo, N.A. Responses due by 9/13/2012. Signed by Judge Elizabeth A. Kovachevich on 8/22/2012. (JM) (Entered: 08/22/2012) |
| 08/24/2012 | 28 | | MOTION for extension of time to file an answer or otherwise plead by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) re: 3 COUNTERCLAIM. Modified text **wrong event code used** on 8/27/2012 (RFK). (Entered: 08/24/2012) |
| 08/25/2012 | 29 | | NOTICE by Regions Bank, Robert Shaw re 1 Notice of removal *Consent to Removal* (Perkins, Joseph) (Entered: 08/25/2012) |
| 08/27/2012 | 30 | | NOTICE by Charles A. Starr III re 1 Notice of removal *Consent to Removal* (Pellenbarg, Eric) (Entered: 08/27/2012) |
| 08/28/2012 | 31 | | NOTICE by Wells Fargo, N.A. re 1 Notice of removal *Consent to Notice of Removal* (Ragusa, Mark) (Entered: 08/28/2012) |
| 08/29/2012 | 32 | | NOTICE of Appearance by Rachel K. Jones on behalf of The Florida Bankers Association, Inc. (Jones, Rachel) (Entered: 08/29/2012) |
| 08/29/2012 | 33 | | NOTICE by The Florida Bankers Association, Inc. re 1 Notice of removal (Jones, Rachel) (Entered: 08/29/2012) |
| 08/31/2012 | 34 | | NOTICE of designation under Local Rule 3.05 – track 2 (CLM) (Entered: 08/31/2012) |
| 08/31/2012 | 35 | | RESPONSE to motion re 28 MOTION for extension of time to file response/reply *[UNOPPOSED BY ALL COUNSEL EXCEPT BRIDGEVIEW BANCORP'S COUNSEL]* MOTION for extension of time to file response/reply *[UNOPPOSED BY ALL COUNSEL EXCEPT BRIDGEVIEW BANCORP'S COUNSEL]* filed by Bridgeview Bancorp, Inc.. (Lazenby, William) (Entered: 08/31/2012) |
| 09/05/2012 | 36 | | MOTION to dismiss Crossclaims by Charles A. Starr III. (Attachments: # 1 Exhibit A)(Pellenbarg, Eric) (Entered: 09/05/2012) |
| 09/10/2012 | 37 | | Amended MOTION to dismiss Counts XIX,XX & XXI of Counterclaim by Regions Bank. (Garbett, David) (Entered: 09/10/2012) |
| 09/10/2012 | 38 | | MOTION to dismiss Counts XIX, XX of Counterclaim *and Joinder in RB's Amended Motion to Dismiss Counterclaim* by Robert Shaw. (Garbett, David) (Entered: 09/10/2012) |
| 09/11/2012 | 39 | | NOTICE of Appearance by A. Brian Albritton on behalf of Charles A. Starr III (Albritton, A.) (Entered: 09/11/2012) |
| 09/13/2012 | 40 | | MOTION to dismiss Crossclaim Plaintiffs' Crossclaims by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 09/13/2012) |
| 09/13/2012 | 41 | | MOTION to dismiss Crossclaim Plaintiffs' Crossclaims by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 09/13/2012) |

| 09/21/2012 | 42 | | MOTION to dismiss Cross–claim *(Counts XIX and XX) of Kaplan Parties* by The Florida Bankers Association, Inc.. (Colgan, Michael) (Entered: 09/21/2012) |
| 09/27/2012 | 43 | | MOTION to extend time to Serve Counterclaim and Crossclaims by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A)(Parrish, Jon) (Entered: 09/27/2012) |
| 10/03/2012 | 44 | | MOTION for extension of time to file response/reply as to 35 Response to motion – *Renewed Motion for Extension of Time of 20 Days from Last Filing of Opposing Parties to Counter–Claim/Cross–Claim for Counter–Claimants/Cross–Claimants to Respond* – by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit Affidavit of Arthur J. Sands and biObex)(Yarnell, Floyd) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 10/03/2012) |
| 10/03/2012 | 45 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC re 43 MOTION to extend time to Serve Counterclaim and Crossclaims – *Notice of Supplemental Filing of "Exhibit A" to Motion for Extension of Time to Effect Service of Process* – (Attachments: # 1 Exhibit Affidavit of Arthur J. Sands and BiOPbex)(Yarnell, Floyd) (Entered: 10/03/2012) |
| 10/09/2012 | 46 | | ENDORSED ORDER granting 4 Motion for extension of time to answer or respond. Marvin I Kaplan answer due 3/29/2012; Lighthouse Pointe, LLC answer due 3/29/2012; R1A Palms, LLC answer due 3/29/2012, nunc pro tunc 3/9/2012. Signed by Judge Elizabeth A. Kovachevich on 10/9/2012 (JM) (Entered: 10/09/2012) |
| 10/09/2012 | 47 | | ENDORSED ORDER granting 7 Motion for extension of time to file response/reply to Answer to Writ of Garnishment. Responses due by 8/7/2012, nunc pro tunc 7/19/2012. Signed by Judge Elizabeth A. Kovachevich on 10/9/2012. (JM) (Entered: 10/09/2012) |
| 10/09/2012 | 48 | | ENDORSED ORDER denying as moot 6 Motion to dismiss Counts XIX, XX and XXI of Counterclaim; an amended motion was filed (Dkt. 37). Signed by Judge Elizabeth A. Kovachevich on 10/9/2012. (JM) (Entered: 10/09/2012) |
| 10/09/2012 | 49 | | ENDORSED ORDER denying 28 Motion for extension of time to file response/reply, and directing that responses to pending motions be filed within fourteen days. Signed by Judge Elizabeth A. Kovachevich on 10/9/2012. (JM) (Entered: 10/09/2012) |
| 10/09/2012 | 50 | | ENDORSED ORDER granting 43 Motion to extend time to serve Counterclaim and Crossclaims on G. Todd Smith for 120 days from the date of this Order. Signed by Judge Elizabeth A. Kovachevich on 10/9/2012. (JM) (Entered: 10/09/2012) |
| 10/09/2012 | 51 | | ENDORSED ORDER denying 44 Motion for extension of time to file response/reply, and directing that responses to pending motions to dismiss be filed within fourteen days. Signed by Judge Elizabeth A. Kovachevich on 10/9/2012. (JM) (Entered: 10/09/2012) |

| 10/23/2012 | 52 | RESPONSE in opposition re 38 MOTION to dismiss Counts XIX, XX of Counterclaim *and Joinder in RB's Amended Motion to Dismiss Counterclaim*, 37 Amended MOTION to dismiss Counts XIX,XX & XXI of Counterclaim filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 10/23/2012) |
|---|---|---|
| 10/23/2012 | 53 | RESPONSE in opposition re 19 MOTION to Dismiss for Lack of Jurisdiction filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 10/23/2012) |
| 10/23/2012 | 54 | RESPONSE in opposition re 42 MOTION to dismiss Cross−claim *(Counts XIX and XX) of Kaplan Parties* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 10/23/2012) |
| 10/23/2012 | 55 | RESPONSE in opposition re 36 MOTION to dismiss Crossclaims *by Charles Larry Starr* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 10/23/2012) |
| 10/23/2012 | 56 | RESPONSE to motion re 41 MOTION to dismiss Crossclaim Plaintiffs' Crossclaims, 40 MOTION to dismiss Crossclaim Plaintiffs' Crossclaims *or, in the Alternative, To Strike Crossclaims or, in the Alternative, for More Definite Statement and Accompanying Memorandum of Law* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 10/23/2012) |
| 10/25/2012 | 57 | NOTICE of unavailability of counsel byRegions Bank, Robert Shaw from November 1, 2012 to December 2, 2012. (Perkins, Joseph) (Entered: 10/25/2012) |
| 10/29/2012 | 58 | MOTION for leave to file Reply Memorandum in Support of Motion to Dismiss by Regions Bank, Robert Shaw. (Perkins, Joseph) (Entered: 10/29/2012) |
| 11/01/2012 | 59 | MOTION for leave to file Reply Memorandum in Support of His Motion to Dismiss Crossclaims by Charles A. Starr III. (Pellenbarg, Eric) (Entered: 11/01/2012) |
| 11/01/2012 | 60 | ENDORSED ORDER granting 58 Motion for leave to file Reply (5 pages). Signed by Judge Elizabeth A. Kovachevich on 11/1/2012. (JM) (Entered: 11/01/2012) |
| 11/01/2012 | 61 | ENDORSED ORDER granting 59 Motion for leave to file Reply (6 pages). Signed by Judge Elizabeth A. Kovachevich on 11/1/2012. (JM) (Entered: 11/01/2012) |
| 11/01/2012 | 62 | MEMORANDUM in support re 38 Motion to dismiss, 37 Motion to dismiss *Counts XIX, XX and XXI of Counterclaim/Cross−Claim* filed by Regions Bank, Robert Shaw. (Garbett, David) (Entered: 11/01/2012) |
| 11/09/2012 | 63 | REPLY to response to motion re 36 MOTION to dismiss Crossclaims filed by Charles A. Starr III. (Pellenbarg, Eric) (Entered: 11/09/2012) |
| 12/04/2012 | 64 | TERMINATED. CASE MANAGEMENT REPORT. (Perkins, Joseph) NOTE: Counsel filed amended CMR at Dkt. 65. Modified on 12/5/2012 (LD). |

| | | | |
|---|---|---|---|
| | | | (Entered: 12/04/2012) |
| 12/05/2012 | 65 | | AMENDED CASE MANAGEMENT REPORT. (Perkins, Joseph) Modified on 12/5/2012 (LD). (Entered: 12/05/2012) |
| 12/14/2012 | 66 | | MOTION to compel by Bridgeview Bancorp, Inc.. (Ellison, Jason) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/14/2012) |
| 12/28/2012 | 67 | | Unopposed MOTION for extension of time to file response/reply as to 66 MOTION to compel by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/28/2012) |
| 01/02/2013 | 68 | | ORDER granting 67 Motion for extension of time to file response/reply MOTION to compel Responses due by 1/11/2013. Signed by Magistrate Judge Mark A. Pizzo on 1/2/2013. (SSW) (Entered: 01/02/2013) |
| 01/11/2013 | 69 | | MEMORANDUM in opposition re 66 Motion to compel filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Main Document Cross Defendants Motion to Compel)(Parrish, Jon) (Entered: 01/11/2013) |
| 01/17/2013 | 70 | | ORDER granting in part and denying in part 66 Motion to compel.. Signed by Magistrate Judge Mark A. Pizzo on 1/17/2013. (SSW) (Entered: 01/17/2013) |
| 01/25/2013 | 71 | | MOTION to extend time to Serve Initial Disclosures by BNK Smith, LLC, Marvin I Kaplan, Lighthouse Pointe, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 01/25/2013) |
| 02/06/2013 | 72 | | MOTION to extend time to Serve Counterclaim and Crossclaims by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit Composite A)(Parrish, Jon) (Entered: 02/06/2013) |
| 02/07/2013 | 73 | | MOTION to stay discovery *Until Court Resolves His Dispositive Motion to Dismiss* by Charles A. Starr III. (Attachments: # 1 Exhibit Composite Exhibit A)(Pellenbarg, Eric) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 02/07/2013) |
| 02/11/2013 | 74 | | MOTION for leave to file Additional Interrogatories on Cross–Plaintiff by Bridgeview Bancorp, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lazenby, William) (Entered: 02/11/2013) |
| 02/14/2013 | 75 | | Joint MOTION for Hearing *Status/Pretrial Conference* by Bridgeview Bancorp, Inc.. (Ellison, Jason) (Entered: 02/14/2013) |
| 02/21/2013 | 76 | | NOTICE by Bridgeview Bancorp, Inc. re 19 MOTION to Dismiss for Lack of Jurisdiction (Ellison, Jason) (Entered: 02/21/2013) |
| 02/21/2013 | 77 | | RESPONSE in Opposition re 73 MOTION to stay discovery *Until Court Resolves His Dispositive Motion to Dismiss* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 02/21/2013) |
| 02/22/2013 | | | Motions no longer referred: 73 MOTION to stay discovery *Until Court Resolves His Dispositive Motion to Dismiss (At the request from Chambers)* (VCG) (Entered: 02/22/2013) |

| 02/25/2013 | 78 | | RESPONSE in Opposition re 74 MOTION for leave to file Additional Interrogatories on Cross–Plaintiff filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 02/25/2013) |
|---|---|---|---|
| 02/26/2013 | 79 | | MOTION for leave to file Reply by Bridgeview Bancorp, Inc.. (Ellison, Jason) (Entered: 02/26/2013) |
| 02/28/2013 | 80 | | RESPONSE in Opposition re 75 Joint MOTION for Hearing *Status/Pretrial Conference* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Newberry, Ellen) (Entered: 02/28/2013) |
| 03/08/2013 | 81 | | Consent MOTION for protective order *regarding confidential information* by Regions Bank, Robert Shaw. (Attachments: # 1 Text of Proposed Order Agreed Protective Order Regarding Confidential Information)(Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 03/08/2013) |
| 03/13/2013 | 82 | | ORDER denying without prejudice 81 Motion for Protective Order. The parties may submit an amended protective order.. Signed by Magistrate Judge Mark A. Pizzo on 3/13/2013. (SSW) (Entered: 03/13/2013) |
| 03/19/2013 | 83 | | Consent MOTION for protective order by Regions Bank, Robert Shaw. (Attachments: # 1 Text of Proposed Order)(Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 03/19/2013) |
| 03/22/2013 | 84 | | ORDER granting in part and denying in part 19 Motion to dismiss for lack of jurisdiction; granting 36 motion to dismiss; granting 37 motion to dismiss; granting 38 motion to dismiss; granting in part and denying in part 41 motion to dismiss; granting 42 motion to dismiss. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 3/22/2013. (Attachments: # 1 Main Document) (JM) (Entered: 03/22/2013) |
| 03/22/2013 | 85 | | ENDORSED ORDER denying as moot 5 motion to dismiss; denying as moot 5 Motion for Sanctions; an amended motion was filed (Dkt. 37).. Signed by Judge Elizabeth A. Kovachevich on 3/22/2013. (JM) (Entered: 03/22/2013) |
| 03/22/2013 | 86 | | ENDORSED ORDER denying as moot 73 Motion to stay discovery. Signed by Judge Elizabeth A. Kovachevich on 3/22/2013. (JM) (Entered: 03/22/2013) |
| 03/22/2013 | 87 | | ENDORSED ORDER granting 71 Motion to extend time to serve initial disclosures to 2/8/2013, nunc pro tunc. Signed by Judge Elizabeth A. Kovachevich on 3/22/2013. (JM) (Entered: 03/22/2013) |
| 03/22/2013 | 88 | | ENDORSED ORDER granting in part and denying in part 72 Motion to extend time for service on G. Todd Smith; granting an extension of time until 30 days from the date of this Order. Signed by Judge Elizabeth A. Kovachevich on 3/22/2013. (JM) (Entered: 03/22/2013) |
| 03/25/2013 | 89 | | MOTION to Compel Kaplan Parties to Comply with Rule 26(a)(1) , MOTION for Attorney Fees , MOTION for sanctions by Regions Bank. (Attachments: # 1 Exhibit A) Kaplan Parties' Initial Disclosures)(Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 03/25/2013) |
| 03/27/2013 | 90 | | |

| | | | |
|---|---|---|---|
| | | | ENDORSED ORDER granting 83 Motion for Protective Order.. Signed by Magistrate Judge Mark A. Pizzo on 3/27/2013. (SSW) (Entered: 03/27/2013) |
| 03/29/2013 | 91 | | NOTICE of change of address by Mark James Ragusa (Ragusa, Mark) (Entered: 03/29/2013) |
| 04/01/2013 | 92 | | MOTION for entry of clerk's default against Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. by BNK Smith, LLC, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, Marvin I Kaplan. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. Modified on 4/17/2013 to edit text (VCG). (Entered: 04/01/2013) |
| 04/04/2013 | 93 | | Amended COUNTERCLAIM against The Florida Bankers Association, Inc., Bridgeview Bancorp, Inc., Lucy B. Smith, Charles A. Starr III, Robert Shaw, Gary T. Smith, Wells Fargo, N.A., G. Todd Smith, Regions Bank, Smith Advertising & Associates, Inc., Amended CROSSCLAIM against The Florida Bankers Association, Inc., Bridgeview Bancorp, Inc., Lucy B. Smith, Charles A. Starr III, Robert Shaw, Gary T. Smith, Wells Fargo, N.A., G. Todd Smith, Regions Bank, Smith Advertising & Associates, Inc. filed by BNK Smith, LLC, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, Marvin I Kaplan. (Attachments: # 1 Exhibit Exhibits 1–72)(Parrish, Jon) (Entered: 04/04/2013) |
| 04/08/2013 | 94 | | RESPONSE in Opposition re 89 MOTION to Compel Kaplan Parties to Comply with Rule 26(a)(1) MOTION for Attorney Fees MOTION for sanctions filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 04/08/2013) |
| 04/09/2013 | 95 | | NOTICE of Appearance by Jason M. Ellison on behalf of Bridgeview Bank Group (Ellison, Jason) (Entered: 04/09/2013) |
| 04/12/2013 | 96 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 93 CounterclaimCrossclaim by Charles A. Starr III. (Pellenbarg, Eric) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/12/2013) |
| 04/15/2013 | 97 | | MOTION for leave to file Additional Interrogatories on Cross–Plaintiff by Bridgeview Bank Group. (Ellison, Jason) (Entered: 04/15/2013) |
| 04/17/2013 | 98 | | ENDORSED ORDER granting 96 Starr's Unopposed Motion for Extension of Time to File Response/Reply to Amended Crossclaim. Responses due by 5/2/2013. Signed by Judge Elizabeth A. Kovachevich on 4/17/2013. (JM) (Entered: 04/17/2013) |
| 04/18/2013 | 99 | | MOTION to Strike 93 CounterclaimCrossclaim *and Alternative Motion to Dismiss Counts XIX and XX* by The Florida Bankers Association, Inc.. (Colgan, Michael) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/18/2013) |
| 04/18/2013 | 100 | | MOTION to Dismiss Amended Crossclaims *or Motion to Strike Crossclaims or For More Definite Statement* by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 04/18/2013) |
| 04/18/2013 | 101 | | (TERMINATED) MOTION to Dismiss Amended Negligence / Negligent Misrepresentation Claims , MOTION to dismiss case as frivolous , MOTION to dismiss for failure to state a claim , MOTION to Strike 93 |

| | | | |
|---|---|---|---|
| | | | CounterclaimCrossclaim , MOTION for sanctions *Against Kaplan Parties and Counsel* by Regions Bank, Robert Shaw. (Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. (Modified on 4/29/2013 to indicate that counsel has re–filed a corrected motion at entry no. 102 ). (AG) (Entered: 04/18/2013) |
| 04/19/2013 | 102 | | MOTION to Strike 93 Counterclaim Crossclaim *Correcting DE 101* by Regions Bank, Robert Shaw. (Garbett, David) Motions referred to Magistrate Judge Mark A. Pizzo. Modified on 11/28/2017 (LD). (Entered: 04/19/2013) |
| 04/19/2013 | 103 | | {TERMINATED}MOTION to extend time to July 22, 2013 by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Newberry, Ellen) Modified on 4/22/2013 Incorrect Log–in used; Contacted Counsel; Counsel to re–file (VCG). (Entered: 04/19/2013) |
| 04/22/2013 | 104 | | Second MOTION to extend time to July 22, 2013 by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Parrish, Jon) (Entered: 04/22/2013) |
| 04/26/2013 | 105 | | First MOTION to Take Deposition from Lucy Smith *and Gary Smith* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/26/2013) |
| 04/26/2013 | 106 | | MOTION to Dismiss Marvin Kaplan, et al's Amended Counterclaims and Crossclaims against BBG by Bridgeview Bank Group. (Lazenby, William) (Entered: 04/26/2013) |
| 04/29/2013 | 107 | | RESPONSE re 97 MOTION for leave to file Additional Interrogatories on Cross–Plaintiff *Response in Opposition to Bridgeview Bank Group's Motion for Leave to File Additional Interrogatories* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Newberry, Ellen) Modified on 5/2/2013 Contacted Counsel;Counsel instructed to use correct attorney log–in for future filings (VCG). (Entered: 04/29/2013) |
| 04/30/2013 | 108 | | Second MOTION for Extension of Time to File Response/Reply as to 93 CounterclaimCrossclaim *(Unopposed)* by Charles A. Starr III. (Pellenbarg, Eric) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/30/2013) |
| 05/01/2013 | 109 | | RESPONSE to Motion re 105 First MOTION to Take Deposition from Lucy Smith *and Gary Smith* filed by Bridgeview Bank Group. (Lazenby, William) (Entered: 05/01/2013) |
| 05/02/2013 | 110 | | RESPONSE to Motion re 99 MOTION to Strike 93 CounterclaimCrossclaim *and Alternative Motion to Dismiss Counts XIX and XX* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A)(Parrish, Jon) (Entered: 05/02/2013) |
| 05/02/2013 | 111 | | MOTION for Extension of Time to File Response/Reply as to 102 MOTION to Strike 93 CounterclaimCrossclaim *Correcting DE 101*, 106 MOTION to |

| | | | |
|---|---|---|---|
| | | | Dismiss Marvin Kaplan, et al's Amended Counterclaims and Crossclaims against BBG , 100 MOTION to Dismiss Amended Crossclaims *or Motion to Strike Crossclaims or For More Definite Statement* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 05/02/2013) |
| 05/03/2013 | 112 | | ENDORSED ORDER granting 111 Motion for Extension of Time to File Response/Reply re 102 MOTION to Strike 93 CounterclaimCrossclaim *Correcting DE 101*, 100 MOTION to Dismiss Amended Crossclaims *or Motion to Strike Crossclaims or For More Definite Statement*, 106 MOTION to Dismiss Marvin Kaplan, et al's Amended Counterclaims and Crossclaims against BBG. Responses to docs. 100, 102, and 106 are due by 5/22/2013. Signed by Magistrate Judge Mark A. Pizzo on 5/3/2013. (SSW) (Entered: 05/03/2013) |
| 05/03/2013 | 113 | | ORDER denying 97 Motion for Leave to File additional interrogatories.. Signed by Magistrate Judge Mark A. Pizzo on 5/3/2013. (SSW) (Entered: 05/03/2013) |
| 05/03/2013 | 114 | | ENDORSED ORDER granting 108 Motion for Extension of Time to File Response/Reply. Cross–Defendant Charles L. Starr's response to the amended cross–claim (doc. 93) is due May 16, 2013.. Signed by Magistrate Judge Mark A. Pizzo on 5/3/2013. (SSW) (Entered: 05/03/2013) |
| 05/06/2013 | 115 | | RESPONSE to Motion re 105 First MOTION to Take Deposition from Lucy Smith *and Gary Smith* filed by Regions Bank, Robert Shaw. (Perkins, Joseph) (Entered: 05/06/2013) |
| 05/07/2013 | 116 | | ORDER granting 89 Motion to Compel Kaplan Parties to Comply with Rule 26(a)(1); denying 89 Motion for Attorney Fees; denying 89 Motion for Sanctions. Signed by Magistrate Judge Mark A. Pizzo on 5/7/2013. (SSW) (Entered: 05/07/2013) |
| 05/09/2013 | 117 | | RESPONSE to Motion re 105 First MOTION to Take Deposition from Lucy Smith *and Gary Smith* filed by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 05/09/2013) |
| 05/16/2013 | 118 | | ORDER granting 105 Motion to Take Deposition of Lucy and Gary Smith. Signed by Magistrate Judge Mark A. Pizzo on 5/16/2013. (SSW) (Entered: 05/16/2013) |
| 05/22/2013 | 119 | | MOTION for sanctions *Under Rule 11 Against Kaplan Parties and Their Counsel* by Regions Bank, Robert Shaw. (Perkins, Joseph) (Entered: 05/22/2013) |
| 05/22/2013 | 120 | | MOTION for Extension of Time to File Response/Reply *to (1) Region's and Shaw's Corrected Motion to Strike Re–Pled Defamation and Invasion of Privacy Claims, To Strike and Dismiss Amended Negligence/Negligent Misrepresentation Claims and For Sanctions Against Kaplan Parties and Counsel, and (2) Wells Fargo Bank, N.A.'s Motion to Dismiss Amended Crossclaims or, in the Alternative, to Strike Crossclaims or, in the Alternative, for More Definite Statement* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 05/22/2013) |

| 05/22/2013 | 121 | | RESPONSE to Motion re 106 MOTION to Dismiss Marvin Kaplan, et al's Amended Counterclaims and Crossclaims against BBG *Counter−Claimant Marvin Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC's Combined Response to Bridgeview Bank Group's Motion to Dismiss Amended Counterclaim* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Modified on 5/23/2013 DOCUMENT TERMINATED, refiled complete document at 122 Response (BES). (Entered: 05/22/2013) |
|---|---|---|---|
| 05/22/2013 | 122 | | RESPONSE to Motion re 106 MOTION to Dismiss Marvin Kaplan, et al's Amended Counterclaims and Crossclaims against BBG *Counter−Claimant Marvin Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC's Combined Response to Bridgeview Bank Group's Motion to Dismiss Amended Counterclaim* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 05/22/2013) |
| 05/22/2013 | 123 | | MOTION to Dismiss Crossclaim Plaintiff's Amended Crossclaims (D.E. 93) by Charles A. Starr III. (Pellenbarg, Eric) (Entered: 05/22/2013) |
| 05/24/2013 | 124 | | RESPONSE in Opposition re 120 MOTION for Extension of Time to File Response/Reply *to (1) Region's and Shaw's Corrected Motion to Strike Re−Pled Defamation and Invasion of Privacy Claims, To Strike and Dismiss Amended Negligence/Negligent Misrepresentation Claims and filed by Regions Bank, Robert Shaw. (Perkins, Joseph) (Entered: 05/24/2013)* |
| 05/24/2013 | 125 | | ENDORSED ORDER granting 120 Motion for Extension of Time to File Response/Reply. Signed by Magistrate Judge Mark A. Pizzo on 5/24/2013. (SSW) (Entered: 05/24/2013) |
| 05/31/2013 | 126 | | MOTION for leave to file Reply to COUNTER−CLAIMANT MARVIN KAPLAN, R1A PALMS, LLC, TRIPLE NET EXCHANGE, LLC, MK INVESTING, LLC AND BNK SMITH LLC'S COMBINED RESPONSE to BRIDGEVIEW BANK GROUP'S MOTION TO DIMSISS AMENDED COUNTERCLAIM [DKT. 121] by Bridgeview Bank Group. (Ellison, Jason) (Entered: 05/31/2013) |
| 06/05/2013 | 127 | | {TERMINATED}REPLY to Response to Motion re 119 MOTION for sanctions *Under Rule 11 Against Kaplan Parties and Their Counsel Cross−Plaintiffs' Marvin Kaplan, RIA Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC's Combined Response and Memorandum of Law to Regions Bank and Robert Shaw's Motion for Rule 11 Sanctions Against Kaplan Parties and Their Counsel* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Modified on 6/6/2013 Counsel contacted Clerk's Office; Counsel stated that the wrong event was used for this document; Counsel to refile. (VCG). (Entered: 06/05/2013) |
| 06/06/2013 | 128 | | RESPONSE to Motion re 119 MOTION for sanctions *Under Rule 11 Against Kaplan Parties and Their Counsel Cross−Claimants, Marvin Kaplan, R1A Palms, LLC, Triple Next Exchange, LLC, MK Investing, LLC, and BNK Smith, LLC's Combined Response and Memorandum of Law to Regions Bank and Robert Shaw's, Motion for Rule 11 Sanctions Against Kaplan Parties and Their Counsel* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, |

| | | | |
|---|---|---|---|
| | | | LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 06/06/2013) |
| 06/10/2013 | 129 | | MOTION for leave to file Reply Memorandum in Support of Rule 11 Motion by Regions Bank, Robert Shaw. (Perkins, Joseph) (Entered: 06/10/2013) |
| 06/11/2013 | 130 | | RESPONSE to Motion re 102 MOTION to Strike 93 CounterclaimCrossclaim *Correcting DE 101 Counter−Cross−Plaintiffs, Marvin Kapla, R1A Palms, LLc, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC's, Combined Response and Memorandum of Law to Regions Bank and Robert Shaw's, (1) Motion to Strike Re−Pled Defamation and Invasion of Privacy Claims, (2) to Strike and Dismiss Amended Negligence/Negligent Misrepresentation Claims, and (3) for Sanctions Against Kaplan Parties and Counsel* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 06/11/2013) |
| 06/11/2013 | 131 | | RESPONSE to Motion re 123 MOTION to Dismiss Crossclaim Plaintiff's Amended Crossclaims (D.E. 93) *Cross−Plaintiffs', Marvin Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC's Combined Respons and Memorandum of Law to Cross−Defendant, Larry Starr's, Motion to Strike Re−Pled Counts I and III and Motion to Dismiss Cross−Plaintiffs' Amended Crossclaims* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 06/11/2013) |
| 06/11/2013 | 132 | | RESPONSE to Motion re 100 MOTION to Dismiss Amended Crossclaims *or Motion to Strike Crossclaims or For More Definite Statement Cross−Plaintiffs', Marvin Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC's Combined Response and Memorandum of Law to Cross−Defendant, Wells Fargo Bank, N.A.'s, Motion to Dismiss Amended Crossclaims or in the Alternative, Strike Crossclaims or, in the Alternative, for More Definite Statement* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 06/11/2013) |
| 06/14/2013 | 133 | | MOTION for miscellaneous relief, specifically Leave to File Reply *to Cross−Plaintiff's Response to Motion to Dismiss [DE 131]* by Charles A. Starr III. (Pellenbarg, Eric) (Entered: 06/14/2013) |
| 06/14/2013 | 134 | | CERTIFICATE of counsel re 129 MOTION for leave to file Reply Memorandum in Support of Rule 11 Motion by Joseph D. Perkins on behalf of Regions Bank, Robert Shaw (Perkins, Joseph) (Entered: 06/14/2013) |
| 06/25/2013 | 135 | | MOTION for leave to file Reply Memorandum in Support of Corrected Motion (1) to Strike Re−Pled Defamation and Invasion of Privacy Claims, (2) to Strike and Dismiss Amended Negligence/Negligent Misrepresentation Claims, and (3) for Sanctions Against Kaplan Parties and Counsel by Regions Bank, Robert Shaw. (Perkins, Joseph) (Entered: 06/25/2013) |
| 07/09/2013 | 136 | | MOTION for Amy L. Drushal, Dale W. Cravey, Beth A. Cronin to withdraw as attorney *(co−counsel)* by Regions Bank. (Drushal, Amy) (Entered: 07/09/2013) |
| 07/19/2013 | 137 | | |

| | | | |
|---|---|---|---|
| | | | PROOF of service by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Parrish, Jon) (Entered: 07/19/2013) |
| 08/21/2013 | 138 | | NOTICE by Bridgeview Bank Group *OF DEPOSITION* (Lazenby, William) (Entered: 08/21/2013) |
| 08/26/2013 | 139 | | First MOTION for entry of clerk's default against G. Todd Smith by Triple Net Exchange, LLC, Marvin I Kaplan, BNK Smith, LLC, R1A Palms, LLC, MK Investing, LLC. (Attachments: # 1 Exhibit)(Yarnell, Floyd) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/26/2013) |
| 08/27/2013 | 140 | | MOTION to Compel Better Responses to Counter–Plaintiff, Marvin I. Kaplan's First Set of Interrogatories from Cross–Defendant, Bridgeview Bank Group and Combined Memorandum of Law by Marvin I Kaplan. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/27/2013) |
| 08/28/2013 | 141 | | Clerk's ENTRY OF DEFAULT as to G. Todd Smith (VCG) (Entered: 08/28/2013) |
| 09/03/2013 | 142 | | NOTICE of withdrawal of motion by Marvin I Kaplan *First Set of Interrogatories from Bridgeview Bank Group and Combined Memorandum of Law* (Parrish, Jon) (Entered: 09/03/2013) |
| 09/06/2013 | 143 | | ENDORSED ORDER granting 135 Motion for Leave to File Reply, within fourteen days. Signed by Judge Elizabeth A. Kovachevich on 9/6/2013. (JM) (Entered: 09/06/2013) |
| 09/06/2013 | 144 | | ENDORSED ORDER denying as moot 74 Motion for Leave to File Additional Interrogatires as to Counterclaim; an Amended Counterclaim was filed. Signed by Judge Elizabeth A. Kovachevich on 9/6/2013. (JM) (Entered: 09/06/2013) |
| 09/06/2013 | 145 | | ENDORSED ORDER denying as moot 79 Motion for Leave to File Reply; the Motion for Leave to File Additional Interrogatories was denied as moot. Signed by Judge Elizabeth A. Kovachevich on 9/6/2013. (JM) (Entered: 09/06/2013) |
| 09/06/2013 | 146 | | ENDORSED ORDER granting 104 Motion to extend time for service, nunc pro tunc, 4/22/2013. Signed by Judge Elizabeth A. Kovachevich on 9/6/2013. (JM) (Entered: 09/06/2013) |
| 09/06/2013 | 147 | | ENDORSED ORDER granting 129 Motion for Leave to File Reply in support of Rule 11 Motion (not more than 5 pages). Signed by Judge Elizabeth A. Kovachevich on 9/6/2013. (JM) (Entered: 09/06/2013) |
| 09/06/2013 | 148 | | ENDORSED ORDER granting 126 Motion for Leave to File Reply (2 pages). Signed by Judge Elizabeth A. Kovachevich on 9/6/2013. (JM) (Entered: 09/06/2013) |
| 09/06/2013 | 149 | | ENDORSED ORDER granting 133 Motion for leave to file Reply (6 pages). Signed by Judge Elizabeth A. Kovachevich on 9/6/2013. (JM) (Entered: 09/06/2013) |
| 09/06/2013 | 150 | | |

| | | | |
|---|---|---|---|
| | | | ENDORSED ORDER granting 136 Motion to Withdraw as Attorney Attorney Amy Lea Drushal; Dale W. Cravey and Beth A. Cronin terminated. Signed by Judge Elizabeth A. Kovachevich on 9/6/2013. (JM) (Entered: 09/06/2013) |
| 09/06/2013 | 151 | | ENDORSED ORDER denying as moot 103 Motion to extend time; the motion was refiled. Signed by Judge Elizabeth A. Kovachevich on 9/6/2013. (JM) (Entered: 09/06/2013) |
| 09/06/2013 | 152 | | ENDORSED ORDER denying without prejudice 75 Joint Motion for Hearing. The Court ruled on the then–pending motions; another round of motions is pending. The Court will enter a case management order, and will rule on the various motions. The parties may renew the request for a hearing if appropriate. Signed by Judge Elizabeth A. Kovachevich on 9/6/2013. (JM) (Entered: 09/06/2013) |
| 09/06/2013 | 153 | | REPLY to Response to Motion re 119 MOTION for sanctions *Under Rule 11 Against Kaplan Parties and Their Counsel* filed by Regions Bank, Robert Shaw. (Attachments: # 1 Exhibit A) Email String Between D. Garbett and J. Parrish)(Perkins, Joseph) (Entered: 09/06/2013) |
| 09/06/2013 | 154 | | REPLY to Response to Motion re 102 MOTION to Strike 93 CounterclaimCrossclaim *Correcting DE 101* filed by Regions Bank, Robert Shaw. (Perkins, Joseph) (Entered: 09/06/2013) |
| 09/10/2013 | 155 | | MOTION for sanctions *Cross–Defendant's Motion for Imposition of Sanctions* by Bridgeview Bank Group. (Ellison, Jason) Modified on 11/29/2017 (LD). (Entered: 09/10/2013) |
| 09/11/2013 | 156 | | CASE MANAGEMENT AND SCHEDULING ORDER: Joinder of Parties due by 10/31/2013, Discovery due by 3/14/2014, Dispositive motions due by 5/30/2014, Plaintiff disclosure of expert report due by 2/14/2014, Defendant disclosure of expert report due by 2/14/2014, Final Pretrial Conference set for 10/16/2014 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo, Conduct mediation hearing by 3/14/2014. Lead counsel to coordinate dates. This case is a 60 hour nonjury trial. Signed by Judge Elizabeth A. Kovachevich on 9/11/2013. (JM) (Entered: 09/11/2013) |
| 09/16/2013 | 157 | | RESPONSE re 121 Response to motion *Cross–Defendant's Reply to Counter–Claim Marvin Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC's Combined Response to Bridgeview Bank Group's Motion to Dismiss Amended Counterclaim (DKT.121)* filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 09/16/2013) |
| 09/18/2013 | 158 | | MEMORANDUM in support re 123 Motion to dismiss *and reply to Response to motion to dismiss 131* filed by Charles A. Starr III. (Pellenbarg, Eric) (Entered: 09/18/2013) |
| 09/19/2013 | 159 | | [VACATED] ORDER granting 140 Motion to Compel Better Responses to First Set of Interrogatories. Cross–Defendant Bridgeview Bank Group is to provide supplemental responses to Cross–Plaintiff, Marvin Kaplan's first set of interrogatories within fourteen (14) days from the date of this Order. Signed by Magistrate Judge Mark A. Pizzo on 9/19/2013. (SSW) Modified on 9/20/2013 Vacated pursuant to Court's 160 Order. (VCG). (Entered: 09/19/2013) |

| 09/19/2013 | 160 | | ORDER re 159 Order on motion to compel is hereby VACATED and Kaplan's motion to compel better responses to his first set of interrogatories to Bridgeview (doc. 140) is DENIED AS MOOT. Signed by Magistrate Judge Mark A. Pizzo on 9/19/2013. (SSW) (Entered: 09/19/2013) |
|---|---|---|---|
| 09/19/2013 | 161 | | MOTION to Compel Better Responses to Counter–Plaintiff, Marvin I. Kaplan's, First Set of Interrogatories from Cross–Defendant, Bridgeview Bank Group and Combined Memorandum of Law by Marvin Kaplan. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 09/19/2013) |
| 09/20/2013 | 162 | | ENDORSED ORDER denying 161 Counter–Plaintiff, Marvin Kaplan's ("Kaplan"), Motion to Compel Responses to First Set of Interrogatories. On September 19, 2013, this Court entered an Order granting Kaplan's motion to compel filed at doc. 140. See Order, doc. 159. Subsequently, it came to the Court's attention that Kaplan had withdrawn the motion at doc. 140. See Notice, doc. 142. Accordingly, the Court vacated its Order at doc. 159 and DENIED AS MOOT the motion at doc. 140. See Order, doc. 160. The motion before the Court at doc. 161 is identical to the motion this Court already denied as moot. Given these circumstances, the motion at doc. 161 is DENIED.. Signed by Magistrate Judge Mark A. Pizzo on 9/20/2013. (SSW) (Entered: 09/20/2013) |
| 09/24/2013 | 163 | | RESPONSE in Opposition re 155 MOTION for sanctions *Cross–Defendant's Motion for Imposition of Sanctions* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 09/24/2013) |
| 10/03/2013 | 164 | | MOTION to Compel Better Responses to Cross–Plaintiff/Counter–Plaintiff, Marvin Kaplans 1st Set of Interrogatories from Cross Defendant, Bridgeview Bank Group and Combined Memo of Law by Marvin I Kaplan. (Attachments: # 1 Exhibit Interrogatories to Third Party Defendant Bridgeview Bank Group, # 2 Exhibit Cross–Defendant Bridgeview Bank Groups Response to Counter–Plaintiff's First Set of Interrogatories)(Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 10/03/2013) |
| 10/07/2013 | 165 | | NOTICE of clarification of 3.01(g) compliance by Marvin I Kaplan re 164 MOTION to Compel Better Responses to Cross–Plaintiff/Counter–Plaintiff, Marvin Kaplans 1st Set of Interrogatories from Cross Defendant, Bridgeview Bank Group and Combined Memo of Law (Parrish, Jon) Modified on 10/15/2013 to edit text (AG). (Entered: 10/07/2013) |
| 10/17/2013 | 166 | | RESPONSE to Motion re 161 MOTION to Compel Better Responses to Counter–Plaintiff, Marvin I. Kaplan's, First Set of Interrogatories from Cross–Defendant, Bridgeview Bank Group and Combined Memorandum of Law *Cross–Defendant's Response to Motion to Compel* filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 10/17/2013) |
| 10/22/2013 | 167 | | ORDER granting 164 Cross–Plaintiff Marvin Kaplan's Motion to Compel Interrogatory Responses. See order for details. Signed by Magistrate Judge Mark A. Pizzo on 10/22/2013. (ACS) (Entered: 10/22/2013) |
| 10/22/2013 | 168 | | MOTION for entry of clerk's default against Gary T. Smith, Lucy B. Smith, Smith Advertising & Associates, Inc. by Triple Net Exchange, LLC, Marvin I Kaplan, BNK Smith, LLC, R1A Palms, LLC, MK Investing, LLC. |

| | | |
|---|---|---|
| | | (Attachments: # <u>1</u> Exhibit Ex. A – Return of Service – Gary Smith, # <u>2</u> Exhibit Ex. B – Return of Service – Lucy Smith, # <u>3</u> Exhibit Ex. C – Return of Service – Smith Advertising & Assoc., # <u>4</u> Exhibit Ex. D – Delivery Conf. – Gary Smith, # <u>5</u> Exhibit Ex. E. Delivery Conf. – Lucy Smith, # <u>6</u> Exhibit Ex. F – Delivery Conf. – Smith Advertising)(Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 10/22/2013) |
| 10/23/2013 | <u>169</u> | Clerk's ENTRY OF DEFAULT as to Cross Defendant Smith Advertising & Associates, Inc. (VCG) (Entered: 10/23/2013) |
| 10/23/2013 | <u>170</u> | Clerk's ENTRY OF DEFAULT as to Counter Defendant Gary T. Smith (VCG) (Entered: 10/23/2013) |
| 10/23/2013 | <u>171</u> | Clerk's ENTRY OF DEFAULT as to Counter Defendant Lucy B. Smith (VCG) (Entered: 10/23/2013) |
| 10/25/2013 | <u>172</u> | MOTION for leave to file to file Second Amended Complaint by Regions Bank. (Attachments: # <u>1</u> Exhibit Regions' Proposed Second Amended Complaint)(Garbett, David) (Entered: 10/25/2013) |
| 10/25/2013 | <u>173</u> | PRETRIAL ORDER: Pretrial Conference set for 10/16/2014 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo, Bench Trial set for a trial term tentatively commencing 11/3/2014 at 10:00 AM in Tampa Courtroom 14 A before Judge Elizabeth A. Kovachevich. Signed by Judge Elizabeth A. Kovachevich on 10/25/2013. Trial estimate: 60 hours non–jury trial. (Attachments: # <u>1</u> Supplement)(CLM) (Entered: 10/25/2013) |
| 10/28/2013 | <u>174</u> | AMENDED PRETRIAL ORDER: Pretrial Conference set for 10/16/2014 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo, Bench Trial set for a trial term tentatively commencing 11/3/2014 at 10:00 AM in Tampa Courtroom 14 A before Judge Elizabeth A. Kovachevich. Trial estimate: 60 hours non–jury trial. AMENDED only to reflect case is non–jury trial (pg 1). Signed by Judge Elizabeth A. Kovachevich on 10/28/2013. (Attachments: # <u>1</u> Supplement)(CLM) (Entered: 10/28/2013) |
| 10/30/2013 | <u>175</u> | DEMAND for trial by jury by Marvin I Kaplan. (Parrish, Jon) (Entered: 10/30/2013) |
| 10/31/2013 | <u>176</u> | NOTICE by Regions Bank re <u>174</u> Pretrial Order, <u>175</u> Jury demand *of Objection to and Intent to Move to Strike re: DE 175* (Perkins, Joseph) (Entered: 10/31/2013) |
| 11/01/2013 | <u>177</u> | MOTION to Strike <u>175</u> Jury demand *of Kaplan Parties* by Regions Bank, Robert Shaw. (Attachments: # 1 Exhibit Ex. A – Depositor's Agreement)(Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. Modified on 11/12/2013, NOTE: IMAGE DELETED of Exhibit A, counsel to refile redacted exhibit (EJC). (Entered: 11/01/2013) |
| 11/04/2013 | <u>178</u> | CERTIFICATE of counsel re <u>177</u> MOTION to Strike <u>175</u> Jury demand *of Kaplan Parties* by Joseph D. Perkins on behalf of Regions Bank, Robert Shaw (Perkins, Joseph) (Entered: 11/04/2013) |
| 11/05/2013 | <u>179</u> | NOTICE OF SELECTION of Jim Nulman, Esq. as mediator by Regions Bank. (Perkins, Joseph) (Entered: 11/05/2013) |
| 11/07/2013 | <u>180</u> | |

| | | | |
|---|---|---|---|
| | | | MOTION for Release of Bond Obligation *Agreed Motion for Order* by Regions Bank. (Perkins, Joseph) (Entered: 11/07/2013) |
| 11/08/2013 | 181 | | MOTION for Extension of Time to File Response/Reply as to 172 MOTION for leave to file to file Second Amended Complaint by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 11/08/2013) |
| 11/12/2013 | 182 | | ENDORSED ORDER granting in part and denying in part 181 Motion for Extension of Time to File Response/Reply to Motion for Leave to File Second Amended Complaint; Responses due by 11/20/2013. Signed by Judge Elizabeth A. Kovachevich on 11/12/2013. (JM) (Entered: 11/12/2013) |
| 11/12/2013 | 183 | | ORDER granting 180 Agreed Motion for Release of Bond Obligation, directing Clerk of Sarasota County Circuit Court to release cash injunction bond. Signed by Judge Elizabeth A. Kovachevich on 11/12/2013. (JM) (Entered: 11/12/2013) |
| 11/12/2013 | 184 | | NOTICE by Regions Bank, Robert Shaw re 177 MOTION to Strike 175 Jury demand *of Kaplan Parties of Filing Redacted Ex. A to Motion to Strike (DE 177)* (Attachments: # 1 Exhibit Ex. A– DE 177 – Redacted)(Perkins, Joseph) (Entered: 11/12/2013) |
| 11/15/2013 | 185 | | MOTION for Extension of Time to File Response/Reply as to 177 MOTION to Strike 175 Jury demand *of Kaplan Parties* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 11/15/2013) |
| 11/20/2013 | 186 | | NOTICE by Regions Bank, Robert Shaw re 185 MOTION for Extension of Time to File Response/Reply as to 177 MOTION to Strike 175 Jury demand *of Kaplan Parties Regions and Shaw's Notice of Agreement* (Perkins, Joseph) (Entered: 11/20/2013) |
| 11/20/2013 | 187 | | NOTICE of compliance re 185 MOTION for Extension of Time to File Response/Reply as to 177 MOTION to Strike 175 Jury demand *of Kaplan Parties* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Parrish, Jon) (Entered: 11/20/2013) |
| 11/21/2013 | 188 | | ENDORSED ORDER granting 185 Motion for Extension of Time to File Response/Reply. Responses due by 11/25/2013. Signed by Judge Elizabeth A. Kovachevich on 11/21/2013. (JM) (Entered: 11/21/2013) |
| 11/21/2013 | 189 | | ENDORSED ORDER granting 172 Motion for Leave to File Second Amended Complaint, within fourteen days. Signed by Judge Elizabeth A. Kovachevich on 11/21/2013. (JM) (Entered: 11/21/2013) |
| 11/21/2013 | 190 | | AMENDED document by Regions Bank. Amendment to 2 Amended Complaint *Region's Second Amended Complaint*. (Attachments: # 1 Exhibit Ex. A – SAC, # 2 Exhibit Comp. Ex. B – SAC, # 3 Exhibit Ex. C – SAC, # 4 Exhibit Ex. D – SAC, # 5 Exhibit Ex. E – SAC, # 6 Exhibit Ex. F – SAC)(Perkins, Joseph) (Entered: 11/21/2013) |
| 11/22/2013 | 191 | | MOTION to Compel Better Responses to Cross–Plaintiff, Marvin L. Kaplan's First Request for Production from Cross–Defendant Bridgeview Bank Group |

| | | | |
|---|---|---|---|
| | | | and Combined Memorandum of Law by Marvin I Kaplan. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. Modified on 11/25/2013 (CD). (Entered: 11/22/2013) |
| 11/25/2013 | 192 | | RESPONSE to Motion re 177 MOTION to Strike 175 Jury demand *of Kaplan Parties* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 11/25/2013) |
| 11/27/2013 | 193 | | NOTICE of compliance re 191 Oral MOTION to Compel Better Responses to Cross−Plaintiff, Marvin L. Kaplan's First Request for Production from Cross−Defendant Bridgeview Bank Group and Combined Memorandum of Law by Marvin I Kaplan (Parrish, Jon) (Entered: 11/27/2013) |
| 12/02/2013 | 194 | | MOTION for Extension of Time to File Response/Reply as to 190 Amended document by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/02/2013) |
| 12/03/2013 | 195 | | RESPONSE to Motion re 177 MOTION to Strike 175 Jury demand *of Kaplan Parties* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 12/03/2013) |
| 12/04/2013 | 196 | | MOTION for leave to file Reply and Supporting Declaration by Regions Bank, Robert Shaw. (Garbett, David) (Entered: 12/04/2013) |
| 12/04/2013 | 197 | | RESPONSE to Motion re 177 MOTION to Strike 175 Jury demand *of Kaplan Parties* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 12/04/2013) |
| 12/05/2013 | 198 | | MOTION for protective order *Cross−Defendant's Motion for Protective Order to Stay Discovery Pending Resolution of its Motion to Dismiss* by Bridgeview Bank Group. (Ellison, Jason) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/05/2013) |
| 12/05/2013 | 199 | | RESPONSE to Motion re 191 Oral MOTION to Compel Better Responses to Cross−Plaintiff, Marvin L. Kaplan's First Request for Production from Cross−Defendant Bridgeview Bank Group and Combined Memorandum of Law filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 12/05/2013) |
| 12/05/2013 | 200 | | SUPPLEMENT re 130 Response to motion *to Strike Re−Pled Defamation Claim Dkt 102* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 12/05/2013) |
| 12/06/2013 | 201 | | Supplemental MOTION to supplement Agreed Motion for Leave to Submit Reply in Support of Motion to Strike Renewed Jury Demand by Regions Bank, Robert Shaw. (Garbett, David) (Entered: 12/06/2013) |
| 12/06/2013 | 202 | | MOTION to Dismiss Second Amended Complaint by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 12/06/2013) |
| 12/09/2013 | 203 | | REPLY to Response to Motion re 102 MOTION to Strike 93 CounterclaimCrossclaim *Correcting DE 101*, 119 MOTION for sanctions *Under Rule 11 Against Kaplan Parties and Their Counsel* filed by Regions Bank, Robert Shaw. (Garbett, David) (Entered: 12/09/2013) |

| 12/09/2013 | 204 | NOTICE by Regions Bank, Robert Shaw re 93 CounterclaimCrossclaim, 102 MOTION to Strike 93 CounterclaimCrossclaim *Correcting DE 101 of 180 Days Expiring* (Perkins, Joseph) (Entered: 12/09/2013) |
| --- | --- | --- |
| 12/12/2013 | 205 | MEMORANDUM in opposition re 190 Amended document, 202 Motion to dismiss *Second Amended Complaint* filed by Regions Bank. (Garbett, David) (Entered: 12/12/2013) |
| 12/13/2013 | 206 | MOTION to extend time to *extend Current Case Management and Scheduling Order Deadlines Including Mediation and Memorandum of Law* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 12/13/2013) |
| 12/18/2013 | 207 | NOTICE by Wells Fargo, N.A. *re Local Rule 3.01(h)* (Ragusa, Mark) (Entered: 12/18/2013) |
| 12/18/2013 | 208 | MOTION for leave to file Reply to Regions' Memorandum of Law Opposing Kaplan Parties' Motion to Dismiss Certain Counts of Second Amended Complaint [Dkt. 205] by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 12/18/2013) |
| 12/31/2013 | 209 | MOTION to stay discovery *(Renewed)* by Charles A. Starr III. (Pellenbarg, Eric) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/31/2013) |
| 01/02/2014 | 210 | NOTICE of Appearance by Harris B. Katz on behalf of BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Katz, Harris) (Entered: 01/02/2014) |
| 01/09/2014 | 211 | NOTICE by Regions Bank, Robert Shaw re 93 CounterclaimCrossclaim, 102 MOTION to Strike 93 CounterclaimCrossclaim *Correcting DE 101 Rule 3.01(h) Notice* (Perkins, Joseph) (Entered: 01/09/2014) |
| 01/14/2014 | 212 | RESPONSE to Motion re 209 MOTION to stay discovery *(Renewed) Until Court Resolves His Dispositive Motion to Dismiss* filed by Marvin I Kaplan. (Katz, Harris) (Entered: 01/14/2014) |
| 01/15/2014 | 213 | {TERMINATED}MOTION to Continue *Depositions Currently Scheduled of Kaplan Parties or In the Alternative, Motion for Protective Order and Notice of Trial Conflict* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A)(Katz, Harris) Modified on 1/16/2014 Contacted Counsel; Incorrect log−in used; Counsel to refile using correct log−in. (VCG). (Entered: 01/15/2014) |
| 01/16/2014 | 214 | MOTION to Continue *Depositions Currently Scheduled of Kaplan Parties or, In the Alternative, Motion for Protective Order and Notice of Trial Conflict* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 01/16/2014) |
| 01/22/2014 | 215 | RESPONSE to Motion re 213 MOTION to Continue *Depositions Currently Scheduled of Kaplan Parties or In the Alternative, Motion for Protective Order and Notice of Trial Conflict*, 214 MOTION to Continue *Depositions Currently Scheduled of Kaplan Parties or, In the Alternative, Motion for Protective Order and Notice of Trial Conflict* filed by Regions Bank. (Attachments: # 1 Exhibit Jan 9, 2014 Email from H. Katz, # 2 Exhibit |

| | | | |
|---|---|---|---|
| | | | January 10, 2014 Email from H. Katz)(Perkins, Joseph) (Entered: 01/22/2014) |
| 01/23/2014 | 216 | | RESPONSE to Motion re 214 MOTION to Continue *Depositions Currently Scheduled of Kaplan Parties or, In the Alternative, Motion for Protective Order and Notice of Trial Conflict* filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 01/23/2014) |
| 01/23/2014 | 217 | | JOINDER in motion by Wells Fargo, N.A. *and Adoption of Region Bank's Memorandum of Law Concerning Kaplan Parties' Motion for Protective Order*. (Ragusa, Mark) (Entered: 01/23/2014) |
| 01/27/2014 | 218 | | MOTION to extend time to Mediate *Partially Agreed and Unopposed* by Regions Bank. (Perkins, Joseph) (Entered: 01/27/2014) |
| 01/29/2014 | 219 | | MOTION for leave to file to File Reply to Regions' Memorandum of Law concerning Kaplan Parties' MPO by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 01/29/2014) |
| 01/29/2014 | 220 | | MOTION for leave to file Reply to Bridgeview Bank Group's Response to Notice of Trial Conflict and Motion to Continue Depositions Currently Scheduled of Kaplan Parties or, In The Alternative, Motion for Protective Order by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 01/29/2014) |
| 01/31/2014 | 221 | | ORDER denying without prejudice 191 Motion to Compel better responses to his first requests for production; granting 198 Motion to Stay; granting 209 Motion to stay discovery. Signed by Magistrate Judge Mark A. Pizzo on 1/31/2014. (SSW) (Entered: 01/31/2014) |
| 02/03/2014 | 222 | | MOTION to stay discovery *and Combined Memorandum of Law* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 02/03/2014) |
| 02/05/2014 | 223 | | MOTION to extend time to file Expert Disclosures by Bridgeview Bank Group. (Lazenby, William) (Entered: 02/05/2014) |
| 02/06/2014 | 224 | | NOTICE by Regions Bank, Robert Shaw re 102 MOTION to Strike 93 CounterclaimCrossclaim *Correcting DE 101 Local Rule 3.01(h) Notice* (Perkins, Joseph) (Entered: 02/06/2014) |
| 02/06/2014 | 225 | | NOTICE by Regions Bank re 138 Notice (Other) *Cross−Notice of Deposition* (Perkins, Joseph) (Entered: 02/06/2014) |
| 02/07/2014 | 226 | | NOTICE by Wells Fargo, N.A. *of Taking Deposition of Marvin Kaplan, Individually and on behalf of R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC* (Ragusa, Mark) (Entered: 02/07/2014) |
| 02/12/2014 | 227 | | MOTION for Extension of Time to Complete Discovery *to Respond to Discovery Pending the Court's Ruling on Kaplan Parties' Motion to Stay Discovery and Combined Memorandum of Law* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 02/12/2014) |

| 02/13/2014 | 228 | MEMORANDUM in opposition re 222 Motion to stay discovery filed by Regions Bank, Robert Shaw. (Attachments: # 1 Exhibit Jan. 9, 2014 Email from H. Katz, # 2 Exhibit Jan. 21–22 Email Exchange, # 3 Exhibit Feb. 11–12 Email Exchange)(Perkins, Joseph) (Entered: 02/13/2014) |
|---|---|---|
| 02/13/2014 | 229 | MOTION to Compel Response to Discovery Requests by Regions Bank, Robert Shaw. (Attachments: # 1 Exhibit RB and Shaw's Dec. 10, 2013 Discovery Requests to Kaplan Parties, # 2 Exhibit Kaplan Parties' Jan. 20, 2014 Objections to First and Second RFP from RB and Shaw)(Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 02/13/2014) |
| 02/14/2014 | 230 | NOTICE by Wells Fargo, N.A. *Filing Joint Stipulation Extending Expert Disclosures and Rebuttal Reports* (Ragusa, Mark) (Entered: 02/14/2014) |
| 02/24/2014 | 231 | MEMORANDUM in opposition re 227 Motion for Extension of Time to Complete Discovery filed by Regions Bank, Robert Shaw. (Perkins, Joseph) (Entered: 02/24/2014) |
| 02/24/2014 | 232 | MEMORANDUM in opposition re 228 Memorandum in opposition, 222 Motion to stay discovery *Corrected MOL in Opposition to DE 222* filed by Regions Bank, Robert Shaw. (Attachments: # 1 Exhibit Ex. A – Jan. 9, 2014 Email from H. Katz, # 2 Exhibit Ex. B – Jan. 21–22 Email Exchange, # 3 Exhibit Ex. C – Feb. 11–12 Email Exchange)(Perkins, Joseph) (Entered: 02/24/2014) |
| 02/24/2014 | 233 | NOTICE by Bridgeview Bank Group re 138 Notice (Other) *of Filing Certificate of Non–Appearance of Marvin Kaplan* (Attachments: # 1 Exhibit A)(Lazenby, William) (Entered: 02/24/2014) |
| 02/26/2014 | 234 | MOTION for leave to file Reply to Regions' and Shaw's Corrected Memorandum of Law Opposing Kaplan Parties' Motion to Stay Discovery and Request for Sanctions [Dkt. 232] by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) (Entered: 02/26/2014) |
| 02/27/2014 | 235 | NOTICE of Appearance by Jonathan H. Kaskel on behalf of Regions Bank (Kaskel, Jonathan) (Entered: 02/27/2014) |
| 02/27/2014 | 236 | NOTICE by Regions Bank, Robert Shaw re 232 Memorandum in opposition, 229 MOTION to Compel Response to Discovery Requests *of Withdrawal of Requests for Sanctions* (Kaskel, Jonathan) (Entered: 02/27/2014) |
| 02/27/2014 | 237 | RESPONSE in Opposition re 229 MOTION to Compel Response to Discovery Requests *against Kaplan Parties, to Overrule Objections and for Sanctions Combined with Memorandum of Law* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) (Entered: 02/27/2014) |
| 03/04/2014 | 238 | MOTION for leave to file Reply to Regions' and Shaw's Memorandum of Law Opposing Kaplan Parties' Motion for Extension of Time to Respond to Discovery Pending the Court's Ruling on Kaplan Parties' Motion to Stay Discovery [Dkt. 231] by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) (Entered: 03/04/2014) |

| 03/13/2014 | 239 | MOTION to Compel Kaplan Parties to Appear for Depo by Date Certain by Regions Bank. (Attachments: # 1 Exhibit Ex. A – 03 05 14 Email)(Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 03/13/2014) |
|---|---|---|
| 03/14/2014 | 240 | MOTION for Extension of Time to Complete Discovery***NOTICE by Wells Fargo, N.A. re 230 Notice (Other) *of Filing Joint Stipulation Extending Expert Disclosures and Rebuttal Reports* (Ragusa, Mark) Modified event and text on 3/17/2014 (JNB). (Entered: 03/14/2014) |
| 03/14/2014 | 241 | NOTICE by Regions Bank, Robert Shaw re 93 CounterclaimCrossclaim, 102 MOTION to Strike 93 CounterclaimCrossclaim *Correcting DE 101 re Local Rule 3.01(h)* (Perkins, Joseph) (Entered: 03/14/2014) |
| 03/18/2014 | 242 | NOTICE by Bridgeview Bank Group *Jason M. Ellison* (Ellison, Jason) (Entered: 03/18/2014) |
| 03/27/2014 | 243 | RESPONSE in Opposition re 239 MOTION to Compel Kaplan Parties to Appear for Depo by Date Certain filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) (Entered: 03/27/2014) |
| 03/31/2014 | 244 | ORDER granting 99 Motion to Strike 93 CounterclaimCrossclaim ; denying 100 motion to dismiss; granting in part and denying in part 102 Motion to Strike ; granting in part and denying in part 106 motion to dismiss; denying without prejudice 119 Motion for Sanctions; granting in part and denying in part 123 motion to dismiss. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 3/31/2014. (JM) (Entered: 03/31/2014) |
| 03/31/2014 | 245 | ENDORSED ORDER denying as moot 222 Motion to stay discovery. Signed by Magistrate Judge Mark A. Pizzo on 3/31/2014. (SSW) (Entered: 03/31/2014) |
| 04/01/2014 | 246 | NOTICE of hearing: Pretrial Conference set for 4/10/2014 at 09:30 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo (SSW) (Entered: 04/01/2014) |
| 04/02/2014 | 247 | ENDORSED ORDER granting 201 Unopposed Motion to for leave to file Reply (six pages) to Response to Motion to Strike Jury Demand. Signed by Judge Elizabeth A. Kovachevich on 4/2/2014. (JM) (Entered: 04/02/2014) |
| 04/02/2014 | 248 | ENDORSED ORDER denying as moot 196 Motion for Leave to File Reply. Signed by Judge Elizabeth A. Kovachevich on 4/2/2014. (JM) (Entered: 04/02/2014) |
| 04/02/2014 | 249 | ENDORSED ORDER denying without prejudice 155 Motion for Sanctions; the Court has deferred all motions for sanctions until after final disposition; this motion can be renewed by filing a notice. Signed by Judge Elizabeth A. Kovachevich on 4/2/2014. (JM) Modified on 4/3/2014 to edit text. (VCG). (Entered: 04/02/2014) |
| 04/02/2014 | 250 | ENDORSED ORDER granting 194 Motion for Extension of Time to File Response/Reply, nunc pro tunc 12/2/2013 Responses due by 12/12/2013. Signed by Judge Elizabeth A. Kovachevich on 4/2/2014. (JM) (Entered: 04/02/2014) |

| 04/04/2014 | 251 | | MEMORANDUM in support re 177 Motion to Strike *Jury Demand* filed by Regions Bank. (Perkins, Joseph) (Entered: 04/04/2014) |
|---|---|---|---|
| 04/04/2014 | 252 | | NOTICE by Regions Bank re 251 Memorandum in support *of Filing* (Attachments: # 1 Declaration of M. Scott Newberger in Support of Reply Memorandum in Support of Motion to Strike Jury Demand, # 2 Exhibit 1) to Newberger Declaration, # 3 Exhibit 2) to Newberger Declaration)(Perkins, Joseph) (Entered: 04/04/2014) |
| 04/07/2014 | 253 | | {TERMINATED}MOTION for clarification *of Order Granting Regions and Shaw's Motion to Dismiss Count XXI of the Amended Counterclaim/Crossclaim and Combined Memorandum of Law* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) Modified on 4/8/2014 Counsel contacted Clerk's Office and wished to refile this pleading. (VCG). (Entered: 04/07/2014) |
| 04/08/2014 | 254 | | MOTION for clarification *of Order Granting Regions and Shaw's Motion to Dismiss Count XXI of the Amended Counterclaim/Crossclaim [Dkt. 244] and Combined Memorandum of Law* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) (Entered: 04/08/2014) |
| 04/08/2014 | 255 | | AMENDED NOTICE of designation under Local Rule 3.05 – Track 3. (CLM) (Entered: 04/08/2014) |
| 04/08/2014 | 256 | | ORDER denying without prejudice 227 Motion for Extension of Time to Complete Discovery; denying without prejudice 229 Motion to Compel discoveryKaplan Parties to appear for deposition by date certain; denying without prejudice 239 Motion to Compel discoveryKaplan Parties to appear for deposition by date certain. The parties are directed to confer regarding the filing of a case management report in accordance with the amended notice of designation under Local Rule 3.05 – Track 3 (doc. 255) prior to the Rule 16 conference, which shall be held as previously scheduled on Thursday, April 10, 2014 at 9:30 a.m., Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, Florida 33602.. Signed by Magistrate Judge Mark A. Pizzo on 4/8/2014. (SSW) (Entered: 04/08/2014) |
| 04/09/2014 | 257 | | ENDORSED ORDER referring motion to Magistrate Judge for disposition: 238 MOTION for leave to file Reply to Regions' and Shaw's Memorandum of Law Opposing Kaplan Parties' Motion for Extension of Time to Respond to Discovery Pending the Court's Ruling on Kaplan Parties' Motion to Stay Discovery [Dkt. filed by R1A Palms, LLC, MK Investing, LLC, BNK Smith, LLC, Triple Net Exchange, LLC, Marvin I Kaplan. Signed by Judge Elizabeth A. Kovachevich on 4/9/2014. (JM) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/09/2014) |
| 04/09/2014 | 258 | | MOTION for Reconsideration *of Court's Order Denying Motion to Dismiss Plaintiff's Amended Crossclaims and Request for Oral Argument* by Charles A. Starr III. (Albritton, A.) (Entered: 04/09/2014) |
| 04/10/2014 | 259 | | Minute Entry. Proceedings held before Magistrate Judge Mark A. Pizzo: PRELIMINARY PRETRIAL CONFERENCE held on 4/10/2014. (DIGITAL) (SSW) (Entered: 04/10/2014) |

| | | | |
|---|---|---|---|
| 04/10/2014 | 260 | | ORDER re Rule 16 conference denying as moot 238 Motion for Leave to File. Defendants must file an answer to the amended complaint (doc. 2) within thirty days of this Order. The parties must file a case management report within fourteen days of this Order. The parties are allowed five days to take the deposition of Defendant/Counter−claimant, Marvin I. Kaplan.. Signed by Magistrate Judge Mark A. Pizzo on 4/10/2014. (SSW) (Entered: 04/10/2014) |
| 04/14/2014 | 261 | | MOTION for leave to file Reply to Region's Reply to Kaplan Parties' Response to Regions' Motion to Strike Kaplan Parties' Renewed Jury Demand by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) (Entered: 04/14/2014) |
| 04/15/2014 | 262 | | MOTION to Amend/Correct 260 Order on Motion for Leave to File *(Agreed)* by Regions Bank. (Garbett, David) (Entered: 04/15/2014) |
| 04/23/2014 | 263 | | MOTION for Extension of Time to File Response/Reply as to 258 MOTION for Reconsideration *of Court's Order Denying Motion to Dismiss Plaintiff's Amended Crossclaims and Request for Oral Argument* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/23/2014) |
| 04/24/2014 | 264 | | MOTION for Rachel K. Jones to withdraw as attorney by The Florida Bankers Association, Inc.. (Colgan, Michael) (Entered: 04/24/2014) |
| 04/24/2014 | 265 | | MEMORANDUM in opposition re 254 Clarification filed by Regions Bank, Robert Shaw. (Garbett, David) (Entered: 04/24/2014) |
| 04/24/2014 | 266 | | AMENDED document by Regions Bank. *Second Amended Case Management Report*. (Perkins, Joseph) (Entered: 04/24/2014) |
| 04/25/2014 | 267 | | ENDORSED ORDER granting 263 Motion for Extension of Time to File Response/Reply re 258 MOTION for Reconsideration *of Court's Order Denying Motion to Dismiss Plaintiff's Amended Crossclaims and Request for Oral Argument* Responses due by 5/2/2014. Signed by Magistrate Judge Mark A. Pizzo on 4/25/2014. (SSW) (Entered: 04/25/2014) |
| 05/01/2014 | 268 | | RESPONSE to Motion re 258 MOTION for Reconsideration *of Court's Order Denying Motion to Dismiss Plaintiff's Amended Crossclaims and Request for Oral Argument* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) (Entered: 05/01/2014) |
| 05/01/2014 | 269 | | MOTION for leave to file Reply to Regions' and Shaw's Memorandum of Law Opposing Kaplan Parties' Motion for Clarification *[Dkt 265]* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) (Entered: 05/01/2014) |
| 05/08/2014 | 270 | | ANSWER to 93 Crossclaim by Wells Fargo, N.A.. Related document: 93 CounterclaimCrossclaim filed by R1A Palms, LLC, MK Investing, LLC, BNK Smith, LLC, Triple Net Exchange, LLC, Marvin I Kaplan.(Ragusa, Mark) (Entered: 05/08/2014) |
| 05/12/2014 | 271 | | REPLY to 93 Counterclaim , *Bridgeview Bank Group's* ANSWER to 93 Crossclaim , First CROSSCLAIM against Marvin I Kaplan, First COUNTERCLAIM against BNK Smith, LLC, MK Investing, LLC, R1A |

| | | | |
|---|---|---|---|
| | | | Palms, LLC, Triple Net Exchange, LLC by Bridgeview Bank Group. Related document: 93 CounterclaimCrossclaim filed by R1A Palms, LLC, MK Investing, LLC, BNK Smith, LLC, Triple Net Exchange, LLC, Marvin I Kaplan.(Ellison, Jason) (Entered: 05/12/2014) |
| 05/12/2014 | 272 | | ANSWER and affirmative defenses to Complaint with Jury Demand *(Second Amended Complaint)* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC.(Parrish, Jon) (Entered: 05/12/2014) |
| 06/05/2014 | 273 | | MOTION for default judgment against G. Todd Smith, Gary T. Smith, Lucy B. Smith, Smith Advertising & Associates, Inc. by Triple Net Exchange, LLC, R1A Palms, LLC, Marvin I Kaplan, MK Investing, LLC, BNK Smith, LLC. (Katz, Harris) (Entered: 06/05/2014) |
| 06/05/2014 | 274 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 271 Answer to CounterclaimAnswer to Crossclaim by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 06/05/2014) |
| 06/10/2014 | 275 | | ENDORSED ORDER granting 274 Motion for Extension of Time to File Response/Reply re 274 Unopposed MOTION for Extension of Time to File Response/Reply as to 271 Answer to CounterclaimAnswer to Crossclaim Responses due by 6/13/2014. Signed by Magistrate Judge Mark A. Pizzo on 6/10/2014. (SSW) (Entered: 06/10/2014) |
| 06/13/2014 | 276 | | MOTION to Dismiss Bridgeview Bank Group's Counterclaim and Crossclaim [Dkt. 271] by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) (Entered: 06/13/2014) |
| 06/18/2014 | 277 | | Unopposed MOTION to Compel Better Responses to Cross–Plainiff, Marvin I. Kaplan's 1st Request for Production from Cross Defendant, Bridgeview Bank Group and Combined Memorandum of Law by Marvin I Kaplan. (Attachments: # 1 Exhibit A – Kaplan's RFP to BBG, # 2 Exhibit B – BBG's Response to Kaplan's RFP)(Katz, Harris) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 06/18/2014) |
| 06/20/2014 | 278 | | ENDORSED ORDER granting 277 Motion to Compel better responses to Kaplan's first request for production from Cross–Defendant Bridgeview Bank Group. Signed by Magistrate Judge Mark A. Pizzo on 6/20/2014. (SSW) (Entered: 06/20/2014) |
| 06/20/2014 | 279 | | NOTICE of supplemental authority re 258 MOTION for Reconsideration *of Court's Order Denying Motion to Dismiss Plaintiff's Amended Crossclaims and Request for Oral Argument* by Charles A. Starr III. (Attachments: # 1 Exhibit U.S. ex rel Keeler v. Eisai, 2014 WL 2595592 (11th Cir. June 11, 2014))(Albritton, A.) (Entered: 06/20/2014) |
| 06/27/2014 | 280 | | RESPONSE to Motion re 276 MOTION to Dismiss Bridgeview Bank Group's Counterclaim and Crossclaim [Dkt. 271] filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 06/27/2014) |
| 07/10/2014 | 281 | | *Amended* REPLY to 93 Counterclaim *and Affirmative Defenses* by Wells Fargo, N.A.. Related document: 93 CounterclaimCrossclaim filed by R1A |

|  |  |  | Palms, LLC, MK Investing, LLC, BNK Smith, LLC, Triple Net Exchange, LLC, Marvin I Kaplan.(Ragusa, Mark) (Entered: 07/10/2014) |
|---|---|---|---|
| 08/11/2014 | 282 |  | MOTION to Compel Kaplan Parties to Provide Better Answers to Interrogatories by Regions Bank, Robert Shaw. (Attachments: # 1 Exhibit Ex. A – RB's First Interrogatories to Kaplan Parties, # 2 Exhibit Ex. B – Kaplan Parties' Amended Answers to RB's First Interrogatories, # 3 Exhibit Ex. C – Shaw's First Interrogatories to Kaplan Parties, # 4 Exhibit Ex. D – Kaplan Parties' Second Amended Answers to Shaw's First Interrogatories, # 5 Exhibit Ex. E – July 10, 2014 E–Mail Agreement During Pre–Filing Conference)(Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. Modified text on 8/12/2014 (KMB). (Entered: 08/11/2014) |
| 08/11/2014 | 283 |  | NOTICE by Regions Bank re 190 Amended document, 202 MOTION to Dismiss Second Amended Complaint , 205 Memorandum in opposition *Pursuant to Local Rule 3.01(h)* (Perkins, Joseph) (Entered: 08/11/2014) |
| 08/13/2014 | 284 |  | MOTION to Substitute Attorney by Bridgeview Bank Group. (Attachments: # 1 Exhibit A)(Ellison, Jason) (Entered: 08/13/2014) |
| 08/20/2014 | 285 |  | MOTION to Compel Reponses to Requests for Production by Regions Bank, Robert Shaw. (Attachments: # 1 Exhibit RB and Shaw's First Request for Production to Kaplan Parties, # 2 Exhibit Kaplan Parties' Amended Response and Objections to First RFP, # 3 Exhibit RB and Shaw's Second RFP to Kaplan Parties, # 4 Exhibit Kaplan Parties Amended Responses and Objections to Second RFP, # 5 Exhibit Kaplan Parties' Handwritten Transaction Logs)(Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/20/2014) |
| 08/25/2014 | 286 |  | Unopposed MOTION for Extension of Time to File Response/Reply as to 282 MOTION to Compel Kaplan Parties to PRovide Better Answers to Interrogatories by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/25/2014) |
| 08/26/2014 | 287 |  | ENDORSED ORDER granting 286 Motion for Extension of Time to File Response/Reply re 282 MOTION to Compel Kaplan Parties to Provide Better Answers to Interrogatories Responses due by 9/8/2014. Signed by Magistrate Judge Mark A. Pizzo on 8/26/2014. (SSW) (Entered: 08/26/2014) |
| 08/28/2014 | 288 |  | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Name Change for Firm* (Katz, Harris) (Entered: 08/28/2014) |
| 09/03/2014 | 289 |  | Unopposed MOTION for Extension of Time to File Response/Reply as to 285 MOTION to Compel Reponses to Requests for Production by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 09/03/2014) |
| 09/04/2014 | 290 |  | ENDORSED ORDER granting 289 Motion for Extension of Time to File Response/Reply re 285 MOTION to Compel Reponses to Requests for Production Responses due by 9/23/2014. Signed by Magistrate Judge Mark A. Pizzo on 9/4/2014. (SSW) (Entered: 09/04/2014) |

| 09/08/2014 | 291 | | Unopposed MOTION for Extension of Time to File Response/Reply *to Regions and Shaws Motion to Compel Kaplan Parties to Provide Better Answers to Interrogatories and Supporting Memorandum of Law* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Katz, Harris) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 09/08/2014) |
|---|---|---|---|
| 09/12/2014 | 292 | | ENDORSED ORDER granting 291 Motion for Extension of Time to File Response/Reply re 282 MOTION to Compel Kaplan Parties to Provide Better Answers to Interrogatories Responses due by 9/23/2014. Signed by Magistrate Judge Mark A. Pizzo on 9/12/2014. (SSW) (Entered: 09/12/2014) |
| 09/12/2014 | 293 | | ENDORSED ORDER granting 284 Motion to Substitute Attorney. Attorneys Jason M. Ellison and William G. Lazenby are substituted as counsel of record for Crossclaim Defendant Bridgeview Bank Group. Attorneys from the law firm of Englander Fischer are hereby relieved of representing Crossclaim Defendant Bridgeview Bank Group. Signed by Judge Elizabeth A. Kovachevich on 9/12/2014. (rjm) (Entered: 09/12/2014) |
| 09/23/2014 | 294 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 282 MOTION to Compel Kaplan Parties to PRovide Better Answers to Interrogatories by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Fraser, David) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 09/23/2014) |
| 09/23/2014 | 295 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 285 MOTION to Compel Reponses to Requests for Production by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Fraser, David) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 09/23/2014) |
| 09/25/2014 | 296 | | ENDORSED ORDER granting 294 Kaplan parties' Motion for Extension of Time to File Response/Reply re 282 MOTION to Compel Kaplan Parties to Provide Better Answers to Interrogatories. Responses due by 10/14/2014. Signed by Magistrate Judge Mark A. Pizzo on 9/25/2014. (SSW) (Entered: 09/25/2014) |
| 09/25/2014 | 297 | | ENDORSED ORDER granting 295 Kaplan Parties' Motion for Extension of Time to File Response/Reply re 285 MOTION to Compel Reponses to Requests for Production. Responses due by 10/14/2014. Signed by Magistrate Judge Mark A. Pizzo on 9/25/2014. (SSW) (Entered: 09/25/2014) |
| 09/29/2014 | 298 | | ORDER denying as moot 261 Motion for Leave to File Reply as moot; granting 177 Motion to Strike 175 Jury demand. Signed by Judge Elizabeth A. Kovachevich on 9/29/2014. (JM) (Entered: 09/29/2014) |
| 09/29/2014 | 299 | | ORDER denying as moot 206 Motion to extend time; denying as moot 214 Motion to Continue; denying as moot 218 Motion to extend time; denying as moot 219 Motion for Leave to File; denying as moot 220 Motion for Leave to File; denying as moot 223 Motion to extend time; denying as moot 234 Motion for Leave to File. Signed by Judge Elizabeth A. Kovachevich on 9/29/2014. (JM) (Entered: 09/29/2014) |
| 09/30/2014 | 300 | | AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 9/15/2015, Dispositive motions due by 10/30/2015, Plaintiff |

| | | | |
|---|---|---|---|
| | | | disclosure of expert report due by 4/14/2015, Defendant disclosure of expert report due by 4/14/2015, Final Pretrial Conference set for 4/12/2016 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo, Conduct mediation hearing by 9/15/2015. Lead counsel to coordinate dates. This case is a 60 hour nonjury trial. Signed by Judge Elizabeth A. Kovachevich on 9/30/2014. (JM) Modified on 10/1/2014 (LD). (Entered: 09/30/2014) |
| 09/30/2014 | 301 | | ORDER Denying 202 Defendants' Motion to Dismiss and Denying as Moot 208 Defendants' Motion for Leave to File Reply. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 9/30/2014. (jm) (Entered: 09/30/2014) |
| 10/06/2014 | 302 | | [TERMINATED] NOTICE by Regions Bank *of Issuance of Subpoena to Comcast Corp.* (Attachments: # 1 Exhibit Subpoena to Comcast)(Perkins, Joseph) NOTE: DOCUMENT TERMINATED PURSUANT TO LOCAL RULE 3.03 – DISCOVERY. IMAGE REMOVED, COUNSEL NOTIFIED. Modified on 10/7/2014 (LD). (Entered: 10/06/2014) |
| 10/14/2014 | 303 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 285 MOTION to Compel Reponses to Requests for Production by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 10/14/2014) |
| 10/14/2014 | 304 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 282 MOTION to Compel Kaplan Parties to PRovide Better Answers to Interrogatories by BNK Smith, LLC, Bridgeview Bank Group, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 10/14/2014) |
| 10/15/2014 | 305 | | ENDORSED ORDER granting 303 Motion for Extension of Time to File Response/Reply re 285 ; granting 304 Motion for Extension of Time to File Response/Reply re, 282 MOTION to Compel Kaplan Parties to PRovide Better Answers to Interrogatories. Responses due by 10/29/2014. Signed by Magistrate Judge Mark A. Pizzo on 10/15/2014. (SSW) (Entered: 10/15/2014) |
| 10/21/2014 | 306 | | MOTION to quash Subpoenas Duces Tecum Directed to Comcast *and Motion for Protective Order* by Marvin I Kaplan. (Attachments: # 1 Exhibit A)(Parrish, Jon) (Entered: 10/21/2014) |
| 10/29/2014 | 307 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 282 MOTION to Compel Kaplan Parties to PRovide Better Answers to Interrogatories *and Supporting Memorandum of Law* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 10/29/2014) |
| 10/29/2014 | 308 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 285 MOTION to Compel Reponses to Requests for Production by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 10/29/2014) |
| 10/30/2014 | 309 | | |

| | | | |
|---|---|---|---|
| | | | ENDORSED ORDER granting 307 Motion for Extension of Time to File Response/Reply, 282 MOTION to Compel Kaplan Parties to Provide Better Answers to Interrogatories ; granting 308 Motion for Extension of Time to File Response/Reply re 285 MOTION to Compel Reponses to Requests for Production. Responses are due by 11/12/2014. Signed by Magistrate Judge Mark A. Pizzo on 10/30/2014. (SSW) (Entered: 10/30/2014) |
| 11/04/2014 | 310 | | NOTICE of unavailability of counsel by Regions Bank, Robert Shaw from 11/18/14 to 12/7/14. (Perkins, Joseph) (Entered: 11/04/2014) |
| 11/04/2014 | 311 | | ENDORSED ORDER granting 264 Motion to Withdraw as Attorney Attorney Rachel K. Jones terminated. Signed by Judge Elizabeth A. Kovachevich on 11/4/2014. (JM) (Entered: 11/04/2014) |
| 11/06/2014 | 312 | | MOTION to stay re 306 MOTION to quash Subpoenas Duces Tecum Directed to Comcast *and Motion for Protective Order or Alternatively*, MOTION to extend time to December 19, 2014 *to Rerspond* by Regions Bank. (Attachments: # 1 Exhibit A – 10/8/14 Amended Notice of Issuance of Subpoena to Comcast, # 2 Exhibit B – 10/13/14 Fax Response from Comcast)(Perkins, Joseph) (Entered: 11/06/2014) |
| 11/12/2014 | 313 | | MOTION to extend time to respond to Regions and Shaw's Motion to Compel Kaplan Parties to Provide Better Answers to Interrogatories and Supporting Memorandum of Law [Doc 282] by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 11/12/2014) |
| 11/12/2014 | 314 | | MOTION to extend time to Respond to Regions' and Shaw's Motion to Compel Against Kaplan Parties' with Respect to Requests for Production 285 by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 11/12/2014) |
| 11/13/2014 | 315 | | ENDORSED ORDER granting 313 Motion to extend time to respond to Regions and Shaw's Motion to Compel Kaplan Parties to Provide Better Answers to Interrogatories (doc. 282). Responses are due by November 19, 2014. Signed by Magistrate Judge Mark A. Pizzo on 11/13/2014. (SSW) (Entered: 11/13/2014) |
| 11/13/2014 | 316 | | ENDORSED ORDER granting 314 Motion to extend time to Response to Regions's and Shaw's motion to Compel Kaplan Parties to response to request for production (doc. 285). Responses are due by November 19, 2014. Signed by Magistrate Judge Mark A. Pizzo on 11/13/2014. (SSW) (Entered: 11/13/2014) |
| 11/19/2014 | 317 | | NOTICE OF SELECTION of Jim Nulman as mediator by Regions Bank. (Perkins, Joseph) (Entered: 11/19/2014) |
| 11/19/2014 | 318 | | Unopposed MOTION to extend time to Respond to Regions' and Shaw's Motion to Compel Against Kaplan Parties' with Respect to Requests for Production [Doc 285] by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 11/19/2014) |
| 11/19/2014 | 319 | | Unopposed MOTION to extend time to Respond to Regions and Shaw's Motion to Compel Kaplan Parties to Provide Better Answers to Interrogatories |

| | | | |
|---|---|---|---|
| | | | and Supporting Memorandum of Law [Doc 282] by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 11/19/2014) |
| 12/03/2014 | 320 | | MOTION for Extension of Time to File Response/Reply as to 282 MOTION to Compel Kaplan Parties to PRovide Better Answers to Interrogatories by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/03/2014) |
| 12/03/2014 | 321 | | MOTION for Extension of Time to File Response/Reply as to 285 MOTION to Compel Reponses to Requests for Production by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/03/2014) |
| 12/04/2014 | 322 | | ENDORSED ORDER granting 320 Motion for Extension of Time to File Response/Reply re 282 MOTION to Compel Kaplan Parties to Provide Better Answers to Interrogatories. Responses due by 12/10/2014. Signed by Magistrate Judge Mark A. Pizzo on 12/4/2014. (SSW) (Entered: 12/04/2014) |
| 12/04/2014 | 323 | | ENDORSED ORDER granting 321 Motion for Extension of Time to File Response/Reply re 285 MOTION to Compel Reponses to Requests for Production. Responses due by 12/10/2014. Signed by Magistrate Judge Mark A. Pizzo on 12/4/2014. (SSW) (Entered: 12/04/2014) |
| 12/10/2014 | 324 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 282 MOTION to Compel Kaplan Parties to PRovide Better Answers to Interrogatories by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/10/2014) |
| 12/10/2014 | 325 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 285 MOTION to Compel Reponses to Requests for Production by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/10/2014) |
| 12/10/2014 | 326 | | NOTICE of hearing: Status Conference set for 12/19/2014 at 11:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo (SSW) (Entered: 12/10/2014) |
| 12/10/2014 | 327 | | NOTICE OF RESCHEDULING HEARING (AS TO TIME): The Status Hearing hearing previously scheduled for 12/19/14 is rescheduled. New hearing time: Status Conference set for 12/19/2014 at 10:30 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo. The parties may attend by telephone. See Notice for instructions. (SSW) (Entered: 12/10/2014) |
| 12/17/2014 | 328 | | RESPONSE to Motion re 285 MOTION to Compel Reponses to Requests for Production filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Parrish, Jon) (Entered: 12/17/2014) |
| 12/17/2014 | 329 | | RESPONSE to Motion re 282 MOTION to Compel Kaplan Parties to PRovide Better Answers to Interrogatories *and Supporting Memorandum of Law* filed |

| | | |
|---|---|---|
| | | by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Parrish, Jon) (Entered: 12/17/2014) |
| 12/18/2014 | 330 | ENDORSED ORDER denying as moot 318 Motion to extend time. Signed by Magistrate Judge Mark A. Pizzo on 12/18/2014. (SSW) (Entered: 12/18/2014) |
| 12/18/2014 | 331 | ENDORSED ORDER denying as moot 319 Motion to extend time. Signed by Magistrate Judge Mark A. Pizzo on 12/18/2014. (SSW) (Entered: 12/18/2014) |
| 12/18/2014 | 332 | ENDORSED ORDER denying as moot 324 Motion for Extension of Time to File Response/Reply. Signed by Magistrate Judge Mark A. Pizzo on 12/18/2014. (SSW) (Entered: 12/18/2014) |
| 12/18/2014 | 333 | ENDORSED ORDER denying as moot 325 Motion for Extension of Time to File Response/Reply. Signed by Magistrate Judge Mark A. Pizzo on 12/18/2014. (SSW) (Entered: 12/18/2014) |
| 12/19/2014 | 334 | Minute Entry. Proceedings held before Magistrate Judge Mark A. Pizzo: STATUS CONFERENCE held on 12/19/2014. (DIGITAL) (SSW) (Entered: 12/19/2014) |
| 12/19/2014 | 335 | ORDER granting in part and denying in part 282 Motion to Compel better answers to interrogatories; granting in part and denying in part 285 Motion to Compel with respect to request for production. The Kaplan Parties are to provide a supplemental response to Regions' interrogatory number 7 and a privilege log (if claiming a privilege as to any document) within thirty (30) days from the date of this Order. Signed by Magistrate Judge Mark A. Pizzo on 12/19/2014. (SSW) (Entered: 12/19/2014) |
| 12/23/2014 | 336 | MOTION to Compel Kaplan Parties to Produce Documents and Answers to Interrogatories Nos. 3–8 and 11–13 and Memorandum of Law in Support by Wells Fargo, N.A.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Ragusa, Mark) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/23/2014) |
| 01/06/2015 | 337 | RESPONSE in Opposition re 336 MOTION to Compel Kaplan Parties to Produce Documents and Answers to Interrogatories Nos. 3–8 and 11–13 and Memorandum of Law in Support filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A (1 of 5), # 2 Exhibit A (2 of 5), # 3 Exhibit A (3 of 5), # 4 Exhibit A (4 of 5), # 5 Exhibit A (5 of 5))(Parrish, Jon) (Entered: 01/06/2015) |
| 01/12/2015 | 338 | ORDER granting 336 Motion to Compel the Kaplan Parties to produce documents and answers to interrogatories nos. 3–8 and 11–13. See Order for details. Signed by Magistrate Judge Mark A. Pizzo on 1/12/2015. (SSW) (Entered: 01/12/2015) |
| 01/19/2015 | 339 | NOTICE of compliance re 335 Order on motion to compel by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Parrish, Jon) (Entered: 01/19/2015) |
| 01/20/2015 | 340 | NOTICE by The Florida Bankers Association, Inc. *of Law Firm Name Change and Amended Designation of Primaryy and Secondary E–Mail Addresses* (Colgan, Michael) (Entered: 01/20/2015) |

| 02/11/2015 | 341 | | NOTICE of compliance re 338 Order on motion to compel, 335 Order on motion to compel by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Parrish, Jon) (Entered: 02/11/2015) |
| --- | --- | --- | --- |
| 02/11/2015 | 342 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Service of Privilege Log by Kaplan Parties* (Parrish, Jon) (Entered: 02/11/2015) |
| 02/18/2015 | 343 | | NOTICE by Regions Bank re 265 Memorandum in opposition, 254 MOTION for clarification *of Order Granting Regions and Shaw's Motion to Dismiss Count XXI of the Amended Counterclaim/Crossclaim [Dkt. 244] and Combined Memorandum of Law L.R. 3.01(h) Notice* (Perkins, Joseph) (Entered: 02/18/2015) |
| 03/02/2015 | 344 | | {TERMINATED} NOTICE by Regions Bank *of Service of Answers to Kaplan's First Set of Interrogatories* (Perkins, Joseph) NOTE: DOCUMENT TERMINATED PURSUANT TO LOCAL RULE 3.03 – DISCOVERY. IMAGE REMOVED, COUNSEL NOTIFIED. Modified on 3/3/2015 (LD). (Entered: 03/02/2015) |
| 03/02/2015 | 345 | | NOTICE of Appearance by Jason Paul Stearns on behalf of Charles A. Starr III (Stearns, Jason) (Entered: 03/02/2015) |
| 03/24/2015 | 346 | | ORDER granting 273 Motion for Final Default Judgment in favor of Crossclaimants Marvin I. Kaplan, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith LLC against G. Todd Smith, Gary T. Smith, Lucy B. Smith andSmith Advertising & Associates, Inc. The Clerk of Court shall enter a Final Default Judgment as to liability and entitlement to damages; the Court reserves jurisdiction to determine the amount of damages. Signed by Judge Elizabeth A. Kovachevich on 3/24/2015. (JM) (Entered: 03/24/2015) |
| 03/24/2015 | 347 | | ENDORSED ORDER denying as moot 240 Motion for Extension of Time to Complete Discovery (seeking to extend expert disclosure deadline); the amended case management order (Dkt. 300) sets the pretrial deadlines for this case. Signed by Judge Elizabeth A. Kovachevich on 3/24/2015. (JM) (Entered: 03/24/2015) |
| 03/24/2015 | 348 | | ENDORSED ORDER granting 262 motion to amend/correct Order to reflect response to the Second Amended Complaint (Dkt. 190). Signed by Judge Elizabeth A. Kovachevich on 3/24/2015. (JM) (Entered: 03/24/2015) |
| 03/25/2015 | 349 | | DEFAULT JUDGMENT against G. Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc..(Signed by Deputy Clerk) (LD) (Entered: 03/25/2015) |
| 03/30/2015 | 350 | | ORDER denying 254 Motion for clarification. Signed by Judge Elizabeth A. Kovachevich on 3/30/2015. (JM) (Entered: 03/30/2015) |
| 03/30/2015 | 351 | | ORDER granting in part and denying in part 258 Motion for Reconsideration re 244 Order on Motion to StrikeOrder on motion to dismissOrder on Motion for Sanctions. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 3/30/2015. (JM) (Entered: 03/30/2015) |
| 03/30/2015 | 352 | | ENDORSED ORDER denying as moot 269 Motion for Leave to File Reply to response to Motion for Clarification. Signed by Judge Elizabeth A. |

| | | | |
|---|---|---|---|
| | | | Kovachevich on 3/30/2015. (JM) (Entered: 03/30/2015) |
| 03/30/2015 | 353 | | ORDER granting 276 motion to dismiss Counterclaim and Crossclaim of Bridgeview Bank Group. Signed by Judge Elizabeth A. Kovachevich on 3/30/2015. (JM) (Entered: 03/30/2015) |
| 04/01/2015 | 354 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Substitution of Counsel* (Parrish, Jon) (Entered: 04/01/2015) |
| 04/10/2015 | 355 | | MOTION for Extension of Time to File Response/Reply as to 93 CounterclaimCrossclaim *(Stipulated)* by Charles A. Starr III. (Pellenbarg, Eric) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/10/2015) |
| 04/10/2015 | 356 | | **ENDORSED ORDER granting 355 Motion for Extension of Time to File Response/Reply to amended crossclaims. Charles Larry Starr III's response is due on or before April 23, 2015. Signed by Magistrate Judge Mark A. Pizzo on 4/10/2015. (SSW) (Entered: 04/10/2015)** |
| 04/13/2015 | 357 | | **ENDORSED ORDER re 306 MOTION to quash Subpoenas Duces Tecum Directed to Comcast *and Motion for Protective Order* filed by Marvin I Kaplan, 312 MOTION to stay re 306 MOTION to quash Subpoenas Duces Tecum Directed to Comcast *and Motion for Protective Order or Alternatively* MOTION to extend time to December 19, 2014 *to Rerspond* filed by Regions Bank, directing the parties to notify the Court whether the motions are moot or require further consideration, by filing a response to this Order within seven days Signed by Judge Elizabeth A. Kovachevich on 4/13/2015. (JM) (Entered: 04/13/2015)** |
| 04/13/2015 | 358 | | MOTION for Attorney Fees by Marvin I Kaplan. (Attachments: # 1 Affidavit of Attorney's Fees and Costs)(Parrish, Jon) (Entered: 04/13/2015) |
| 04/14/2015 | 359 | | MOTION to extend time to to file Defendant's Expert Disclosure by Marvin I Kaplan. (Parrish, Jon) (Entered: 04/14/2015) |
| 04/17/2015 | 360 | | MOTION for Reconsideration re 244 Order on Motion to StrikeOrder on motion to dismissOrder on Motion for Sanctions by Bridgeview Bank Group. (Ellison, Jason) (Entered: 04/17/2015) |
| 04/17/2015 | 361 | | NOTICE by Regions Bank re 306 MOTION to quash Subpoenas Duces Tecum Directed to Comcast *and Motion for Protective Order*, 312 MOTION to stay re 306 MOTION to quash Subpoenas Duces Tecum Directed to Comcast *and Motion for Protective Order or Alternatively* MOTION to extend time to December 19, 2014 *to Rerspond* (Perkins, Joseph) (Entered: 04/17/2015) |
| 04/17/2015 | 362 | | **ENDORSED ORDER denying as moot 306 Motion to Quash; denying as moot 312 motion to stay; denying as moot 312 Motion to extend time. Signed by Judge Elizabeth A. Kovachevich on 4/17/2015. (JM) (Entered: 04/17/2015)** |
| 04/22/2015 | 363 | | {TERMINATED} Supplemental MOTION for Extension of Time to File Expert Disclosure by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) NOTE: COUNSEL NOTIFIED TO RE–FILE WITH PROPER ATTORNEY LOG IN |

| | | | |
|---|---|---|---|
| | | | Modified on 4/23/2015 (LD). (Entered: 04/22/2015) |
| 04/23/2015 | 364 | | Supplemental MOTION for Extension of Time to File Expert Disclosure by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 04/23/2015) |
| 04/23/2015 | 365 | | *Charles Larry Starr, III's Answer and Defenses to the Investment Companies' Amended Counterclaim and Crossclaims* REPLY to 93 Counterclaim , ANSWER to 93 Crossclaim by Charles A. Starr III. Related document: 93 CounterclaimCrossclaim filed by R1A Palms, LLC, MK Investing, LLC, BNK Smith, LLC, Triple Net Exchange, LLC, Marvin I Kaplan.(Stearns, Jason) (Entered: 04/23/2015) |
| 04/23/2015 | 366 | | MOTION for judgment on the pleadings *(Crossclaim Defendant Starr's Dispositive Motion for Judgment on the Pleadings as to Count II of the Amended Crossclaim)* by Charles A. Starr III. (Stearns, Jason) (Entered: 04/23/2015) |
| 04/23/2015 | 367 | | REQUEST for oral argument re 366 MOTION for judgment on the pleadings *(Crossclaim Defendant Starr's Dispositive Motion for Judgment on the Pleadings as to Count II of the Amended Crossclaim) (Crossclaim Defendant Starr's Request for Oral Argument on Dispositive Motion for Judgment on the Pleadings as to Count II of the Amended Crossclaim)* by Charles A. Starr III. (Stearns, Jason) (Entered: 04/23/2015) |
| 04/24/2015 | 368 | | RESPONSE in Opposition re 364 Supplemental MOTION for Extension of Time to File Expert Disclosure , 359 MOTION to extend time to file Defendant's Expert Disclosure filed by Wells Fargo, N.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Ragusa, Mark) (Entered: 04/24/2015) |
| 04/24/2015 | 369 | | RESPONSE in Opposition re 358 MOTION for Attorney Fees filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 04/24/2015) |
| 04/24/2015 | 370 | | MOTION to Strike *or Exclude Kaplan Parties' Expert Witnesses filed* by Wells Fargo, N.A.. (Ragusa, Mark) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/24/2015) |
| 04/30/2015 | 371 | | MOTION for Extension of Time to File Response/Reply as to 360 MOTION for Reconsideration re 244 Order on Motion to StrikeOrder on motion to dismissOrder on Motion for Sanctions by Marvin I Kaplan. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/30/2015) |
| 05/04/2015 | 372 | | **SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 5/29/2015, Dispositive motions due by 6/12/2015, Responses to be filed within seven days of the dispositive motion; Conduct mediation hearing by 5/29/2015. Lead counsel to coordinate dates. The pretrial conference and trial will be rescheduled in a separate order. Signed by Judge Elizabeth A. Kovachevich on 5/4/2015. (JM)** (Entered: 05/04/2015) |
| 05/06/2015 | 373 | | **ENDORSED ORDER granting 371 Motion for Extension of Time to File Response/Reply. Responses due by 5/11/2015. Signed by Judge Elizabeth A. Kovachevich on 5/6/2015. (JM)** (Entered: 05/06/2015) |
| 05/07/2015 | 374 | | RESPONSE in Opposition re 366 MOTION for judgment on the pleadings *(Crossclaim Defendant Starr's Dispositive Motion for Judgment on the* |

| | | | |
|---|---|---|---|
| | | | *Pleadings as to Count II of the Amended Crossclaim)* filed by Marvin I Kaplan. (Peterson, Donald) (Entered: 05/07/2015) |
| 05/08/2015 | 375 | | **ORDER denying 359 Motion to extend time; denying 364 Motion for Extension of Time to File; denying without prejudice 370 Motion to Strike; directing Kaplan Parties to make complete expert disclosures by May 15, 2015. Signed by Judge Elizabeth A. Kovachevich on 5/8/2015. (JM)** (Entered: 05/08/2015) |
| 05/11/2015 | 376 | | CONSENT to trial by U.S. Magistrate Judge by Regions Bank. (Perkins, Joseph) (Entered: 05/11/2015) |
| 05/11/2015 | 377 | | RESPONSE in Opposition re 360 MOTION for Reconsideration re 244 Order on Motion to StrikeOrder on motion to dismissOrder on Motion for Sanctions filed by Marvin I Kaplan. (Parrish, Jon) (Entered: 05/11/2015) |
| 05/14/2015 | 378 | | **ORDER granting 360 Motion for Reconsideration re 244 Order on Motion to Strike, Order on motion to dismiss, Order on Motion for Sanctions; dismissing Counts IV, V, VI, VII of Amended Counterclaim/Crossclaims (Dkt. 93) as to Bridgeview Bank Group. Signed by Judge Elizabeth A. Kovachevich on 5/14/2015. (JM)** (Entered: 05/14/2015) |
| 05/14/2015 | 379 | | NOTICE of hearing: Telephone Status Conference Hearing set for 5/14/2015 at 02:00 PM in Tampa Chambers 14 A before Judge Elizabeth A. Kovachevich. (CLM) (Entered: 05/14/2015) |
| 05/14/2015 | 380 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: TELEPHONE STATUS CONFERENCE HEARING held on 5/14/2015. Court Reporter: Sandra K. Provenzano (CLM) (Entered: 05/14/2015) |
| 05/15/2015 | 381 | | **ORDER denying 366 Motion for Judgment on the Pleadings. Signed by Judge Elizabeth A. Kovachevich on 5/15/2015. (JM)** (Entered: 05/15/2015) |
| 05/15/2015 | 382 | | NOTICE by Marvin I Kaplan *of Filing Expert Witness Report* (Peterson, Donald) (Entered: 05/15/2015) |
| 05/18/2015 | 383 | | {TERMINATED} NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Peterson, Donald) NOTE: DOCUMENT TERMINATED PURSUANT TO LOCAL RULE 3.03 – DISCOVERY. IMAGE REMOVED, COUNSEL NOTIFIED. Modified on 5/19/2015 (LD). (Entered: 05/18/2015) |
| 05/18/2015 | 384 | | {TERMINATED} NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Peterson, Donald) NOTE: DOCUMENT TERMINATED PURSUANT TO LOCAL RULE 3.03 – DISCOVERY. IMAGE REMOVED, COUNSEL NOTIFIED. Modified on 5/19/2015 (LD). (Entered: 05/18/2015) |
| 05/18/2015 | 385 | | {TERMINATED} NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Peterson, Donald) Modified on 5/19/2015 (LD). (Entered: 05/18/2015) |
| 05/18/2015 | 386 | | {TERMINATED} NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Peterson, Donald) NOTE: DOCUMENT TERMINATED PURSUANT TO LOCAL |

| | | | |
|---|---|---|---|
| | | | RULE 3.03 – DISCOVERY. IMAGE REMOVED, COUNSEL NOTIFIED. Modified on 5/19/2015 (LD). (Entered: 05/18/2015) |
| 05/18/2015 | 387 | | {TERMINATED} NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC NOTE: DOCUMENT TERMINATED PURSUANT TO LOCAL RULE 3.03 – DISCOVERY. IMAGE REMOVED, COUNSEL NOTIFIED. (Peterson, Donald) Modified on 5/19/2015 (LD). (Entered: 05/18/2015) |
| 05/20/2015 | 388 | | ANSWER to 93 Crossclaim by Regions Bank. Related document: 93 CounterclaimCrossclaim filed by R1A Palms, LLC, MK Investing, LLC, BNK Smith, LLC, Triple Net Exchange, LLC, Marvin I Kaplan.(Garbett, David) (Entered: 05/20/2015) |
| 05/21/2015 | 389 | | MOTION to Compel Discovery Responses *and for Sanctions* by Marvin I Kaplan. (Peterson, Donald) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 05/21/2015) |
| 05/21/2015 | 390 | | NOTICE by Marvin I Kaplan *of Service of Expert Witness Report* (Peterson, Donald) (Entered: 05/21/2015) |
| 05/22/2015 | 391 | | CASE MANAGEMENT REPORT. (Perkins, Joseph) (Entered: 05/22/2015) |
| 05/22/2015 | 392 | | AMENDED THIRD AMENDED CASE MANAGEMENT REPORT. (Perkins, Joseph) Modified on 5/26/2015 to edit text. (AG) (Entered: 05/22/2015) |
| 05/26/2015 | 393 | | NOTICE by Charles A. Starr III *of Joinder to Agreed Motion for Protective Order Regarding Confidential Information* (Pellenbarg, Eric) (Entered: 05/26/2015) |
| 05/27/2015 | 394 | | **THIRD AMENDED CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 9/15/2015, Dispositive motions due by 11/16/2015, Final Pretrial Conference set for 4/12/2016 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo, Conduct mediation hearing by 9/15/2015. Lead counsel to coordinate dates. This case is a 60 hour trial which includes nonjury claims and jury claims. Signed by Judge Elizabeth A. Kovachevich on 5/27/2015. (JM)** (Entered: 05/27/2015) |
| 06/01/2015 | 395 | | AMENDED ANSWER to *and Defenses to* 93 CounterclaimCrossclaim *of Kaplan Parties' filed* by Regions Bank. (Garbett, David) (Entered: 06/01/2015) |
| 06/03/2015 | 396 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Peterson, Donald) (Entered: 06/03/2015) |
| 06/05/2015 | 397 | | Emergency MOTION to Compel Discovery Responses by Marvin I Kaplan. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 06/05/2015) |
| 06/08/2015 | 398 | | **ORDER directing Charles A. Starr III to file expedited response to 397 Emergency MOTION to Compel Discovery Responses . Responses due by 6/12/2015. Signed by Magistrate Judge Mark A. Pizzo on 6/8/2015. (SSW)** (Entered: 06/08/2015) |

| 06/08/2015 | 399 | | MOTION for Extension of Time to File Response/Reply as to 389 MOTION to Compel Discovery Responses *and for Sanctions Agreed Motion* by Regions Bank. (Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 06/08/2015) |
| --- | --- | --- | --- |
| 06/08/2015 | 400 | | MOTION to Compel Discovery Responses by Marvin I Kaplan. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 06/08/2015) |
| 06/09/2015 | 401 | | **ENDORSED ORDER granting 399 Motion for Extension of Time to File Response/Reply re 389 MOTION to Compel Discovery Responses *and for Sanctions. Regions's Bank's Response is due by 6/15/2015. Signed by Magistrate Judge Mark A. Pizzo on 6/9/2015. (SSW)*** (Entered: 06/09/2015) |
| 06/12/2015 | 402 | | RESPONSE to Motion re 397 Emergency MOTION to Compel Discovery Responses filed by Charles A. Starr III. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Pellenbarg, Eric) (Entered: 06/12/2015) |
| 06/12/2015 | 403 | | MOTION for protective order by Charles A. Starr III. (Attachments: # 1 Exhibit A)(Pellenbarg, Eric) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 06/12/2015) |
| 06/15/2015 | 404 | | NOTICE of hearing on motion re 403 MOTION for protective order , 397 Emergency MOTION to Compel Discovery Responses . Motion Hearing set for 6/18/2015 at 11:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo. (SSW) (Entered: 06/15/2015) |
| 06/15/2015 | 405 | | **ORDER directing Marvin I Kaplan to file an expedited response to 403 MOTION for protective order . Responses due by 6/17/2015 at 5:00 p.m. Signed by Magistrate Judge Mark A. Pizzo on 6/15/2015. (SSW)** (Entered: 06/15/2015) |
| 06/15/2015 | 406 | | AMENDED NOTICE of hearing on motion re 403 MOTION for protective order , 397 Emergency MOTION to Compel Discovery Responses . Motion Hearing set for 6/18/2015 at 11:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo. Amended only to allow the parties to participate by telephone if needed.(SSW) (Entered: 06/15/2015) |
| 06/15/2015 | 407 | | MEMORANDUM in opposition re 389 Motion to Compel filed by Regions Bank. (Perkins, Joseph) (Entered: 06/15/2015) |
| 06/15/2015 | 408 | | NOTICE by Bridgeview Bank Group *of Serving Rebuttal Expert Report* (Ellison, Jason) (Entered: 06/15/2015) |
| 06/16/2015 | 409 | | MOTION for to withdraw as attorney *of Record* by Marvin I Kaplan. (Peterson, Donald) (Entered: 06/16/2015) |
| 06/16/2015 | 410 | | MOTION for to withdraw as attorney *of Record* by Marvin I Kaplan. (Peterson, Donald) (Entered: 06/16/2015) |
| 06/17/2015 | 411 | | RESPONSE to Motion re 403 MOTION for protective order filed by Marvin I Kaplan. (Parrish, Jon) (Entered: 06/17/2015) |
| 06/18/2015 | 412 | | Minute Entry. Proceedings held before Magistrate Judge Mark A. Pizzo: MOTION HEARING held on 6/18/2015 re 397 Emergency MOTION to Compel Discovery Responses filed by Marvin I Kaplan, 403 MOTION for protective order filed by Charles A. Starr III. (DIGITAL) (SSW) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/18/2015) |
| 06/18/2015 | 413 | | **ORDER denying 397 Motion to Compel discovery responses; granting 403 Motion for Protective Order. Kaplan is to supplement and narrow his discovery requests (limited to five requests) within five days of this Order. Starr is to provide his responses and objections within 14 days after receiving Kaplan's requests. Signed by Magistrate Judge Mark A. Pizzo on 6/18/2015. (SSW) (Entered: 06/18/2015)** |
| 06/19/2015 | 414 | | MEMORANDUM in opposition re 400 Motion to Compel filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 06/19/2015) |
| 06/23/2015 | 415 | | {TERMINATED} MOTION for leave to file Reply to Regions' Response to Kaplan's Motion to Compel Production by Marvin I Kaplan. (Parrish, Jon) NOTE: Incorrect log in; counsel notified. Modified on 6/24/2015 (LD). (Entered: 06/23/2015) |
| 06/24/2015 | 416 | | MOTION for leave to file Reply to Regions' Response to Kaplan's Motion to Compel Production by Marvin I Kaplan. (Peterson, Donald) (Entered: 06/24/2015) |
| 06/29/2015 | 417 | | Unopposed MOTION to extend time to Respond to Marvin Kaplan's Interrogatories and Request for Production by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 06/29/2015) |
| 06/29/2015 | 418 | | STIPULATION *Regarding Marvin Kaplan's Individual Claims Against Wells Fargo Bank,N.A. Only* by Marvin I Kaplan. (Parrish, Jon) (Entered: 06/29/2015) |
| 07/01/2015 | 419 | | NOTICE of hearing on motion re 400 MOTION to Compel Discovery Responses , 389 MOTION to Compel Discovery Responses *and for Sanctions*. Motion Hearing set for 7/10/2015 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo. (SSW) (Entered: 07/01/2015) |
| 07/01/2015 | 420 | | NOTICE OF RESCHEDULING HEARING: The motion to compel hearing previously scheduled for 7/10/15 is rescheduled. New scheduling date and time: Motion Hearing set for 7/15/2015 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo. (SSW) (Entered: 07/01/2015) |
| 07/06/2015 | 421 | | Unopposed MOTION for Pellenbarg to withdraw as attorney *for Charles Larry Starr III* by Charles A. Starr III. (Pellenbarg, Eric) (Entered: 07/06/2015) |
| 07/10/2015 | 422 | | **ENDORSED ORDER granting 421 Unopposed Motion to Withdraw as Attorney. Attorney Eric Robert Pellenbarg terminated. Signed by Judge Elizabeth A. Kovachevich on 7/10/2015. (JM)** (Entered: 07/10/2015) |
| 07/10/2015 | 423 | | **ENDORSED ORDER referring motions to Magistrate Judge for disposition: 417 Unopposed MOTION to extend time to Respond to Marvin Kaplan's Interrogatories and Request for Production filed by Wells Fargo, N.A., 416 MOTION for leave to file Reply to Regions' Response to Kaplan's Motion to Compel Production filed by Marvin I Kaplan. Signed by Judge Elizabeth A. Kovachevich on 7/10/2015. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 07/10/2015) |

| 07/10/2015 | 424 | | **ENDORSED ORDER granting <u>409</u> Motion to Withdraw as Attorney. Attorneys Harris B. Katz and Kirt R. Posthuma terminated. Signed by Judge Elizabeth A. Kovachevich on 7/10/2015. (JM)** (Entered: 07/10/2015) |
|---|---|---|---|
| 07/10/2015 | 425 | | **ENDORSED ORDER granting <u>410</u> Motion to Withdraw as Attorney. Attorneys Floyd S. Yarnell; David P. Fraser and Ellen B. Newberry terminated. Signed by Judge Elizabeth A. Kovachevich on 7/10/2015. (JM)** (Entered: 07/10/2015) |
| 07/13/2015 | 426 | | **ENDORSED ORDER granting <u>416</u> Motion for Leave to File reply to Regions's Response to Kaplan's Motion to Compel Production. Signed by Magistrate Judge Mark A. Pizzo on 7/13/2015. (SSW)** (Entered: 07/13/2015) |
| 07/13/2015 | <u>427</u> | | REPLY to Response to Motion re <u>389</u> MOTION to Compel Discovery Responses *and for Sanctions* filed by Marvin I Kaplan. (Parrish, Jon) (Entered: 07/13/2015) |
| 07/13/2015 | 428 | | **ENDORSED ORDER granting <u>417</u> Motion to extend time. Wells Fargo's responses to Kaplan's interrogatories and request for production are due on or before August 6, 2015. Signed by Magistrate Judge Mark A. Pizzo on 7/13/2015. (SSW)** (Entered: 07/13/2015) |
| 07/15/2015 | <u>429</u> | | Minute Entry. Proceedings held before Magistrate Judge Mark A. Pizzo: MOTION HEARING held on 7/15/2015 re <u>400</u> MOTION to Compel Discovery Responses filed by Marvin I Kaplan, <u>389</u> MOTION to Compel Discovery Responses *and for Sanctions* filed by Marvin I Kaplan. (DIGITAL) (SSW) (Entered: 07/15/2015) |
| 07/15/2015 | <u>430</u> | | **ORDER granting in part and denying in part <u>389</u> Motion to Compel discovery responses from Plaintiff; denying <u>400</u> Motion to Compel discovery responses and for sanctions from Plaintiff Crossclaim Defendant Bridgeview Bank Group to provide complete responses to request for production numbers 8 and 9. Signed by Magistrate Judge Mark A. Pizzo on 7/15/2015. (SSW)** (Entered: 07/15/2015) |
| 07/17/2015 | <u>431</u> | | **ORDER re <u>394</u> Case management and scheduling order, scheduling hearing on all dispositive motions on Thursday, December 10, 2015 at 10:30 a.m. in Courtroom 14A, 801 N. Florida Ave., Tampa, FL. Signed by Judge Elizabeth A. Kovachevich on 7/17/2015. (JM)** (Entered: 07/17/2015) |
| 07/21/2015 | <u>432</u> | | NOTICE of mediation conference/hearing to be held on 9/15/15 before James L. Nulman, Esq.. (Perkins, Joseph) (Entered: 07/21/2015) |
| 07/29/2015 | <u>433</u> | | NOTICE of compliance re <u>430</u> Order on motion to compel by Regions Bank (Perkins, Joseph) (Entered: 07/29/2015) |
| 07/30/2015 | <u>434</u> | | NOTICE of compliance re <u>430</u> Order on motion to compel *Amended* by Regions Bank (Perkins, Joseph) (Entered: 07/30/2015) |
| 08/04/2015 | <u>435</u> | | MOTION for miscellaneous relief, specifically To Defer Payment of Experts or to Determine Reasonableness of Kaplan Parties' Expert Charges by Regions Bank. (Attachments: # <u>1</u> Exhibit Notice of Taking Deposition of J.D. Koontz, # <u>2</u> Exhibit Invoice for Expert Charges, # <u>3</u> Exhibit Expert Report of J.D. Koontz, # <u>4</u> Exhibit Listed Charges – 3 Other Experts)(Garbett, David) (Entered: 08/04/2015) |

| 08/06/2015 | 436 | | MOTION for miscellaneous relief, specifically Approval of Expert Witness Fees and Expenses by Marvin I Kaplan. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Silverfield, John) (Entered: 08/06/2015) |
|---|---|---|---|
| 08/06/2015 | 437 | | RESPONSE to Motion re 435 MOTION for miscellaneous relief, specifically To Defer Payment of Experts or to Determine Reasonableness of Kaplan Parties' Expert Charges filed by Marvin I Kaplan. (Attachments: # 1 Exhibit A)(Silverfield, John) (Entered: 08/06/2015) |
| 08/06/2015 | 438 | | [TERMNATED] MOTION to Compel Discovery by Marvin I Kaplan. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Silverfield, John) Motions referred to Magistrate Judge Mark A. Pizzo. NOTE: Terminated pursuant to Dkt. 439 Notice of Withdrawal. Modified on 8/10/2015 (LD). (Entered: 08/06/2015) |
| 08/07/2015 | 439 | | NOTICE of withdrawal of motion by Marvin I Kaplan re 438 MOTION to Compel Discovery filed by Marvin I Kaplan (Silverfield, John) (Entered: 08/07/2015) |
| 08/07/2015 | 440 | | MOTION for protective order *Omnibus* by Regions Bank. (Garbett, David) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/07/2015) |
| 08/07/2015 | 441 | | NOTICE by Regions Bank re 440 MOTION for protective order *Omnibus* (Attachments: # 1 Exhibit Designation re: Communication with WFB, # 2 Exhibit Designation re: 7–figure wires, # 3 Exhibit First Designation re: Regions' Investigation, # 4 Exhibit Designation re: Regions decision to sue Kaplan, # 5 Exhibit Second Designation re: Regions' Investigation, # 6 Exhibit Chavez v. Mercantil Order, # 7 Exhibit Decl. of Patrick Bodden, # 8 Exhibit First Designation re: Regions' Investigation, # 9 Exhibit Designation re: Regions' decision to sue Kaplan, # 10 Exhibit EARNS Report– 1/20 and 1/23/2012, # 11 Exhibit 1/30/2012 Complaint, # 12 Exhibit Ex Parte Motion for Temp. Injunction, # 13 Exhibit Temp. Injunction, # 14 Exhibit Temp. Injunction Bond, # 15 Exhibit WFB's Unverified Answer and Obj. to Kaplan's ROGs, # 16 Exhibit Decl. of Ben Powell, # 17 Exhibit Decl. of Kimbrly Hopper, # 18 Exhibit Decl. of Shayla Fletcher, # 19 Exhibit First Designation re: Regions' Investigation, # 20 Exhibit Designation re: Regions' Decision to sue Kaplan, # 21 Exhibit 2/24/2012 Amended Complaint, # 22 Exhibit Kaplan Priv. Docs and Materials Log, # 23 Exhibit Designation re: clearance of checks, # 24 Exhibit Notice of Deposition of Brandy Burnett)(Perkins, Joseph) (Entered: 08/07/2015) |
| 08/10/2015 | 442 | | MEMORANDUM in opposition re 436 Motion for Miscellaneous Relief *Opposing Kaplan Parties' Motion to Approve Expert Charges* filed by Regions Bank. (Attachments: # 1 Exhibit Smitha Resume, # 2 Exhibit Fechter Resume, # 3 Exhibit Carruba Resume, # 4 Exhibit Garces REsume)(Garbett, David) (Entered: 08/10/2015) |
| 08/10/2015 | 443 | | NOTICE of consent to join by Bridgeview Bank Group re 435 MOTION for miscellaneous relief, specifically To Defer Payment of Experts or to Determine Reasonableness of Kaplan Parties' Expert Charges . (Ellison, Jason) (Entered: 08/10/2015) |
| 08/13/2015 | 444 | | MOTION to Expedite *Consideration of Omnibus Motion [DE 440] for Protective Order on Kaplan Parties' 30(B)(6) Designations* by Regions Bank. (Perkins, Joseph) (Entered: 08/13/2015) |

| 08/14/2015 | 445 | NOTICE of Appearance by Brittney Paige Baker on behalf of Bridgeview Bank Group (Baker, Brittney) (Entered: 08/14/2015) |
|---|---|---|
| 08/17/2015 | 446 | MOTION for leave to file under seal by Bridgeview Bank Group. (Baker, Brittney) (Entered: 08/17/2015) |
| 08/17/2015 | 447 | Supplemental MOTION for protective order by Regions Bank. (Attachments: # 1 Exhibit 30(b)(6) Designation 1, # 2 Exhibit July 6, 2015 Email Exchange, # 3 Exhibit July 7, 2015 Email Exchange, # 4 Exhibit July 16, 2015 Email Exchange, # 5 Exhibit 30(b)(6) Designation 1, # 6 Exhibit Proposed Declaration Content, # 7 Exhibit July 24, 2015 Email Exchange, # 8 Exhibit July 31, 2015 Email Exchange, # 9 Exhibit Proposed Declaration Content, # 10 Exhibit 30(b)(6) Designation 1)(Garbett, David) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/17/2015) |
| 08/17/2015 | 448 | MOTION to Expedite *Consideration of Supplement [DE 447] to Omnibus Motion for Protective Order* by Regions Bank. (Perkins, Joseph) (Entered: 08/17/2015) |
| 08/18/2015 | 449 | MOTION for leave to file Second Amended Counterclaim and Cross–Claims by Marvin I Kaplan. (Attachments: # 1 Exhibit A)(Parrish, Jon) (Entered: 08/18/2015) |
| 08/18/2015 | 450 | RESPONSE to Motion re 447 Supplemental MOTION for protective order , 440 MOTION for protective order *Omnibus* filed by Marvin I Kaplan. (Parrish, Jon) (Entered: 08/18/2015) |
| 08/18/2015 | 451 | **ORDER granting 435 Motion to defer payment of expert witness fees and expenses; denying without prejudice Motion to determine reasonableness of expert charges; denying without prejudice 436 Motion for approval of expert witness fees and expenses. The Kaplan Parties shall produce the expert witness Jason D. Koontz at the scheduled deposition on August 28, 2015. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 8/18/2015. (JM)** (Entered: 08/18/2015) |
| 08/19/2015 | 452 | **ENDORSED ORDER REFERRING MOTIONS for disposition: 448 MOTION to Expedite *Consideration of Supplement [DE 447] to Omnibus Motion for Protective Order* filed by Regions Bank, 444 MOTION to Expedite *Consideration of Omnibus Motion [DE 440] for Protective Order on Kaplan Parties' 30(B)(6) Designations* filed by Regions Bank. Signed by Judge Elizabeth A. Kovachevich on 8/19/2015. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 08/19/2015) |
| 08/19/2015 | 453 | **ENDORSED ORDER REFERRING MOTION: 446 MOTION for leave to file under seal filed by Bridgeview Bank Group. Signed by Judge Elizabeth A. Kovachevich on 8/19/2015. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 08/19/2015) |
| 08/19/2015 | 454 | **ENDORSED ORDER finding as moot 444 Motion to Expedite. The parties have represented that the depositions that necessitated this motion were rescheduled. Signed by Magistrate Judge Mark A. Pizzo on 8/19/2015. (CRJ)** (Entered: 08/19/2015) |
| 08/19/2015 | 455 | **ENDORSED ORDER finding as moot 448 Motion to Expedite. The parties have represented that the depositions that necessitated this motion** |

| | | |
|---|---|---|
| | | were rescheduled. **Signed by Magistrate Judge Mark A. Pizzo on 8/19/2015. (CRJ)** (Entered: 08/19/2015) |
| 08/19/2015 | 456 | MOTION to Compel Discovery by Marvin I Kaplan. (Attachments: # 1 Exhibit A)(Silverfield, John) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/19/2015) |
| 08/20/2015 | 457 | MOTION to Compel Discovery Responses to Third Request for Production to Bridgeview Bank Group by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Silverfield, John) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 08/20/2015) |
| 08/20/2015 | 458 | MOTION to stay *Proceedings and Extend Discovery Pending Resolution of Related Criminal Proceedings* by BNK Smith, LLC, Marvin I Kaplan, Lighthouse Pointe, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit "A", # 2 Exhibit "B", # 3 Exhibit "C", # 4 Exhibit "D", # 5 Exhibit "E")(Peterson, Donald) (Entered: 08/20/2015) |
| 08/21/2015 | 459 | CERTIFICATE of compliance re 449 MOTION for leave to file Second Amended Counterclaim and Cross–Claims by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Silverfield, John) (Entered: 08/21/2015) |
| 08/24/2015 | 460 | **ORDER denying without prejudice 440 and 447 Motion for Protective Order. Signed by Magistrate Judge Mark A. Pizzo on 8/24/2015. (CRJ)** (Entered: 08/24/2015) |
| 08/24/2015 | 461 | **ORDER granting 446 Motion to Seal. The Clerk is directed to file Bridgeview Bank Group's motion to determine that deposition testimony of Marvin Kaplan is not privileged, as well as Exhibit A to that motion, under seal. Signed by Magistrate Judge Mark A. Pizzo on 8/24/2015. (CRJ)** (Entered: 08/24/2015) |
| 09/02/2015 | | Sealed Document S–472. (LD) (Entered: 09/21/2015) |
| 09/03/2015 | 462 | RESPONSE in Opposition re 458 MOTION to stay *Proceedings and Extend Discovery Pending Resolution of Related Criminal Proceedings by the Bank Parties* filed by Bridgeview Bank Group. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Ellison, Jason) (Entered: 09/03/2015) |
| 09/03/2015 | 463 | NOTICE by Wells Fargo, N.A. re 462 Response in Opposition to Motion *of Joinder and Adoption of Bank Parties Response in Opposition to Kaplan Parties Motion to Stay Proceedings or, Alternatively to Extend Discovery Deadline* (Ragusa, Mark) (Entered: 09/03/2015) |
| 09/03/2015 | 464 | NOTICE by Regions Bank *of Joinder in Bank Parties' Memorandum Opposing Kaplan Parties' Motion to Stay or Alternatively for Enlargement to Extend Discovery Deadline* (Perkins, Joseph) (Entered: 09/03/2015) |
| 09/03/2015 | 465 | RESPONSE in Opposition re 449 MOTION for leave to file Second Amended Counterclaim and Cross–Claims filed by Wells Fargo, N.A.. (Attachments: # |

| | | | |
|---|---|---|---|
| | | | <u>1</u> Exhibit 1 –– Notices of Deposition, # <u>2</u> Exhibit 2 –– Email string, # <u>3</u> Exhibit 3 –– Proposed Pleading)(Ragusa, Mark) (Entered: 09/03/2015) |
| 09/03/2015 | <u>466</u> | | RESPONSE in Opposition re <u>449</u> MOTION for leave to file Second Amended Counterclaim and Cross–Claims filed by Regions Bank. (Garbett, David) (Entered: 09/03/2015) |
| 09/03/2015 | <u>467</u> | | NOTICE by Regions Bank re <u>466</u> Response in Opposition to Motion (Perkins, Joseph) (Entered: 09/03/2015) |
| 09/03/2015 | <u>468</u> | | RESPONSE in Opposition re <u>449</u> MOTION for leave to file Second Amended Counterclaim and Cross–Claims filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 09/03/2015) |
| 09/03/2015 | <u>469</u> | | DOCUMENT TERMINATED counsel notified to refile using the correct event code. Supplemental MOTION to stay re <u>458</u> MOTION to stay *Proceedings and Extend Discovery Pending Resolution of Related Criminal Proceedings* by Marvin I Kaplan. (Silverfield, John) Modified on 9/3/2015 (EJC). (Entered: 09/03/2015) |
| 09/03/2015 | <u>470</u> | | NOTICE by Bridgeview Bank Group (Baker, Brittney) (Entered: 09/03/2015) |
| 09/03/2015 | <u>471</u> | | NOTICE by Regions Bank re <u>465</u> Response in Opposition to Motion (Perkins, Joseph) (Entered: 09/03/2015) |
| 09/03/2015 | <u>473</u> | | SUPPLEMENT re <u>458</u> MOTION to stay *Proceedings and Extend Discovery Pending Resolution of Related Criminal Proceedings* by Marvin I Kaplan. (Silverfield, John) (Entered: 09/03/2015) |
| 09/04/2015 | <u>474</u> | | RESPONSE in Opposition re <u>457</u> MOTION to Compel Discovery Responses to Third Request for Production to Bridgeview Bank Group filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 09/04/2015) |
| 09/04/2015 | <u>475</u> | | MOTION for leave to file *under seal pursuant to Fed. R. Civ. P 26(B)(5)(B)* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Peterson, Donald) (Entered: 09/04/2015) |
| 09/04/2015 | 476 | | **ENDORSED ORDER REFERRING MOTION for disposition: <u>475</u> MOTION for leave to file *under seal pursuant to Fed. R. Civ. P 26(B)(5)(B)* filed by R1A Palms, LLC, MK Investing, LLC, BNK Smith, LLC, Triple Net Exchange, LLC, Marvin I Kaplan. Signed by Judge Elizabeth A. Kovachevich on 9/4/2015. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 09/04/2015) |
| 09/04/2015 | <u>477</u> | | RESPONSE in Opposition re <u>449</u> MOTION for leave to file Second Amended Counterclaim and Cross–Claims *Crossclaim Defendant Charles Larry Starr's Response to Defendants' Motion for Leave to File Second Amended Counterclaim and Cross–Claims* filed by Charles A. Starr III. (Stearns, Jason) (Entered: 09/04/2015) |
| 09/07/2015 | <u>478</u> | | NOTICE by Bridgeview Bank Group *of 3.01g compliance Regarding Motion to Determine that Deposition Testimony of Marvin Kaplan is Not Privileged* (Ellison, Jason) (Entered: 09/07/2015) |
| 09/08/2015 | <u>479</u> | | RESPONSE re <u>473</u> Supplement, <u>458</u> MOTION to stay *Proceedings and Extend Discovery Pending Resolution of Related Criminal Proceedings* filed |

| | | |
|---|---|---|
| | | by Bridgeview Bank Group. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G)(Ellison, Jason) (Entered: 09/08/2015) |
| 09/08/2015 | <u>480</u> | MOTION for leave to file Reply *to Wells Fargo, Regions', Starr's and Bridgeview's Memorandum of Law Opposing Kaplan Parties' Motion For Leave to File Second Amended Counterclaim and Cross−Claim* by Marvin I Kaplan. (Silverfield, John) (Entered: 09/08/2015) |
| 09/08/2015 | <u>481</u> | **ORDER granting in part and denying in part <u>458</u> Motion to Stay Proceedings and Extend Discovery pending resolution of related criminal proceedings; the Motion to Stay is denied; the Motion to Extend Discovery is granted to permit the depositions of Regions' 30(b)(6) witnesses, Robert Shaw, Brandy Burnett, and Larry Starr, to be completed no later than October 15, 2015; the Supplement to Motion to Stay is denied as tothe depositions of Walter Schultz and Matthew Schultz.. Signed by Judge Elizabeth A. Kovachevich on 9/8/2015. (JM)** (Entered: 09/08/2015) |
| 09/08/2015 | <u>482</u> | RESPONSE to Motion re <u>458</u> MOTION to stay *Proceedings and Extend Discovery Pending Resolution of Related Criminal Proceedings Crossclaim Defendant Charles Larry Starr's Joinder and Adoption of Bank Parties' Memorandum Opposing Kaplan Parties' Motion to Stay or Alternatively for Enlargement to Extend Discovery Deadline* filed by Charles A. Starr III. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4)(Stearns, Jason) (Entered: 09/08/2015) |
| 09/08/2015 | <u>483</u> | RESPONSE to Motion re <u>456</u> MOTION to Compel Discovery *Crossclaim Defendant Charles Larry Starr's Response to Crossclaim Plaintiffs' Motion to Compel Discovery* filed by Charles A. Starr III. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit Composite Exhibit 5)(Stearns, Jason) (Entered: 09/08/2015) |
| 09/09/2015 | 484 | **ENDORSED ORDER granting <u>480</u> Motion for Leave to File Reply (not more than three pages), within five days. Signed by Judge Elizabeth A. Kovachevich on 9/9/2015. (JM)** (Entered: 09/09/2015) |
| 09/09/2015 | <u>485</u> | Consent MOTION for leave to file Motion for Leave to File Reply *to Kaplan Parties Response in Opposition to BBG's Motion to Determine that Deposition Testimony of Marvin Kaplan is Not Privileged* by Bridgeview Bank Group. (Ellison, Jason) (Entered: 09/09/2015) |
| 09/09/2015 | 486 | **ENDORSED ORDER referring motion to Magistrate Judge for disposition: <u>485</u> Consent MOTION for leave to file Motion for Leave to File Reply *to Kaplan Parties Response in Opposition to BBG's Motion to Determine that Deposition Testimony of Marvin Kaplan is Not Privileged* filed by Bridgeview Bank Group. Signed by Judge Elizabeth A. Kovachevich on 9/9/2015. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 09/09/2015) |
| 09/10/2015 | 487 | **ENDORSED ORDER granting <u>485</u> Motion for Leave to File a reply to the Kaplan Parties' response to Bridgeview Bank Group's motion to determine that deposition testimony of Marvin Kaplan is not privileged. Signed by Magistrate Judge Mark A. Pizzo on 9/10/2015. (CRJ)** (Entered: 09/10/2015) |

| 09/10/2015 | 488 | | **ORDER granting 475 Motion for Leave to File response to Bridgeview Bank Group's motion to determine that deposition testimony of Marvin Kaplan is not privileged. Signed by Magistrate Judge Mark A. Pizzo on 9/10/2015. (CRJ)** (Entered: 09/10/2015) |
|---|---|---|---|
| 09/11/2015 | 489 | | [TERMINATED] MOTION for miscellaneous relief, specifically *Motion for Expedited Relief* by Marvin I Kaplan. (Silverfield, John) NOTE: Terminated pursuant to Dkt. 491 Notice of Withdrawal. Modified on 9/14/2015 (LD). (Entered: 09/11/2015) |
| 09/11/2015 | 490 | | REPLY to Response to Motion re 485 Consent MOTION for leave to file Motion for Leave to File Reply *to Kaplan Parties Response in Opposition to BBG's Motion to Determine that Deposition Testimony of Marvin Kaplan is Not Privileged* filed by Bridgeview Bank Group. (Attachments: # 1 Exhibit A)(Ellison, Jason) (Entered: 09/11/2015) |
| 09/11/2015 | 491 | | NOTICE of withdrawal of motion by Marvin I Kaplan re 489 MOTION for miscellaneous relief, specifically *Motion for Expedited Relief* filed by Marvin I Kaplan (Silverfield, John) (Entered: 09/11/2015) |
| 09/11/2015 | 492 | | MOTION for miscellaneous relief, specifically Expedited *Motion for Relief* by Marvin I Kaplan. (Silverfield, John) (Entered: 09/11/2015) |
| 09/11/2015 | 493 | | **ENDORSED ORDER referring motion to Magistrate Judge for disposition: 492 MOTION for miscellaneous relief, specifically Expedited *Motion for Relief* filed by Marvin I Kaplan. Signed by Judge Elizabeth A. Kovachevich on 9/11/2015. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 09/11/2015) |
| 09/14/2015 | 494 | | REPLY to Response to Motion re 449 MOTION for leave to file Second Amended Counterclaim and Cross−Claims − *KAPLAN'S REPLY TO OPPOSITION TO KAPLAN'S MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIM/CROSSCLAIM* − filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 09/14/2015) |
| 09/15/2015 | 495 | | MOTION to Compel *Testimony of Brenda Tamm* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Peterson, Donald) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 09/15/2015) |
| 09/15/2015 | 496 | | MEDIATION report Hearing held on 09−15−2015. Hearing outcome: Impasse.. (Nulman, James) (Entered: 09/15/2015) |
| 09/16/2015 | 497 | | **ORDER granting in part and denying in part 456 Motion to Compel Starr to provide complete responses to the Kaplan Parties' First and Second Requests for Production of Documents. Signed by Magistrate Judge Mark A. Pizzo on 9/16/2015. (CRJ)** (Entered: 09/16/2015) |
| 09/17/2015 | 498 | | **ORDER granting in part and denying in part 457 Motion to Compel. The Kaplan Parties' motion to compel is granted to the extent that, within 7 days, BBG must produce documents responsive to requests 6 and 11 that are not covered by the SAR privilege. The Kaplan Parties' motion to compel is otherwise denied. Signed by Magistrate Judge Mark A. Pizzo on 9/17/2015. (CRJ)** (Entered: 09/17/2015) |

| 09/18/2015 | 500 | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Filing Deposition Transcript of Brenda Tamm re:* 495 MOTION to Compel Testimony of Brenda Tamm *(Attachments: # 1 Exhibit "A")(Silverfield, John) Modified on 9/21/2015 (LD). (Entered: 09/18/2015)* |
|---|---|---|
| 09/18/2015 | | Sealed Document S−499. (LD) (Entered: 09/21/2015) |
| 09/21/2015 | 501 | SUPPLEMENT re 495 MOTION to Compel *Testimony of Brenda Tamm Supplemental Compliance With Local Rule 3.01(g)* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Silverfield, John) (Entered: 09/21/2015) |
| 09/24/2015 | 502 | OBJECTION re 497 Order on motion to compel *to Magistrate Judge's Report and Recommendation*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Silverfield, John) (Entered: 09/24/2015) |
| 09/24/2015 | 503 | **ORDER denying 449 Motion for Leave to File Second Amended Counterclaim and Cross−Claims. Signed by Judge Elizabeth A. Kovachevich on 9/24/2015. (JM)** (Entered: 09/24/2015) |
| 09/25/2015 | 504 | **ORDER denying 472 Bridgeview Bank Group's motion to determine that certain testimony of Marvin Kaplan is not privileged. Signed by Magistrate Judge Mark A. Pizzo on 9/25/2015. (CRJ)** (Entered: 09/25/2015) |
| 09/25/2015 | 505 | OBJECTION re 498 Order on motion to compel − *THE KAPLAN PARTIES' OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION* −. (Attachments: # 1 Exhibit A)(Silverfield, John) (Entered: 09/25/2015) |
| 10/02/2015 | 506 | RESPONSE to Motion re 495 MOTION to Compel *Testimony of Brenda Tamm* filed by Charles A. Starr III. (Attachments: # 1 Exhibit Exhibit 1 to Joint Response to Motion to Compel Discovery of Brenda Tamm)(Albritton, A.) (Entered: 10/02/2015) |
| 10/05/2015 | 507 | NOTICE of hearing on motion re 495 MOTION to Compel Testimony of Brenda Tamm. Motion Hearing set for 11/6/2015 at 10:00 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo. (CRJ) (Entered: 10/05/2015) |
| 10/06/2015 | 508 | MEMORANDUM in opposition re 505 Objection *to Magistrate Judge's Order on Motion to Compel* filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 10/06/2015) |
| 10/06/2015 | 509 | MOTION for leave to file under seal by Bridgeview Bank Group. (Baker, Brittney) (Entered: 10/06/2015) |
| 10/07/2015 | 510 | **ENDORSED ORDER REFERRING MOTION: 509 MOTION for leave to file under seal filed by Bridgeview Bank Group. Signed by Judge Elizabeth A. Kovachevich on 10/7/2015. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 10/07/2015) |
| 10/09/2015 | 511 | **ORDER granting 509 Motion to Seal Bridgeview Bank Group's objection to the Court's Order denying BBG's motion to determine that deposition testimony of Martin Kaplan is not privileged. Signed by Magistrate Judge** |

| | | | |
|---|---|---|---|
| | | | **Mark A. Pizzo on 10/9/2015. (CRJ)** (Entered: 10/09/2015) |
| 10/09/2015 | 512 | | RESPONSE re 502 Objection filed by Charles A. Starr III. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Stearns, Jason) (Entered: 10/09/2015) |
| 10/12/2015 | 513 | | JOINDER in motion by Regions Bank *to SEALED DOCUMENT DE 504 filed by Brigeview Bank Group*. (Perkins, Joseph) (Entered: 10/12/2015) |
| 10/14/2015 | 514 | | JOINDER in motion by Wells Fargo, N.A. *to Sealed Document DE 504 filed by Bridgeview Bank Group*. (Ragusa, Mark) (Entered: 10/14/2015) |
| 10/15/2015 | | | Sealed Document S−515. (LD) (Entered: 10/15/2015) |
| 10/20/2015 | 516 | | Unopposed MOTION for leave to file under seal *Response to Bridgeview Bank Group's Objection to the Magistrates Report and Recommendation Determining Privelege Issue* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Peterson, Donald) (Entered: 10/20/2015) |
| 10/21/2015 | 517 | | **ENDORSED ORDER granting 516 Unopposed Motion to Seal Response to Objection, incorporating by reference the terms of the Court's previous Order (Dkt. 511). Signed by Judge Elizabeth A. Kovachevich on 10/21/2015. (JM)** (Entered: 10/21/2015) |
| 10/22/2015 | 518 | | MOTION for miscellaneous relief, specifically Award of Expenses under Fed. R. Civ. P. 30(g)(1) by Regions Bank. (Garbett, David) (Entered: 10/22/2015) |
| 10/22/2015 | 519 | | DECLARATION of David S. Garbett re 518 MOTION for miscellaneous relief, specifically Award of Expenses under Fed. R. Civ. P. 30(g)(1) by Regions Bank. (Attachments: # 1 Exhibit 06−12−15 NOTD Shaw for 06−23−15, # 2 Exhibit 06−29−15 NOTD Burnett on 07−16−15, # 3 Exhibit 06−29−15 NOTD RB 2 08−25−15, # 4 Exhibit 06−29−15 Re−NOTD Shaw on 08−24−15, # 5 Exhibit 07−10−15 Amd−NOTD Shaw on 08−24−15, # 6 Exhibit 07−10−15 Re−NOTD Burnett on 08−24−15, # 7 Exhibit 08−21−15 Cancel Notice Shaw on 08−24−15, # 8 Exhibit 08−21−15 Cancel Notice Burnett on 08−24−15, # 9 Exhibit 08−21−15 Cancel Notice RB 2 on 08−25−15, # 10 Exhibit 09−18−15 Re−NOTD Burnett & Shaw on 10−06−15, # 11 Exhibit 09−25−15 Re−NOTD RB 2 on 10−06−15, # 12 Exhibit 10−05−15 Email re Cancel Depos on 10−06−15, # 13 Exhibit 10−05−15 Cancel Notice Depos on 10−06−15, # 14 Exhibit 10−06−15 Email re RB Depos in B'ham on 10−14−15, # 15 Exhibit 10−09−15 Cancel Notice RB Depos in B'ham on 10−14−15)(Garbett, David) (Entered: 10/22/2015) |
| 10/22/2015 | 520 | | **ENDORSED ORDER referring motion to Magistrate Judge for disposition: 518 MOTION for miscellaneous relief, specifically Award of Expenses under Fed. R. Civ. P. 30(g)(1) filed by Regions Bank. Signed by Judge Elizabeth A. Kovachevich on 10/22/2015. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 10/22/2015) |
| 10/23/2015 | 521 | | Joint MOTION for miscellaneous relief, specifically Bank Parties' Motion to File Single Statement of Undisputed Facts for Summary Judgment Motion and to Exceed Page Limit by Regions Bank. (Perkins, Joseph) (Entered: 10/23/2015) |
| 10/26/2015 | 522 | | |

| | | | |
|---|---|---|---|
| | | | **ENDORSED ORDER directing BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC to respond to 521 Joint MOTION for miscellaneous relief, specifically Bank Parties' Motion to File Single Statement of Undisputed Facts for Summary Judgment Motion and to Exceed Page Limit . Responses due by 11/2/2015. Signed by Judge Elizabeth A. Kovachevich on 10/26/2015. (JM) (Entered: 10/26/2015)** |
| 10/26/2015 | | | Sealed Document S–523. (LD) (Entered: 10/26/2015) |
| 11/02/2015 | 524 | | Unopposed MOTION to Appear Telephonically *at the 11/6/15 Hearing* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Peterson, Donald) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 11/02/2015) |
| 11/02/2015 | 525 | | RESPONSE to Motion re 521 Joint MOTION for miscellaneous relief, specifically Bank Parties' Motion to File Single Statement of Undisputed Facts for Summary Judgment Motion and to Exceed Page Limit filed by Marvin I Kaplan. (Parrish, Jon) (Entered: 11/02/2015) |
| 11/03/2015 | 526 | | **ENDORSED ORDER denying 524 the Kaplan Parties' Motion to Appear Telephonically at the 11/6/15 hearing. Counsel for the Kaplan Parties must appear in person. Signed by Magistrate Judge Mark A. Pizzo on 11/3/2015. (CRJ) (Entered: 11/03/2015)** |
| 11/04/2015 | 527 | | **ORDER granting 521 Joint Motion for leave to file Single Statement of Undisputed Facts, and to Exceed Page Limit (not more than 45 pages). See Order for details. Signed by Judge Elizabeth A. Kovachevich on 11/4/2015. (JM) (Entered: 11/04/2015)** |
| 11/05/2015 | 528 | | RESPONSE in Opposition re 518 MOTION for miscellaneous relief, specifically Award of Expenses under Fed. R. Civ. P. 30(g)(1) filed by Marvin I Kaplan. (Peterson, Donald) (Entered: 11/05/2015) |
| 11/06/2015 | 529 | | Minute Entry. Proceedings held before Magistrate Judge Mark A. Pizzo: MOTION HEARING held on 11/6/2015 re 495 MOTION to Compel *Testimony of Brenda Tamm*. (DIGITAL) (CRJ) (Entered: 11/06/2015) |
| 11/09/2015 | 530 | | **ORDER denying 495 Motion to compel Brenda Tamm to answer deposition questions concerning her conversations with counsel in the presence of Mr. Starr and produce documents related to Ms. Tamm's relationship with Phelps Dunbar. Signed by Magistrate Judge Mark A. Pizzo on 11/9/2015. (CRJ) (Entered: 11/09/2015)** |
| 11/10/2015 | 531 | | **ORDER. Plaintiff's motion for an award of expenses against Defendants (doc. 518) is GRANTED to the extent that Defendants are to pay Plaintiff its reasonable fees and expenses incurred in preparing for the October 6, 2015, depositions. Signed by Magistrate Judge Mark A. Pizzo on 11/10/2015. (CRJ) (Entered: 11/10/2015)** |
| 11/10/2015 | 532 | | **ENDORSED ORDER re 431 Order scheduling hearing on 12/10/2015 at 10:30 a.m., directing all parties to confer and file a joint report notifying the Court as to each party's respective best estimate of the amount of hearing time necessary for oral argument on all dispositive motions. Signed by Judge Elizabeth A. Kovachevich on 11/10/2015. (JM) (Entered:** |

| | | | |
|---|---|---|---|
| | | | 11/10/2015) |
| 11/12/2015 | 533 | | Unopposed MOTION for leave to file under seal *Bank Parties' supporting documentation to Joint Statement of Facts* by Bridgeview Bank Group. (Baker, Brittney) (Entered: 11/12/2015) |
| 11/13/2015 | 534 | | **ORDER granting 533 Consent Motion to File Under Seal. Signed by Judge Elizabeth A. Kovachevich on 11/13/2015. (JM)** (Entered: 11/13/2015) |
| 11/16/2015 | 535 | | MOTION in limine regarding Motion to Strike Expert Report of J.D. Koontz and to Exclude Expert Testimony by Bridgeview Bank Group. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Ellison, Jason) (Entered: 11/16/2015) |
| 11/16/2015 | 536 | | MOTION in limine regarding to Exclude Opinion Testimony of Kaplan Entities' Expert by Regions Bank. (Perkins, Joseph) (Entered: 11/16/2015) |
| 11/16/2015 | 537 | | NOTICE by Regions Bank *of Bank Parties' Certificate Concerning Good Faith Conference on Summary Judgment Motions* (Perkins, Joseph) (Entered: 11/16/2015) |
| 11/16/2015 | 538 | | NOTICE by Regions Bank *Bank Parties' Notice of Filing Documents in Support of Joint Statement of Undisputed Material Facts on Motions for Summary Judgment* (Attachments: # 1 Exhibit A – BBG's Request for Admissions to Marvin Kaplan, # 2 Exhibit B – Notices and Cross–Notices of Taking Deposition of Kaplan Parties, # 3 Exhibit C – WF RESP KAP 000004989–4996, # 4 Exhibit D – WF RESP KAP 04997, # 5 Exhibit E – BBG_REV008772)(Perkins, Joseph) (Entered: 11/16/2015) |
| 11/16/2015 | | | Sealed Document S–539. (LD) (Entered: 11/16/2015) |
| 11/16/2015 | 540 | | NOTICE by Regions Bank *Bank Parties' Notice of Filing Deposition Transcripts and Exhibits in Support of Joint Statement of Undisputed Material Facts on Bank Parties' Motions for Summary Judgment* (Attachments: # 1 Deposition Excerpts from Kaplan Parties, # 2 Exhibit 15 – 02/24/11 email string between Starr and Todd Smith, # 3 Exhibit 26 – Filed Under Seal, # 4 Exhibit 27 – Filed Under Seal, # 5 Exhibit 28 – Filed Under Seal, # 6 Exhibit 29 – Filed Under Seal, # 7 Exhibit 30 – Filed Under Seal, # 8 Exhibit 31 – Filed Under Seal, # 9 Exhibit 71 – First Deal Promissory Notes by SAA in favor of R1A, # 10 Exhibit 72 – First Deal Promissory Notes by SAA in favor of TNE, # 11 Exhibit 73 – First Deal Promissory Notes by SAA in favor of MKI, # 12 Exhibit 74 – First Deal Promissory Notes by SAA in favor of BNK, # 13 Exhibit 75 – Filed Under Seal, # 14 Exhibit 76 – Filed Under Seal, # 15 Exhibit 78 – Filed Under Seal, # 16 Exhibit 79 – Filed Under Seal, # 17 Exhibit 80 – Filed Under Seal, # 18 Exhibit 81 – Filed Under Seal, # 19 Exhibit 82 – Filed Under Seal, # 20 Exhibit 83 – Filed Under Seal, # 21 Exhibit 84 – Second Deal Promissory Notes by SAA in favor of R1A, # 22 Exhibit 86 – Second Deal Promissory Notes by SAA in favor of MKI, # 23 Exhibit 87 – Second Deal Promissory Notes by SAA in favor of BNK, # 24 Exhibit 88 – Filed Under Seal, # 25 Exhibit 89 – Second Deal Promissory Notes by SAA in favor of TNE, # 26 Exhibit 90 – Filed Under Seal, # 27 Exhibit 91 – Filed Under Seal, # 28 Exhibit 92 – Filed Under Seal, # 29 Exhibit 93 – Filed Under Seal, # 30 Exhibit 94 – Filed Under Seal, # 31 Exhibit 95 – Filed Under Seal, # 32 Exhibit 96 – Filed Under Seal, # 33 Exhibit 101 – Third Deal Promissory Notes by SAA in favor of R1A, # 34 Exhibit 102 – Third Deal Promissory Notes by SAA in favor of TNE, # 35 |

| | | |
|---|---|---|
| | | Exhibit 103 – Third Deal Promissory Notes by SAA in favor of MKI, # <u>36</u> Exhibit 104 – Third Deal Promissory Notes by SAA in favor of R1A, # <u>37</u> Exhibit 105 – Fourth Deal Regions Wire Report, # <u>38</u> Exhibit 108 – Filed Under Seal, # <u>39</u> Exhibit 109 – Filed Under Seal, # <u>40</u> Exhibit 111 – Filed Under Seal, # <u>41</u> Exhibit 112 – Filed Under Seal, # <u>42</u> Exhibit 114 – Filed Under Seal, # <u>43</u> Exhibit 115 – Filed Under Seal, # <u>44</u> Exhibit 116 – Filed Under Seal, # <u>45</u> Exhibit 126 – Filed Under Seal, # <u>46</u> Exhibit 128 – Filed Under Seal, # <u>47</u> Exhibit 129 – Filed Under Seal, # <u>48</u> Exhibit 130 – Filed Under Seal, # <u>49</u> Exhibit 131 – Filed Under Seal, # <u>50</u> Exhibit 132 – Filed Under Seal, # <u>51</u> Exhibit 189 – 04/20/15 letter from Donald Peterson, Esq. to Mark Ragusa, Esq. and all other counsel, # <u>52</u> Exhibit 232 – Filed Under Seal, # <u>53</u> Exhibit 233 – Filed Under Seal, # <u>54</u> Exhibit 234 – Filed Under Seal, # <u>55</u> Exhibit 235 – Filed Under Seal, # <u>56</u> Exhibit 238 – Filed Under Seal, # <u>57</u> Exhibit 276 – Filed Under Seal, # <u>58</u> Exhibit 277 – Filed Under Seal, # <u>59</u> Exhibit 284 – Victim Impact Statement signed by Kaplan, # <u>60</u> Exhibit 286 – Filed Under Seal, # <u>61</u> Exhibit 287 – Kaplan Parties' Amended Initial Rule 26 Disclosures, # <u>62</u> Deposition excerpt of Jason D. Koontz, # <u>63</u> Exhibit 288 – Koontz' Expert Report, # <u>64</u> Exhibit 291 – 06/22/15 email from Jason D. Koontz to Don Peterson, Esq., # <u>65</u> Deposition Excerpt of Larry Starr)(Perkins, Joseph) (Entered: 11/16/2015) |
| 11/16/2015 | <u>541</u> | NOTICE by Regions Bank *Bank Parties' Notice of Filing Affidavits, Declarations and Exhibits in Support of Joint Statement of Undisputed Material Facts on Motions for Summary Judgment* (Attachments: # <u>1</u> Supplemental Declaration of Ben Powell, # <u>2</u> Declaration of M. Scott Newberger, # <u>3</u> Composite Exh. A – MKI xxx4105 Account Statements, # <u>4</u> Composite Exh. B – TNE xxx4180 Account Statement, # <u>5</u> Composite Exh. C – BNK xxx9817 Account Statement, # <u>6</u> Composite Exh. D – R1A xxx0211 Account Statements, # <u>7</u> Exhibit E – BBG's Notice of Non–Payment of First–Deal Checks, # <u>8</u> Exhibit F – BBG's Notice of Non–Payment of Second–Deal Checks, # <u>9</u> Composite Exh. G – Regions' Return Notices for First–Deal Checks, # <u>10</u> Composite Exh. H – Regions' Return Notices of Second–Deal Checks, # <u>11</u> Exhibit I – WFB's Notice of Non–Payment of WFB Replacement Checks, # <u>12</u> Composite Exh. J – Regions' Return Notices of WFB Replacement Checks, # 13 Declaration of Thomas L. Smitha, JD, CPA, # 14 Exhibit A – 04/14/15 Expert Report, # <u>15</u> Affidavit of David Grzenia, # <u>16</u> Affidavit of Pavel Reytik, # <u>17</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>18</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>19</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>20</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>21</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>22</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>23</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>24</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>25</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>26</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>27</u> Exhibit to Pavel Reytik Affidavit – Filed Under Seal, # <u>28</u> Affidavit of William Conaghan, # <u>29</u> Affidavit of Ivan A. Garces, CPA, CFE, CFF, CAMS, # <u>30</u> 04/14/15 Expert Report, # <u>31</u> 05/14/15 Supplemental Report, # <u>32</u> 06/15/15 Rebuttal Expert Report, # <u>33</u> Affidavit of Audrey Brown, # <u>34</u> Exhibit 1 – Summary of 21 WFB Replacement Checks, # <u>35</u> Affidavit of Karen Emmanuelson, # <u>36</u> Exhibit 1 – Summary of 21 WFB Replacement Checks, # <u>37</u> Affidavit of Theresa Hackenberry, # <u>38</u> Exhibit 1 – Summary of 21 WFB Replacement Checks, # <u>39</u> Affidavit of Michael |

| | | |
|---|---|---|
| | | Onuchovsky, # <u>40</u> Exhibit 1 – Summary of 21 WFB Replacement Checks, # <u>41</u> Affidavit of Ida Dickenson, # <u>42</u> Exhibit 1 – Summary of 21 WFB Replacement Checks, # <u>43</u> Affidavit of Paul Carrubba, # <u>44</u> Exhibit A – 04/14/15 Expert Report, # <u>45</u> Exhibit B – Summary of 21 WFB Replacement Checks)(Perkins, Joseph) ***NOTE: EXHIBITS 13–14 deleted pursuant to doc. 595 ORDER. *** Modified on 12/14/2015 (LD). (Entered: 11/16/2015) |
| 11/16/2015 | <u>542</u> | STATEMENT of undisputed facts *of Bank Parties* by Regions Bank.. (Perkins, Joseph) (Entered: 11/16/2015) |
| 11/16/2015 | <u>543</u> | MOTION for summary judgment *against Kaplan Entities on SAC Counts I–IV, VIII–XI, XV–XVIII, and XXII–XXV and ACC Count XXIII and Supporting Memorandum of Law* by Regions Bank. (Perkins, Joseph) (Entered: 11/16/2015) |
| 11/16/2015 | <u>544</u> | MOTION for summary judgment *on Counts II, XIII, XV, XVII, XIX, and XX – Dispositive Motion* by Bridgeview Bank Group. (Ellison, Jason) (Entered: 11/16/2015) |
| 11/16/2015 | <u>545</u> | NOTICE by Marvin I Kaplan *of Filing Affidavit of Marvin I. Kaplan* (Silverfield, John) (Entered: 11/16/2015) |
| 11/16/2015 | <u>546</u> | MOTION for summary judgment *as to Counts XIV, XVI and XVIII* by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 11/16/2015) |
| 11/16/2015 | <u>547</u> | NOTICE by Marvin I Kaplan re <u>431</u> Order *of Trial Conflict and Motion to Continue December 10, 2015 Hearing* (Parrish, Jon) (Entered: 11/16/2015) |
| 11/16/2015 | <u>548</u> | NOTICE of compliance re <u>394</u> Case management and scheduling order by Charles A. Starr III (Stearns, Jason) (Entered: 11/16/2015) |
| 11/16/2015 | <u>549</u> | STATEMENT of undisputed facts *in Support of Motion for Summary Judgment* by Charles A. Starr III.. (Attachments: # <u>1</u> Exhibit A – Starr Deposition, # <u>2</u> Exhibit B –Kaplan Depositions, # <u>3</u> Exhibit C– Tamm Deposition, # <u>4</u> Exhibit D– Russell Declaration with Exhibits, # <u>5</u> Exhibit E– Dreznin Deposition, # <u>6</u> Exhibit F– Deposition Exhibit 284)(Stearns, Jason) (Entered: 11/16/2015) |
| 11/16/2015 | <u>550</u> | MOTION for summary judgment *and Incorporated Memorandum of Law* by Charles A. Starr III. (Stearns, Jason) (Entered: 11/16/2015) |
| 11/16/2015 | <u>551</u> | STATEMENT of undisputed facts *to Kaplan Parties' Motion for Summary Judgment* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC.. (Parrish, Jon) (Entered: 11/16/2015) |
| 11/16/2015 | <u>552</u> | CERTIFICATE of counsel re <u>551</u> Statement of undisputed facts *Certificate Concerning Good Faith Conference on Statement of Facts* by Jon Douglas Parrish on behalf of BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Parrish, Jon) (Entered: 11/16/2015) |
| 11/16/2015 | <u>553</u> | MOTION for summary judgment by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 11/16/2015) |
| 11/16/2015 | <u>554</u> | |

| | | | |
|---|---|---|---|
| | | | MOTION in limine *to strike or exclude testimony and report of Ivan Garces* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit)(Parrish, Jon) (Entered: 11/16/2015) |
| 11/16/2015 | 555 | | MOTION in limine *to strike or exclude testimony and report of Paul Carrubba* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 11/16/2015) |
| 11/17/2015 | 556 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC re 555 MOTION in limine *to strike or exclude testimony and report of Paul Carrubba of Filing Expert Report of Paul Carrubba* (Parrish, Jon) (Entered: 11/17/2015) |
| 11/17/2015 | 557 | | **ENDORSED ORDER re 547 Notice (Other) of Trial Conflict and Motion to Continue filed by Marvin I Kaplan, directing that all responses to the Notice be filed within five days of the date of this Order. Signed by Judge Elizabeth A. Kovachevich on 11/17/2015. (JM)** (Entered: 11/17/2015) |
| 11/18/2015 | 558 | | **ENDORSED ORDER re 547 Notice (Other) and Motion to Continue filed by Marvin I Kaplan, denying the Motion as moot; with the consent of all parties, the Court is rescheduling the hearing on dispositive motions to Tuesday, December 22, 2015. A separate Order will be entered. Signed by Judge Elizabeth A. Kovachevich on 11/18/2015. (JM)** (Entered: 11/18/2015) |
| 11/19/2015 | 559 | | **ORDER rescheduling hearing on all dispositive motions to Tuesday, December 22, 2015 at 10:30 a.m. in Courtroom 14A re 558 Order. Signed by Judge Elizabeth A. Kovachevich on 11/19/2015. (JM)** (Entered: 11/19/2015) |
| 11/24/2015 | 560 | | NOTICE of Appearance by Jonathan Michael Weirich on behalf of BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Weirich, Jonathan) (Entered: 11/24/2015) |
| 11/24/2015 | 561 | | MOTION for Extension of Time to File Response/Reply as to 542 Statement of undisputed facts, 550 MOTION for summary judgment *and Incorporated Memorandum of Law*, 549 MOTION for summary judgment *as to Counts XIV, XVI and XVIII*, 544 MOTION for summary judgment *on Counts II, XIII, XV, XVII, XIX, and XX – Dispositive Motion*, 543 MOTION for summary judgment *against Kaplan Entities on SAC Counts I–IV, VIII–XI, XV–XVIII, and XXII–XXV and ACC Count XXIII and Supporting Memorandum of Law* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 11/24/2015) |
| 11/25/2015 | 562 | | MOTION for Extension of Time to File Response/Reply as to 553 MOTION for summary judgment , 551 Statement of undisputed facts *Bank Parties' Joint Motion* by Regions Bank. (Garbett, David) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 11/25/2015) |
| 11/25/2015 | 563 | | MEMORANDUM in opposition re 561 Motion for Extension of Time to File Response/Reply *Bank Parties' Joint Memorandum* filed by Regions Bank. (Garbett, David) (Entered: 11/25/2015) |

| 11/25/2015 | 564 | | **ENDORSED ORDER granting <u>562</u> Unopposed Motion for Extension of Time to File Response/Reply re <u>553</u> MOTION for summary judgment and <u>551</u> Statement of Undisputed Material Facts . Responses due by 12/4/2015. Signed by Judge Elizabeth A. Kovachevich on 11/25/2015. (JM)** (Entered: 11/25/2015) |
|---|---|---|---|
| 11/25/2015 | <u>565</u> | | **ORDER granting <u>561</u> Motion for Extension of Time to File Response/Reply re <u>544</u> MOTION for summary judgment *on Counts II, XIII, XV, XVII, XIX, and XX – Dispositive Motion*, <u>550</u> MOTION for summary judgment *and Incorporated Memorandum of Law*, <u>546</u> MOTION for summary judgment *as to Counts XIV, XVI and XVIII*, <u>543</u> MOTION for summary judgment *against Kaplan Entities on SAC Counts I–IV, VIII–XI, XV–XVIII, and XXII–XXV and ACC Count XXIII and Supporting Memorandum of Law*, and associated Statements of Undisputed Facts. Responses due by 12/10/2015. Signed by Judge Elizabeth A. Kovachevich on 11/25/2015. (JM)** (Entered: 11/25/2015) |
| 12/03/2015 | <u>566</u> | | RESPONSE to Motion re <u>536</u> MOTION in limine regarding to Exclude Opinion Testimony of Kaplan Entities' Expert, <u>535</u> MOTION in limine regarding Motion to Strike Expert Report of J.D. Koontz and to Exclude Expert Testimony filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 12/03/2015) |
| 12/03/2015 | <u>567</u> | | Consent MOTION for leave to file under seal by Regions Bank. (Perkins, Joseph) (Entered: 12/03/2015) |
| 12/03/2015 | <u>568</u> | | Amended MOTION for leave to file under seal by Regions Bank. (Perkins, Joseph) (Entered: 12/03/2015) |
| 12/03/2015 | <u>569</u> | | **ORDER granting <u>568</u> Amended Consent Motion to Seal. Signed by Judge Elizabeth A. Kovachevich on 12/3/2015. (JM)** (Entered: 12/03/2015) |
| 12/03/2015 | 570 | | **ENDORSED ORDER denying as moot <u>567</u> Consent Motion to Seal; an amended motion was filed. Signed by Judge Elizabeth A. Kovachevich on 12/3/2015. (JM)** (Entered: 12/03/2015) |
| 12/03/2015 | <u>571</u> | | MEMORANDUM in opposition re <u>554</u> Motion in Limine *to Strike Expert Report of Ivan Garces* filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 12/03/2015) |
| 12/03/2015 | <u>572</u> | | RESPONSE in Opposition re <u>555</u> MOTION in limine *to strike or exclude testimony and report of Paul Carrubba* filed by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 12/03/2015) |
| 12/04/2015 | <u>573</u> | | NOTICE by Regions Bank *Bank Parties' Notice of Filing in Support of Joint Counter–Statement of Undisputed Material Facts in Opposition to Kaplan Parties' Motion for Summary Judgment* (Attachments: # <u>1</u> Declaration of Richard S. Fechter, # <u>2</u> Exhibit A – Expert Report of Richard S. Fechter – Filed Under Seal, # <u>3</u> Declaration of M. Scott Newberger, # <u>4</u> Declaration of William B. Jarema, # <u>5</u> Declaration of Daniel R. Eveloff, # <u>6</u> Declaration of Kristy Lockhead, # <u>7</u> December 23, 2011 email exchange – Filed Under Seal, # <u>8</u> Deposition Excerpts of Marvin Kaplan, # <u>9</u> Exhibit 4 – Filed Under Seal, # <u>10</u> Exhibit 5 – Filed Under Seal, # <u>11</u> Exhibit 6 – Filed Under Seal, # <u>12</u> Exhibit 7 – Filed Under Seal, # <u>13</u> Exhibit 8 – Filed Under Seal, # <u>14</u> Exhibit |

| | | 9 – Filed Under Seal, # <u>15</u> Exhibit 10 – Filed Under Seal, # <u>16</u> Exhibit 10A – Filed Under Seal, # <u>17</u> Exhibit 11 – Filed Under Seal, # <u>18</u> Exhibit 12 – Filed Under Seal, # <u>19</u> Exhibit 32 – Filed Under Seal, # <u>20</u> Exhibit 33 – Filed Under Seal, # <u>21</u> Exhibit 34 – Filed Under Seal, # <u>22</u> Exhibit 35 – Filed Under Seal, # <u>23</u> Exhibit 37 – Filed Under Seal, # <u>24</u> Exhibit 39 – Filed Under Seal, # <u>25</u> Exhibit 40 – Filed Under Seal, # <u>26</u> Exhibit 41 – Filed Under Seal, # <u>27</u> Exhibit 42 – Filed Under Seal, # <u>28</u> Exhibit 43 – Filed Under Seal, # <u>29</u> Exhibit 44 – Filed Under Seal, # <u>30</u> Exhibit 45 – Filed Under Seal, # <u>31</u> Exhibit 46 – Filed Under Seal, # <u>32</u> Exhibit 47 – Filed Under Seal, # <u>33</u> Exhibit 50 – Filed Under Seal, # <u>34</u> Exhibit 52 – Filed Under Seal, # <u>35</u> Exhibit 53 – Filed Under Seal, # <u>36</u> Exhibit 54 – Filed Under Seal, # <u>37</u> Exhibit 55 – Filed Under Seal, # <u>38</u> Exhibit 56 – Filed Under Seal, # <u>39</u> Exhibit 57 – Filed Under Seal, # <u>40</u> Exhibit 58 – Filed Under Seal, # <u>41</u> Exhibit 61 – Filed Under Seal, # <u>42</u> Exhibit 63 – Filed Under Seal, # <u>43</u> Exhibit 64 – Filed Under Seal, # <u>44</u> Exhibit 65 – Filed Under Seal, # <u>45</u> Exhibit 66 – Filed Under Seal, # <u>46</u> Exhibit 69 – Filed Under Seal, # <u>47</u> Exhibit 70 – Filed Under Seal, # <u>48</u> Exhibit 281 – Filed Under Seal, # <u>49</u> Exhibit 283 – Filed Under Seal, # <u>50</u> Deposition excerpts from Deposition of J.D. Koontz, # <u>51</u> Deposition excerpts from Deposition of Larry Starr)(Perkins, Joseph) (Entered: 12/04/2015) |
| 12/04/2015 | <u>574</u> | STATEMENT of undisputed facts *Bank Parties' Joint Counter−Statement of Undisputed Material Facts Opposing KPMSJ* by Regions Bank.. (Perkins, Joseph) (Entered: 12/04/2015) |
| 12/04/2015 | <u>575</u> | RESPONSE re <u>551</u> Statement of undisputed facts *Bank Parties' Joint Response to KPSOF* filed by Regions Bank. (Perkins, Joseph) (Entered: 12/04/2015) |
| 12/04/2015 | <u>576</u> | MEMORANDUM in opposition re <u>553</u> Motion for summary judgment filed by Regions Bank. (Perkins, Joseph) (Entered: 12/04/2015) |
| 12/04/2015 | <u>577</u> | MEMORANDUM in opposition re <u>553</u> Motion for summary judgment *and Imbedded Memorandum of Law in Opposition* filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 12/04/2015) |
| 12/04/2015 | <u>578</u> | STATEMENT of undisputed facts *Bank Parties' Corrected Joint Counter−Statement of Undisputed Material Facts Opposing KPMSJ* by Regions Bank.. (Perkins, Joseph) (Entered: 12/04/2015) |
| 12/04/2015 | <u>579</u> | RESPONSE in Opposition re <u>553</u> MOTION for summary judgment *and Memorandum of Law* filed by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 12/04/2015) |
| 12/07/2015 | <u>580</u> | MOTION to Withdraw *and Amend Responses to Bridgeview Bank's First Requests for Admissions* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C)(Weirich, Jonathan) (Entered: 12/07/2015) |
| 12/07/2015 | | Sealed Document S−582. (LD) (Entered: 12/09/2015) |
| 12/08/2015 | <u>581</u> | MOTION to Strike <u>541</u> Notice (Other) *Affidavit of Pavel Reytikh* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # <u>1</u> Exhibit A)(Weirich, Jonathan) |

| | | | |
|---|---|---|---|
| | | | Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 12/08/2015) |
| 12/10/2015 | 583 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Filing in Support of Statement of Disputed Material Facts in Opposition to the Bank Parties' Motions for Summary Judgment* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Weirich, Jonathan) ***NOTE: EXHIBITS 1–2 deleted pursuant to doc. 595 ORDER. *** Modified on 12/14/2015 (LD). (Entered: 12/10/2015) |
| 12/10/2015 | 584 | | STATEMENT of undisputed facts re: 542 Statement of undisputed facts *Statement of Disputed Facts in Opposition to the Bank Parties' Joint Statement of Facts and Motions for Summary Judgment* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC.. (Weirich, Jonathan) (Entered: 12/10/2015) |
| 12/10/2015 | 585 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Filing in Support of Statement of Disputed Material Facts in Opposition to Starr's Motions for Summary Judgment* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Silverfield, John).**** NOTE: EXHIBITS 1,4,6,7,8,9,10,13,14,15, and 16 deleted pursuant to doc. 595 ORDER.*** Modified on 12/14/2015 (LD). (Entered: 12/10/2015) |
| 12/10/2015 | 586 | | RESPONSE in Opposition re 543 MOTION for summary judgment *against Kaplan Entities on SAC Counts I–IV, VIII–XI, XV–XVIII, and XXII–XXV and ACC Count XXIII and Supporting Memorandum of Law* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 12/10/2015) |
| 12/10/2015 | 587 | | RESPONSE in Opposition re 544 MOTION for summary judgment *on Counts II, XIII, XV, XVII, XIX, and XX – Dispositive Motion* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 12/10/2015) |
| 12/10/2015 | 588 | | RESPONSE in Opposition re 546 MOTION for summary judgment *as to Counts XIV, XVI and XVIII* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 12/10/2015) |
| 12/10/2015 | 589 | | [TERMINATED, IMAGE REMOVED PURSUANT TO DKT. 595 ORDER. NOTICE of supplemental authority re 585 Notice (Other) *Supplemental Notice of Filing in Support of Kaplan Parties' Statement of Disputed Facts in Response to Starr's Motion for Summary Judgment* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Silverfield, John) Modified on 12/14/2015 (LD). (Entered: 12/10/2015) |
| 12/10/2015 | 590 | | STATEMENT of undisputed facts *Kaplan Parties' Statement of Disputed Facts in Opposition to Starr's Statement of Undisputed facts and Motion for Summary Judgment* by BNK Smith, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC.. (Silverfield, John) (Entered: 12/10/2015) |
| 12/10/2015 | 591 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE in Opposition re 550 MOTION for summary judgment *and Incorporated Memorandum of Law Kaplan Parties' Response in Opposition to Starr's Motion for Summary Judgment* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Silverfield, John) (Entered: 12/10/2015) |
| 12/11/2015 | 592 | | MOTION for leave to file under seal *in Docket Numbers 583 and 541* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 12/11/2015) |
| 12/11/2015 | 593 | | MOTION for leave to file under seal *in Docket 585* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 12/11/2015) |
| 12/11/2015 | 594 | | MOTION for leave to file under seal *in Docket 589* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 12/11/2015) |
| 12/11/2015 | 595 | | **ORDER granting 592 Consent Motion to Seal and Motion to Strike; granting 593 Consent Motion to Seal and Motion to Strike; granting 594 Consent Motion to Seal abd Motion to Strike.. Signed by Judge Elizabeth A. Kovachevich on 12/11/2015. (Attachments: # 1 Exhibit, # 2 Exhibit) (JM) (Entered: 12/11/2015)** |
| 12/16/2015 | | | Sealed Document S−596 − S−598. (LD) (Entered: 12/16/2015) |
| 12/17/2015 | 599 | | NOTICE by Regions Bank re 559 Order *Parties' Joint Report Concerning Oral Argument on Motions for Summary Judgment on December 22, 2015* (Garbett, David) (Entered: 12/17/2015) |
| 12/17/2015 | 600 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, Lighthouse Pointe, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Filing Corrections* re: 586 Response in Opposition to 543 Motion for summary judgment. (Weirich, Jonathan) Modified on 12/18/2015 to edit text. (AG) (Entered: 12/17/2015) |
| 12/17/2015 | 601 | | CORRECTED STATEMENT of undisputed facts *in Opposition to the Bank Parties' Joint Statement of Facts and Motions for Summary Judgment* re: 584 Statement of undisputed facts by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) Modified on 12/18/2015 to edit text. (AG) (Entered: 12/17/2015) |
| 12/17/2015 | 602 | | CORRECTED RESPONSE to Motion re 543 MOTION for summary judgment *against Kaplan Entities on SAC Counts I−IV, VIII−XI, XV−XVIII, and XXII−XXV and ACC Count XXIII and Supporting Memorandum of Law* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) Modified on 12/18/2015 to edit text. (AG) (Entered: 12/17/2015) |
| 12/17/2015 | 603 | | CORRECTED RESPONSE to Motion re 550 MOTION for summary judgment *and Incorporated Memorandum of Law* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Modified on 12/18/2015 to edit text. (AG) (Entered: 12/17/2015) |
| 12/21/2015 | 604 | | |

| | | | |
|---|---|---|---|
| | | | MEMORANDUM in opposition re <u>580</u> Motion to Withdraw *Deemed Admissions* filed by Bridgeview Bank Group. (Ellison, Jason) (Entered: 12/21/2015) |
| 12/22/2015 | <u>605</u> | | MEMORANDUM in opposition re <u>581</u> Motion to Strike *Affidavit of Pavel Reytikh* filed by Bridgeview Bank Group. (Attachments: # <u>1</u> Exhibit Exhibit A)(Ellison, Jason) (Entered: 12/22/2015) |
| 12/22/2015 | <u>606</u> | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: MOTION HEARING held on 12/22/2015 re <u>550</u> MOTION for summary judgment *and Incorporated Memorandum of Law* filed by Charles A. Starr III, <u>546</u> MOTION for summary judgment *as to Counts XIV, XVI and XVIII* filed by Wells Fargo, N.A., <u>544</u> MOTION for summary judgment *on Counts II, XIII, XV, XVII, XIX, and XX – Dispositive Motion* filed by Bridgeview Bank Group, <u>553</u> MOTION for summary judgment filed by R1A Palms, LLC, MK Investing, LLC, BNK Smith, LLC, Triple Net Exchange, LLC, Marvin I Kaplan, <u>543</u> MOTION for summary judgment *against Kaplan Entities on SAC Counts I–IV, VIII–XI, XV–XVIII, and XXII–XXV and ACC Count XXIII and Supporting Memorandum of Law* filed by Regions Bank. Court Reporter: Sandra K. Provenzano (CLM) (Entered: 12/22/2015) |
| 12/22/2015 | <u>607</u> | | Exhibit List by Regions Bank. (CLM) (Entered: 12/22/2015) |
| 12/22/2015 | <u>608</u> | | Exhibit List by Wells Fargo, N.A.. (CLM) (Entered: 12/22/2015) |
| 12/22/2015 | <u>609</u> | | Exhibit List by Charles A. Starr III. (CLM) (Entered: 12/22/2015) |
| 12/22/2015 | <u>610</u> | | Exhibit List by Bridgeview Bank Group. (CLM) (Entered: 12/22/2015) |
| 12/23/2015 | <u>611</u> | | SUPPLEMENT *REGIONS' SUPPLEMENTAL CITATIONS ON MOTION FOR SUMMARY JUDGMENT* by Regions Bank. (Garbett, David) (Entered: 12/23/2015) |
| 12/23/2015 | <u>612</u> | | NOTICE of EXHIBITS placed in EXHIBIT ROOM [1 Envelope – Plaintiff/Defendant/Counter Defendants Motion Hearing]. (LD) (Entered: 12/30/2015) |
| 01/12/2016 | <u>613</u> | | MOTION to Compel Financial Worth Discovery Against Kaplan Parties by Regions Bank. (Attachments: # <u>1</u> Exhibit RB's 3rd RFP to Kaplan Parties, # <u>2</u> Exhibit Kaplan Parties' Response to RB's 3rd RFP, # <u>3</u> Exhibit Transcript Excerpts – Dec. 19, 2014 Status Confence)(Perkins, Joseph) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 01/12/2016) |
| 01/15/2016 | <u>614</u> | | MOTION for Attorney Fees *and Expenses* by Regions Bank. (Attachments: # <u>1</u> Exhibit Mtn Ex. A – Decl. of D. Garbett iin Support of Motion for Fees and Expenses, # <u>2</u> Exhibit Decl. Ex. 1 – Fee Agreement, # <u>3</u> Exhibit Decl. Ex. 2 – Fee Spreadsheet, # <u>4</u> Exhibit Decl. Ex. 3 – Receipts, # <u>5</u> Exhibit Mtn. Ex. B – RB v. Chicago Title Order, # <u>6</u> Exhibit Mtn. Ex. C – FDIC v. RSB Order, # <u>7</u> Exhibit Mtn Ex. D – Benitez v. WGD Order)(Perkins, Joseph) (Entered: 01/15/2016) |
| 01/25/2016 | <u>615</u> | | MOTION for John I. Silverfield to withdraw as attorney by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 01/25/2016) |
| 01/25/2016 | <u>616</u> | | |

| | | | MOTION for miscellaneous relief, specifically to Correct Scrivener's Errors in Second Amended Complaint by Regions Bank. (Garbett, David) (Entered: 01/25/2016) |
|---|---|---|---|
| 01/26/2016 | 617 | | RESPONSE in Opposition re 613 MOTION to Compel Financial Worth Discovery Against Kaplan Parties filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 01/26/2016) |
| 01/29/2016 | 618 | | **ORDER denying without prejudice 613 Regions's motion to compel the Kaplan Parties to produce documents related to the Kaplan Parties' financial worth. Signed by Magistrate Judge Mark A. Pizzo on 1/29/2016. (CJF)** (Entered: 01/29/2016) |
| 01/29/2016 | 619 | | RESPONSE in Opposition re 614 MOTION for Attorney Fees *and Expenses* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Weirich, Jonathan) (Entered: 01/29/2016) |
| 02/01/2016 | 620 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC re 619 Response in Opposition to Motion *of Correction* (Weirich, Jonathan) (Entered: 02/01/2016) |
| 02/08/2016 | 621 | | RESPONSE in Opposition re 616 MOTION for miscellaneous relief, specifically to Correct Scrivener's Errors in Second Amended Complaint filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 02/08/2016) |
| 03/22/2016 | 622 | | MOTION to Amend/Correct 394 Case management and scheduling order by BNK Smith, LLC, Bridgeview Bank Group, Marvin I Kaplan, Lighthouse Pointe, LLC, MK Investing, LLC, R1A Palms, LLC, Regions Bank, Charles A. Starr III, Triple Net Exchange, LLC, Wells Fargo, N.A.. (Stearns, Jason) (Entered: 03/22/2016) |
| 03/30/2016 | 623 | | Joint MOTION to supplement Motion to Continue Pretrial Deadlines and Trial by Regions Bank. (Attachments: # 1 Exhibit RB's RFP for Financial Info, # 2 Exhibit Transcript – 12/19/2014 Status Conf., # 3 Exhibit KP's Obj. to RFP)(Garbett, David) (Entered: 03/30/2016) |
| 03/31/2016 | 624 | | **ORDER denying without prejudice 358 Motion for Attorney Fees. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 3/31/2016. (JM)** (Entered: 03/31/2016) |
| 04/01/2016 | 625 | | NOTICE OF RESCHEDULING HEARING: The final pretrial conference hearing previously scheduled for 04/12/2016 is rescheduled. New scheduling date and time: 4/21/2016 at 09:30 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo (CJF) (Entered: 04/01/2016) |
| 04/01/2016 | 626 | | **ORDER granting in part and denying in part 622 Joint motion to amend/correct Third Amended Case Management and Scheduling Order. Signed by Judge Elizabeth A. Kovachevich on 4/1/2016. (JM)** (Entered: 04/01/2016) |
| 04/04/2016 | 627 | | MOTION for miscellaneous relief, specifically Leave to Appear as Lead Counsel by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: |

| | | |
|---|---|---|
| | | 04/04/2016) |
| 04/11/2016 | 628 | MOTION in limine by Bridgeview Bank Group, Regions Bank, Wells Fargo, N.A.. (Attachments: # 1 Exhibit A Special Agents' Affidavit)(Perkins, Joseph) (Entered: 04/11/2016) |
| 04/11/2016 | 629 | Unopposed MOTION in limine by Charles A. Starr III. (Stearns, Jason) (Entered: 04/11/2016) |
| 04/13/2016 | 630 | **ENDORSED ORDER granting 627 Motion for leave to appear as lead counsel. Signed by Judge Elizabeth A. Kovachevich on 4/13/2016. (JM)** (Entered: 04/13/2016) |
| 04/13/2016 | 631 | **TRIAL CALENDAR for trial term May 2016. Jury Trial DATE CERTAIN set for 5/2/2016 at 10:00 AM in Tampa Courtroom 14 A before Judge Elizabeth A. Kovachevich. Signed by Courtroom Deputy Clerk on 4/13/2016. (RFK)** (Entered: 04/13/2016) |
| 04/14/2016 | 632 | Proposed Jury Instructions by Bridgeview Bank Group. (Ellison, Jason) (Entered: 04/14/2016) |
| 04/14/2016 | 633 | STATEMENT of the case for trial by Bridgeview Bank Group. (Ellison, Jason) (Entered: 04/14/2016) |
| 04/14/2016 | 634 | PROPOSED verdict form filed byBridgeview Bank Group. (Ellison, Jason) (Entered: 04/14/2016) |
| 04/14/2016 | 635 | TRIAL BRIEF by Bridgeview Bank Group. (Ellison, Jason) (Entered: 04/14/2016) |
| 04/14/2016 | 636 | TRIAL BRIEF by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 04/14/2016) |
| 04/14/2016 | 637 | STATEMENT of the case for trial by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 04/14/2016) |
| 04/14/2016 | 638 | Proposed Jury Instructions by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 04/14/2016) |
| 04/14/2016 | 639 | PROPOSED verdict form filed byWells Fargo, N.A.. (Ragusa, Mark) (Entered: 04/14/2016) |
| 04/14/2016 | 640 | TRIAL BRIEF by Regions Bank. (Garbett, David) (Entered: 04/14/2016) |
| 04/14/2016 | 641 | Proposed Jury Instructions by Regions Bank. (Garbett, David) (Entered: 04/14/2016) |
| 04/14/2016 | 642 | PROPOSED verdict form filed byRegions Bank. (Garbett, David) (Entered: 04/14/2016) |
| 04/14/2016 | 643 | TRIAL BRIEF by Charles A. Starr III. (Attachments: # 1 Exhibit A (Proposed Jury Instructions), # 2 Exhibit B (Proposed Verdict Form))(Stearns, Jason) (Entered: 04/14/2016) |
| 04/14/2016 | 644 | Proposed Jury Instructions by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 04/14/2016) |
| 04/14/2016 | 645 | |

| | | |
|---|---|---|
| | | TRIAL BRIEF by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 04/14/2016) |
| 04/14/2016 | 646 | STATEMENT of the case for trial by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 04/14/2016) |
| 04/14/2016 | 647 | PROPOSED verdict form filed byBNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 04/14/2016) |
| 04/14/2016 | 648 | STATEMENT of the case for trial by Regions Bank. (Perkins, Joseph) (Entered: 04/14/2016) |
| 04/14/2016 | 649 | PRETRIAL statement by Regions Bank. (Garbett, David) (Entered: 04/14/2016) |
| 04/18/2016 | 650 | NOTICE by Charles A. Starr III re 628 MOTION in limine *Starr's Notice of Joining The Bank Parties' Omnibus Motion* (Stearns, Jason) (Entered: 04/18/2016) |
| 04/18/2016 | 651 | Joint MOTION in limine *by Bridgeview Bank Group and Wells Fargo Bank, N.A. to Exclude Kaplan Parties' Untimely Pretrial Disclosures* by Bridgeview Bank Group. (Attachments: # 1 Exhibit Composite Exhibit "A")(Baker, Brittney) (Entered: 04/18/2016) |
| 04/18/2016 | 652 | **ORDER granting 543 Motion for summary judgment on following counts of Second Amended Complaint (Dkt. 190): Breach of Contract: Counts I, VIII, XV, XXII; Transfer Liability Warranty: Counts II, IX, XVI, XXIII; Chargeback/Refund: Counts III, X, XVII, XXIV; Indorser Liability: Counts IV, XI, XVIII, XXV; granting summary judgment on Count XXIII of Amended Counterclaim/Crossclaim (Dkt. 93), Negligence/Negligent Misrepresentation. See Order for details.. Signed by Judge Elizabeth A. Kovachevich on 4/18/2016. (Attachments: # 1 Main Document) (JM) (Entered: 04/18/2016)** |
| 04/18/2016 | 653 | MOTION in limine regarding Undisclosed Witnesses by Regions Bank. (Attachments: # 1 Exhibit A – RB's Initial Disclosures, # 2 Exhibit B – KP's Initial Disclosures, # 3 Exhibit C – KP's Amd Initial Disclosures, # 4 Exhibit D – WFB's Initial Disclosures, # 5 Exhibit E – Starr's Initial Disclosures, # 6 Exhibit F – Starr's Amd Initial Disclosures, # 7 Exhibit G – KP's Transmittal Email and Preliminary Witness & Exhibit Lists, # 8 Exhibit H – KP's Transmittal Email and Final Witness & Exhibit Lists)(Garbett, David) (Entered: 04/18/2016) |
| 04/18/2016 | 654 | **ORDER granting in part and denying in part 553 Motion for summary judgment on Amended Counterclaim/Crossclaim (Dkt. 93): Breach of U.C.C. Sec. 4–302(A): Count XIII; Count XIV: denied; Breach of 12 C.F.R. Part 229: Count XV, Count XVI: denied; as to Second Amended Complaint (Dkt. 190): Conversion claims (Counts V, XII, XIX, XXVI, XXXI): granted; Fraudulent Concealment Claims (Counts VI, XIII, XX, XXVII, XXIX): denied; Aiding and Abetting Claims (Counts VII, XIV, XXI, XXVIII): denied; Aiding and Abetting Conversion, Count XXX: granted. See Order for details. Signed by Judge Elizabeth A. Kovachevich** |

| | | | |
|---|---|---|---|
| | | | **on 4/18/2016. (JM)** (Entered: 04/18/2016) |
| 04/18/2016 | 655 | | **ORDER granting 544 Motion for summary judgment on following Counts of Amended Counterclaim/Crossclaim (Dkt. 93): Count II (Conspiracy to Defraud); Count XIII (Breach of U.C.C. Sec. 4–302(A); Count XV (Breach of 12 C.F.R. Part 229); Count XVII (Negligence); Count XIX (Fraud); Count XX (Negligent Misrepresentation). Signed by Judge Elizabeth A. Kovachevich on 4/18/2016. (Attachments: # 1 Exhibit) (JM)** (Entered: 04/18/2016) |
| 04/18/2016 | 656 | | **ORDER granting 546 Motion for summary judgment as to following Counts of Amended Counterclaim/Crossclaim (Dkt. 93): Count XIV (Breach of U.C.C. Sec. 4–302(A)); Count XVI (Breach of 12 C.F. R. Part 229); Count XVIII (Negligence). Signed by Judge Elizabeth A. Kovachevich on 4/18/2016. (Attachments: # 1 Exhibit) (JM)** (Entered: 04/18/2016) |
| 04/19/2016 | 657 | | **ORDER granting 550 Motion for summary judgment as to Count II, Conspiracy to Defraud, of the Amended Counterclaim/Crossclaim (Dkt. 93). Signed by Judge Elizabeth A. Kovachevich on 4/19/2016. (JM)** (Entered: 04/19/2016) |
| 04/19/2016 | 658 | | MOTION for clarification re 654 Order on motion for summary judgment by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 04/19/2016) |
| 04/20/2016 | 659 | | MEMORANDUM in opposition re 658 Clarification filed by Regions Bank. (Garbett, David) (Entered: 04/20/2016) |
| 04/20/2016 | 660 | | RESPONSE in Opposition re 628 MOTION in limine filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A)(Weirich, Jonathan) (Entered: 04/20/2016) |
| 04/21/2016 | 661 | | Minute Entry. Proceedings held before Magistrate Judge Mark A. Pizzo: FINAL PRETRIAL CONFERENCE held on 4/21/2016. (DIGITAL) (CJF) (Entered: 04/21/2016) |
| 04/21/2016 | 662 | | **PRETRIAL ORDER. Signed by Magistrate Judge Mark A. Pizzo on 4/21/2016. (CJF)** (Entered: 04/21/2016) |
| 04/22/2016 | 663 | | **AMENDED TRIAL CALENDAR for trial term May 2016. Trial DATE CERTAIN set for 5/2/2016 at 10:00 AM in Tampa Courtroom 14 A before Judge Elizabeth A. Kovachevich. Signed by Courtroom Deputy Clerk on 4/22/2016. (RFK)** Modified text on 4/22/2016 (RFK). (Entered: 04/22/2016) |
| 04/22/2016 | 664 | | MOTION in limine regarding Newly Disclosed Witnesses by Regions Bank. (Garbett, David) (Entered: 04/22/2016) |
| 04/22/2016 | 665 | | RESPONSE in Opposition re 653 MOTION in limine regarding Undisclosed Witnesses filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit 1)(Weirich, Jonathan) (Entered: 04/22/2016) |
| 04/22/2016 | 666 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Withdrawal of Jury Request* |

| | | | |
|---|---|---|---|
| | | | (Weirich, Jonathan) (Entered: 04/22/2016) |
| 04/22/2016 | 667 | | **ENDORSED ORDER re <u>346</u> Order on Motion for Default Judgment, referring the determination of damages to the assigned Magistrate Judge to conduct a hearing, if necessary, and for a report and recommendation, pursuant to Fed. R. Civ. P. 55(b)(2). Signed by Judge Elizabeth A. Kovachevich on 4/22/2016. (JM)** (Entered: 04/22/2016) |
| 04/22/2016 | <u>668</u> | | **2ND AMENDED TRIAL CALENDAR for trial term May 2016. Trial DATE CERTAIN set for 5/2/2016 at 10:00 AM in Tampa Courtroom 14 A before Judge Elizabeth A. Kovachevich. Signed by Courtroom Deputy Clerk on 4/22/2016. (RFK)** (Entered: 04/22/2016) |
| 04/25/2016 | 669 | | **ENDORSED ORDER granting <u>615</u> Motion to Withdraw as Attorney. Attorney John Irwin Silverfield terminated. Signed by Judge Elizabeth A. Kovachevich on 4/25/2016. (JM)** (Entered: 04/25/2016) |
| 04/25/2016 | 670 | | **ENDORSED ORDER granting in part and denying in part <u>616</u> Motion for Leave to Correct Scrivener's Errors in Second Amended Complaint (Dkt. 190). The Motion is granted as to Count XXIX; Kaplan and BNK consent to the relief requested as to Count XXIX. Leave is granted to file an amended complaint by Friday, April 29, 2016. The Motion is otherwise denied as moot as to Count XXVI, which was disposed of on summary judgment. Signed by Judge Elizabeth A. Kovachevich on 4/25/2016. (JM)** (Entered: 04/25/2016) |
| 04/26/2016 | <u>671</u> | | AMENDED document by Regions Bank. Amendment to 670 Order on Motion for Miscellaneous Relief, <u>190</u> Amended document *Corrected Second Amended Complaint*. (Attachments: # <u>1</u> Exhibit A – Depositor's Agreement, # <u>2</u> Exhibit Comp. B – Account Statements, # <u>3</u> Exhibit C – Returned Checks R1A, # <u>4</u> Exhibit D – Returned Checks TNE, # <u>5</u> Exhibit E – Returned Checks MKI, # <u>6</u> Exhibit F – Returned Checks BNK)(Garbett, David) (Entered: 04/26/2016) |
| 04/26/2016 | <u>672</u> | | MOTION for miscellaneous relief, specifically to Permit Use of Electronic Equipment at Trial *Agreed Motion* by Regions Bank. (Garbett, David) (Entered: 04/26/2016) |
| 04/26/2016 | <u>673</u> | | **ORDER granting <u>672</u> Agreed Motion to Permit Use of Electronic Equipment During Trial. Signed by Judge Elizabeth A. Kovachevich on 4/26/2016. (Attachments: # <u>1</u> Exhibit General Order) (JM)** (Entered: 04/26/2016) |
| 04/27/2016 | <u>674</u> | | NOTICE by Regions Bank *Regions' Amended Designations on Kaplan Parties' Deposition* (Garbett, David) (Entered: 04/27/2016) |
| 04/27/2016 | <u>675</u> | | MOTION to Compel Financial Worth Discovery Against Kaplan Parties *Renewed* by Regions Bank. (Garbett, David) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/27/2016) |
| 04/27/2016 | <u>676</u> | | MOTION to Bifurcate *Punitive Damages Claims Against Kaplan Parties* by Regions Bank. (Garbett, David) (Entered: 04/27/2016) |
| 04/27/2016 | <u>677</u> | | SUGGESTION of Mootness on DE 536 by Regions Bank. (Garbett, David) (Entered: 04/27/2016) |
| 04/27/2016 | 678 | | |

| | | | |
|---|---|---|---|
| | | | **ENDORSED ORDER denying 676 Motion to Bifurcate Punitive Damages. Signed by Judge Elizabeth A. Kovachevich on 4/27/2016. (JM) (Entered: 04/27/2016)** |
| 04/27/2016 | 679 | | PROPOSED findings of fact and conclusions of law by Regions Bank. (Garbett, David) (Entered: 04/27/2016) |
| 04/27/2016 | 680 | | **ENDORSED ORDER denying as moot 535 Motion in Limine to Strike Expert Report of J.D. Koontz and to Exclude Expert Testimony of J.D. Koontz. Signed by Judge Elizabeth A. Kovachevich on 4/27/2016. (JM) (Entered: 04/27/2016)** |
| 04/27/2016 | 681 | | **ENDORSED ORDER denying as moot 536 Motion in Limine to Exclude Opinion Testimony of J.D. Koontz. Signed by Judge Elizabeth A. Kovachevich on 4/27/2016. (JM) (Entered: 04/27/2016)** |
| 04/27/2016 | 682 | | **ENDORSED ORDER denying as moot 629 Motion in Limine of Defendant Charles Larry Starr; there are no pending claims as to Defendant Starr. Signed by Judge Elizabeth A. Kovachevich on 4/27/2016. (JM) (Entered: 04/27/2016)** |
| 04/27/2016 | 683 | | Exhibit List *and Witness List* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 04/27/2016) |
| 04/27/2016 | 684 | | PROPOSED findings of fact and conclusions of law by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 04/27/2016) |
| 04/27/2016 | 685 | | Exhibit List by Regions Bank. (Perkins, Joseph) (Entered: 04/27/2016) |
| 04/28/2016 | 686 | | **ENDORSED ORDER. If the Kaplan Parties would like the Court to consider a response to 675 MOTION to Compel Financial Worth Discovery Against Kaplan Parties *Renewed*, the response is due no later than 4/28/2016 at 3:00 p.m. Signed by Magistrate Judge Mark A. Pizzo on 4/28/2016. (CJF) (Entered: 04/28/2016)** |
| 04/28/2016 | 687 | | **ENDORSED ORDER denying as moot 623 Motion to supplement Motion to Continue. Plaintiff Regions Bank has filed a Renewed Motion to Compel Financial Net Worth Discovery (Dkt. 675). This case remains scheduled for trial on Monday, May 2, 2016. Signed by Judge Elizabeth A. Kovachevich on 4/28/2016. (JM) (Entered: 04/28/2016)** |
| 04/28/2016 | 688 | | Exhibit List *and Witness List* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 04/28/2016) |
| 04/28/2016 | 689 | | Emergency MOTION to quash Trial Subpoena by Brenda Tamm. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Stearns, Jason) (Entered: 04/28/2016) |
| 04/28/2016 | 690 | | **ENDORSED ORDER directing BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC to respond to 689 Emergency MOTION to quash Trial Subpoena . Responses due by 12:00 noon on 4/29/2016. Signed by Judge Elizabeth A. Kovachevich on 4/28/2016. (JM) (Entered: 04/28/2016)** |

| 04/28/2016 | 691 | | MOTION for Extension of Time to File Response/Reply as to 675 MOTION to Compel Financial Worth Discovery Against Kaplan Parties *Renewed* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/28/2016) |
| 04/28/2016 | 692 | | **ENDORSED ORDER granting 691 Motion for Extension of Time to File Response to Regions's renewed motion to compel financial worth discovery (doc. 675). The Kaplan parties have until 4:30 p.m. on 4/28/2016 to file a response. Signed by Magistrate Judge Mark A. Pizzo on 4/28/2016. (CJF)** (Entered: 04/28/2016) |
| 04/28/2016 | 693 | | RESPONSE to Motion re 675 MOTION to Compel Financial Worth Discovery Against Kaplan Parties *Renewed* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 04/28/2016) |
| 04/28/2016 | 694 | | **ORDER granting 675 Regions's motion to compel the Kaplan Parties to produce documents related to the Kaplan Parties' financial worth. See Order for details. Signed by Magistrate Judge Mark A. Pizzo on 4/28/2016. (CJF)** (Entered: 04/28/2016) |
| 04/29/2016 | 695 | | OBJECTION re 694 Order on motion to compel *Kaplan Parties Financial Worth Discovery*. (Parrish, Jon) (Entered: 04/29/2016) |
| 04/29/2016 | 696 | | MOTION to stay re 694 Order on motion to compel *Marvin Kaplan's Tax Returns* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 04/29/2016) |
| 04/29/2016 | 697 | | RESPONSE to Motion re 689 Emergency MOTION to quash Trial Subpoena *of Non−Party Brenda Tamm* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 04/29/2016) |
| 04/29/2016 | 698 | | Unopposed MOTION for miscellaneous relief, specifically *to Seal Trial Evidence* by Bridgeview Bank Group. (Ellison, Jason) (Entered: 04/29/2016) |
| 04/29/2016 | 699 | | **ORDER denying without prejudice 689 Emergency Motion to Quash Trial Subpoena and modifying trial subpoena to require attendance during the week of May 9 through 13, 2016, if necessary. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 4/29/2016. (JM)** (Entered: 04/29/2016) |
| 04/29/2016 | 700 | | **ORDER granting in part and denying in part 658 Motion for clarification; the Motion for Clarification is granted as to Count XXXII, and is otherwise denied. Defendants' Motion for Summary Judgment is denied as to Defendant Kaplan individually on Count XXXII. Signed by Judge Elizabeth A. Kovachevich on 4/29/2016. (JM)** (Entered: 04/29/2016) |
| 04/29/2016 | 701 | | Unopposed MOTION for miscellaneous relief, specifically to seal trial evidence by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 04/29/2016) |
| 04/29/2016 | 702 | | [WITHDRAWN PURSUANT TO DOC. 704 NOTICE] NOTICE of compliance re 694 Order on motion to compel *Kaplan Parties to Produce Tax Returns from 2012 to present* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC (Parrish, Jon) |

| | | | |
|---|---|---|---|
| | | | Modified on 5/2/2016 (LD). (Entered: 04/29/2016) |
| 04/29/2016 | 703 | | **ORDER granting in part and denying in part 628 Motion in Limine; see Order for details; granting 653 Motion in Limine, except for Michael Gallatin; denying as moot 664 Motion in Limine. Signed by Judge Elizabeth A. Kovachevich on 4/29/2016. (JM)** (Entered: 04/29/2016) |
| 04/29/2016 | 704 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Smith Advertising & Associates, Inc., Triple Net Exchange, LLC re 702 Compliance notice *on Kaplain Parties Tax Returns from January 1, 2012 through the date of production* (Parrish, Jon) (Entered: 04/29/2016) |
| 04/29/2016 | 705 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Serving Responses to Regions Motion to Compel Financial Worth* (Parrish, Jon) (Entered: 04/29/2016) |
| 04/29/2016 | 706 | | MEMORANDUM in opposition re 696 Motion to stay, 695 Objection filed by Regions Bank. (Garbett, David) (Entered: 04/29/2016) |
| 04/30/2016 | 707 | | Third MOTION to Compel Financial Worth Discovery by Regions Bank. (Attachments: # 1 Exhibit)(Garbett, David) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/30/2016) |
| 04/30/2016 | 708 | | TRIAL BRIEF *Amended* by Regions Bank. (Garbett, David) (Entered: 04/30/2016) |
| 05/01/2016 | 709 | | Exhibit List *and Witness List − Second Amended* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 05/01/2016) |
| 05/01/2016 | 710 | | MOTION for Reconsideration re 703 Order on Motion in Limine by Regions Bank. (Garbett, David) (Entered: 05/01/2016) |
| 05/02/2016 | 711 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC −*NOTICE OF SERVING SUPPLEMENTAL RESPONSE TO REGIONS' REQUEST FOR FINANCIAL WORTH DOCUMENTS*− (Parrish, Jon) (Entered: 05/02/2016) |
| 05/02/2016 | 712 | | **ORDER on request for request to bring in and use laptop computer and cell phone during trial. Signed by Judge Elizabeth A. Kovachevich on 5/2/2016. (Attachments: # 1 Exhibit General Order)(JM)** (Entered: 05/02/2016) |
| 05/02/2016 | 713 | | **ORDER granting 698 Unopposed Motion to Seal Trial Exhibits as to bank records of Bridgeview Bank Group. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 5/2/2016. (JM)** (Entered: 05/02/2016) |
| 05/02/2016 | 714 | | **ORDER granting 701 Unopposed Motion to Seal Trial Exhibits of bank records of Wells Fargo Bank. N.A. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 5/2/2016. (JM)** (Entered: 05/02/2016) |
| 05/02/2016 | 715 | | **ORDER granting 710 Motion for Reconsideration re 703 Order on Motion in Limine; granting exclusion of Witness Michael Gallatin. Signed by Judge Elizabeth A. Kovachevich on 5/2/2016. (JM)** (Entered: 05/02/2016) |
| 05/02/2016 | 716 | | |

| | | | |
|---|---|---|---|
| | | | **ENDORSED ORDER denying as moot 651 Motion in Limine; the Court resolved the counterclaims/crossclaims asserted against Bridgeview Bank Group and Wells Fargo Bank, N.A. on summary judgment. Signed by Judge Elizabeth A. Kovachevich on 5/2/2016. (JM)** (Entered: 05/02/2016) |
| 05/02/2016 | 717 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 1 held on 5/2/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/02/2016) |
| 05/03/2016 | 718 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 2 held on 5/3/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/03/2016) |
| 05/04/2016 | 719 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 3 held on 5/4/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/04/2016) |
| 05/05/2016 | 720 | | ORAL MOTION in limine (Daubert) regarding testimony of witness Richard Fechter by Marvin I Kaplan. (RFK) (Entered: 05/05/2016) |
| 05/05/2016 | 721 | | **ORAL ORDER ruling deferred 720 Oral Motion in Limine. By Judge Elizabeth A. Kovachevich on 5/5/2016. (RFK)** (Entered: 05/05/2016) |
| 05/05/2016 | 723 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 4 held on 5/5/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/05/2016) |
| 05/06/2016 | 724 | | **ORDER re 695 Objection, overruling Objections to Order (Dkt. 694), and directing Defendants to comply with Order to produce tax returns. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 5/6/2016. (JM)** (Entered: 05/06/2016) |
| 05/06/2016 | 725 | | **ENDORSED ORDER denying as moot 696 motion to stay. Signed by Judge Elizabeth A. Kovachevich on 5/6/2016. (JM)** (Entered: 05/06/2016) |
| 05/06/2016 | 726 | | **ENDORSED ORDER directing BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC to respond to 707 Third MOTION to Compel Financial Worth Discovery . Responses due by 5/9/2016 at 5:00 p.m. Signed by Judge Elizabeth A. Kovachevich on 5/6/2016. (JM)** (Entered: 05/06/2016) |
| 05/09/2016 | 727 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC re 724 Order – *DIRECTING KAPLAN TO PRODUCE HIS PERSONAL TAX RETURNS FROM 2013 TO DATE* (Parrish, Jon) (Entered: 05/09/2016) |
| 05/09/2016 | 728 | | MOTION for Extension of Time to File Response/Reply as to 707 Third MOTION to Compel Financial Worth Discovery , 726 Order directing response to motion by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Peterson, Donald) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 05/09/2016) |
| 05/09/2016 | 729 | | **ENDORSED ORDER granting 728 Expedited Motion for Extension of Time to File Response/Reply. Responses due by 5/10/2016 at 5:00 p.m. Signed by Judge Elizabeth A. Kovachevich on 5/9/2016. (JM)** (Entered: 05/09/2016) |

| 05/09/2016 | 730 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 5 held on 5/9/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/09/2016) |
|---|---|---|---|
| 05/10/2016 | 731 | | RESPONSE to Motion re 707 Third MOTION to Compel Financial Worth Discovery filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Parrish, Jon) (Entered: 05/10/2016) |
| 05/10/2016 | 732 | | ORAL MOTION to Strike portions of Marvin Kaplan's testimony by Regions Bank. Defense orally objects. (RFK) (Entered: 05/10/2016) |
| 05/10/2016 | 733 | | **ORAL ORDER denying 732 ORAL Motion to Strike and defers ruling on Defense Objection. By Judge Elizabeth A. Kovachevich on 5/10/2016. (RFK)** (Entered: 05/10/2016) |
| 05/10/2016 | 734 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 6 held on 5/10/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/10/2016) |
| 05/11/2016 | 735 | | ORAL MOTION to Bifurcate punitive damages from determination of liability on pending claims by Regions Bank. (RFK) (Entered: 05/11/2016) |
| 05/11/2016 | 736 | | **ORAL ORDER denying 735 Oral Motion to Bifurcate punitive damages from determination of liability on pending claims.. By Judge Elizabeth A. Kovachevich on 5/11/2016. (RFK)** (Entered: 05/11/2016) |
| 05/11/2016 | 737 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 7 held on 5/11/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/11/2016) |
| 05/12/2016 | 738 | | **ORDER granting in part and denying in part 707 Motion to Compel financial worth discovery. Signed by Judge Elizabeth A. Kovachevich on 5/12/2016. (JM)** (Entered: 05/12/2016) |
| 05/12/2016 | 739 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 8 held on 5/12/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/12/2016) |
| 05/16/2016 | 740 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 9 held on 5/16/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/16/2016) |
| 05/16/2016 | 741 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC re 738 Order on motion to compel *KAPLAN PARTIES FINANCIAL WORTH* (Parrish, Jon) (Entered: 05/16/2016) |
| 05/17/2016 | 742 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 10 held on 5/17/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/17/2016) |
| 05/18/2016 | 743 | | **ORDER re 504 Order on Sealed Motion, affirming Order and overruling objections. Signed by Judge Elizabeth A. Kovachevich on 5/18/2016. (JM)** (Entered: 05/18/2016) |
| 05/18/2016 | 744 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 11 held on 5/18/2016. Court Reporter: Sandra K. |

| | | | |
|---|---|---|---|
| | | | Provenzano (RFK) (Entered: 05/19/2016) |
| 05/18/2016 | 745 | | ORAL MOTION to Strike Witness testimony by Marvin I Kaplan. (RFK) (Entered: 05/19/2016) |
| 05/18/2016 | 746 | | **ORAL ORDER denying 745 ORAL Motion to Strike testimony. By Judge Elizabeth A. Kovachevich on 5/18/2016. (RFK)** (Entered: 05/19/2016) |
| 05/19/2016 | 747 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL DAY 12 held on 5/19/2016. Court Reporter: Sandra K. Provenzano (RFK) (Entered: 05/19/2016) |
| 05/23/2016 | 748 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL (DAY 13) held on 5/23/2016. Court Reporter: Sandra K. Provenzano (SMB) (Entered: 05/23/2016) |
| 05/24/2016 | 749 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL (DAY 14) held on 5/24/2016. Court Reporter: Sandra K. Provenzano (SMB) (Entered: 05/24/2016) |
| 05/25/2016 | 750 | | Minute Entry. Proceedings held before Judge Elizabeth A. Kovachevich: BENCH TRIAL (DAY 15) held on 5/25/2016. Trial will resume on 7/8/16 at 10:00 a.m. Court Reporter: Sandra K. Provenzano (SMB) (Entered: 05/25/2016) |
| 05/27/2016 | 751 | | MOTION for miscellaneous relief, specifically to be Excused *and Notice of Unavailability* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 05/27/2016) |
| 05/31/2016 | 752 | | PLAINTIFF'S BRIEF re 671 Amended document *Memorandum on Delaware Law for Punitive Damages* filed by Regions Bank. (Garbett, David) (Entered: 05/31/2016) |
| 06/08/2016 | 753 | | **ORDER. No later than July 8, 2016, Cross–Claimants shall file a memorandum concerning the types and amount of damages they seek against each Cross–Defendant. Signed by Magistrate Judge Mark A. Pizzo on 6/8/2016. (CJF)** (Entered: 06/08/2016) |
| 06/21/2016 | 754 | | (DOCUMENT TERMINATED; COUNSEL HAS RE–FILED AT ENTRY NO. 755 ) MOTION for Extension of Time to File Proposed Findings and Conclusions by Regions Bank. (Garbett, David) Modified on 6/22/2016 (AG). (Entered: 06/21/2016) |
| 06/21/2016 | 755 | | Unopposed MOTION for Extension of Time to File Proposed Findings of Fact and Conclusions of Law by Regions Bank. (Garbett, David) (Entered: 06/21/2016) |
| 06/24/2016 | 756 | | **ORDER granting 755 Agreed Motion for Extension of Time to File initial proposed findings of fact and conclusions of law to July 15, 2016 and rebuttal proposed findings of fact and conclusions of law to July 25, 2016. Signed by Judge Elizabeth A. Kovachevich on 6/24/2016. (JM)** (Entered: 06/24/2016) |
| 06/24/2016 | 757 | | **ORDER cancelling the scheduled continuation of the bench trial on Friday, July 8, 2016 and Friday, July 15, 2016; deferring ruling on all** |

| | | | |
|---|---|---|---|
| | | | **punitive damage issues until a final determination as to liability and the award of compensatory damages. Signed by Judge Elizabeth A. Kovachevich on 6/24/2016. (JM)** (Entered: 06/24/2016) |
| 07/08/2016 | 758 | | MEMORANDUM in support re 753 Order – *KAPLAN PARTIES' MEMORANDUM OF LAW REGARDING DAMAGES AGAINST DEFAULTED PARTIES, TODD SMITH, GARY SMITH, LUCY SMITH, AND SMITH ADVERTISING & ASSOCIATES* – filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 07/08/2016) |
| 07/12/2016 | 759 | | MOTION for entry of judgment under Rule 54(b) by Wells Fargo, N.A.. (Ragusa, Mark) (Entered: 07/12/2016) |
| 07/12/2016 | 760 | | MOTION for entry of judgment under Rule 54(b) by Bridgeview Bank Group. (Ellison, Jason) (Entered: 07/12/2016) |
| 07/13/2016 | 761 | | MOTION to supplement Trial Record *Agreed Motion* by Regions Bank. (Garbett, David) (Entered: 07/13/2016) |
| 07/14/2016 | 762 | | **ENDORSED ORDER granting 761 Unopposed Motion to Supplement Trial Record. Signed by Judge Elizabeth A. Kovachevich on 7/14/2016. (JM)** (Entered: 07/14/2016) |
| 07/14/2016 | 763 | | **ENDORSED ORDER denying as moot 751 Motion to be Excused. Signed by Judge Elizabeth A. Kovachevich on 7/14/2016. (JM)** (Entered: 07/14/2016) |
| 07/15/2016 | 764 | | NOTICE of hearing: Evidentiary Hearing on the Kaplan Parties' damages against defaulted parties set for 11/17/2016 at 09:30 AM in Tampa Courtroom 11 B before Magistrate Judge Mark A. Pizzo. (CJF) (Entered: 07/15/2016) |
| 07/15/2016 | 765 | | [TERMINATED] MOTION for miscellaneous relief, specifically Memorandum on Pre– and Post–Judgment Interest by Regions Bank. (Garbett, David) NOTE: Incorrect event code, counsel notified via voice message. Modified on 7/18/2016 (LD). (Entered: 07/15/2016) |
| 07/15/2016 | 766 | | PROPOSED findings of fact and conclusions of law by Regions Bank. (Garbett, David) (Entered: 07/15/2016) |
| 07/15/2016 | 767 | | NOTICE by Regions Bank re 766 Proposed findings of fact and conclusions of law *in Support* (Attachments: # 1 Exhibit Dec. 14, 2011 Email String – Todd Smith and Kaplan, # 2 Exhibit Dec. 14, 2011 Email from Todd Smith to Kaplan, # 3 Exhibit Dec. 16, 2011 Email beween Todd Smith and Kaplan, # 4 Exhibit Dec. 16, 2011 Email Between Amber Mathias and Kaplan, # 5 Exhibit Spreadsheet Calc. of Prejudgment Interest)(Garbett, David) (Entered: 07/15/2016) |
| 07/15/2016 | 768 | | PROPOSED findings of fact and conclusions of law by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Weirich, Jonathan) (Entered: 07/15/2016) |
| 07/18/2016 | 769 | | MEMORANDUM in support re 766 Proposed findings of fact and conclusions of law filed by Regions Bank. (Garbett, David) (Entered: 07/18/2016) |

| 07/18/2016 | 770 | | NOTICE of filing audio and video files on DVD by Regions Bank re 762 Order on motion to supplement. ***DVD filed Court file.*** (LD) (Entered: 07/18/2016) |
|---|---|---|---|
| 07/20/2016 | 771 | | MOTION to extend time to Submit Rebuttal Proposed Findings of Fact and Conclusions of Law *Agreed Motion* by Regions Bank. (Perkins, Joseph) (Entered: 07/20/2016) |
| 07/21/2016 | 772 | | **ENDORSED ORDER granting 771 Unopposed Motion to extend time to submit rebuttal proposed findings of fact and conclusions of law to August 4, 2016. Signed by Judge Elizabeth A. Kovachevich on 7/21/2016. (JM)** (Entered: 07/21/2016) |
| 07/26/2016 | 773 | | RESPONSE in Opposition re 759 MOTION for entry of judgment under Rule 54(b) , 760 MOTION for entry of judgment under Rule 54(b) filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 07/26/2016) |
| 07/29/2016 | 774 | | TRANSCRIPT of Bench Trial held on 05/02/16 before Judge Elizabeth A. Kovachevich. Court Reporter/Transcriber Sandra K. Provenzano,Telephone number 813/301–5699. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 8/19/2016, Redacted Transcript Deadline set for 8/29/2016, Release of Transcript Restriction set for 10/27/2016. (Attachments: # 1 05/03/16, # 2 05/04/16, # 3 05/05/16, # 4 05/09/16, # 5 05/10/16, # 6 05/11/16, # 7 05/12/16 pm, # 8 05/16/16, # 9 05/17/16, # 10 05/18/16, # 11 05/19/16, # 12 05/23/16, # 13 05/24/16 am, # 14 05/24/16 pm, # 15 05/25/16) (SKP) (Entered: 07/29/2016) |
| 07/29/2016 | 775 | | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Sandra K. Provenzano. (SKP) (Entered: 07/29/2016) |
| 08/03/2016 | | | Sealed Document S–776 and S–777. (LD) (Entered: 08/03/2016) |
| 08/04/2016 | 778 | | RESPONSE re 768 Proposed findings of fact and conclusions of law *Rebuttal Closing Argument* filed by Regions Bank. (Garbett, David) (Entered: 08/04/2016) |
| 08/04/2016 | 779 | | RESPONSE re 766 Proposed findings of fact and conclusions of law *Rebuttal to Regions Bank's Proposed Findings of Fact and Conclusions of Law* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 08/04/2016) |
| 08/04/2016 | 780 | | NOTICE of intent to request redaction by Jonathan Michael Weirich re 774 Transcript (Weirich, Jonathan) (Entered: 08/04/2016) |
| 08/04/2016 | 781 | | |

| | | | |
|---|---|---|---|
| | | | MEMORANDUM in opposition re <u>752</u> Brief – Plaintiff *Regarding Punitive Damages* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 08/04/2016) |
| 08/04/2016 | <u>782</u> | | MEMORANDUM in opposition re <u>769</u> Memorandum in support *on Prejudgment and Post–Judgment Interest* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 08/04/2016) |
| 08/18/2016 | <u>783</u> | | MOTION to extend time to Provide Redaction Request by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 08/18/2016) |
| 08/30/2016 | <u>784</u> | | MOTION for clarification re <u>719</u> Bench Trial – Held *re Stricken Testimony* by Regions Bank. (Attachments: # <u>1</u> Exhibit August Email Exchange between counsel)(Garbett, David) (Entered: 08/30/2016) |
| 08/30/2016 | <u>785</u> | | MOTION for clarification re <u>774</u> Transcript *and/or to Seal Trial Transcript* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 08/30/2016) |
| 09/13/2016 | <u>786</u> | | RESPONSE to Motion re <u>784</u> MOTION for clarification re <u>719</u> Bench Trial – Held *re Stricken Testimony* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 09/13/2016) |
| 09/15/2016 | <u>787</u> | | PLAINTIFF'S FINAL TRIAL EXHIBIT LIST.(SMB) (Entered: 09/15/2016) |
| 09/15/2016 | <u>788</u> | | DEFENDANT'S FINAL TRIAL EXHIBIT LIST. (SMB) (Entered: 09/15/2016) |
| 09/15/2016 | <u>789</u> | | NOTIFICATION of exhibits placed in exhibit room (3 boxes and 1 folder). (SMB) (Entered: 09/15/2016) |
| 10/26/2016 | <u>790</u> | | NOTICE by Regions Bank *Regions' Notice of Motion to Transfer Action to the Hon. Elizabeth A. Kovachevich Presiding Over Related Action* (Attachments: # <u>1</u> Exhibit)(Garbett, David) (Entered: 10/26/2016) |
| 10/31/2016 | <u>791</u> | | NOTICE by Regions Bank *of Renewed Motion to Transfer Action to the Honorable Elizabeth A. Kovachevich* (Garbett, David) (Entered: 10/31/2016) |
| 11/16/2016 | <u>792</u> | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Filing Affidavit of Attorney's Fees and Costs* (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit 1)(Weirich, Jonathan) (Entered: 11/16/2016) |
| 11/16/2016 | <u>793</u> | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *Amended Notice of Filing Affidavit of Attorney's Fees and Costs* (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit 1)(Weirich, Jonathan) (Entered: 11/16/2016) |
| 11/16/2016 | <u>794</u> | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *Non–Military Affidavit* (Attachments: # <u>1</u> Exhibit A)(Weirich, Jonathan) (Entered: 11/16/2016) |
| 11/16/2016 | <u>795</u> | | |

| | | | |
|---|---|---|---|
| | | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC *of Filing Affidavit of Marvin I. Kaplan* (Attachments: # <u>1</u> Exhibit A)(Weirich, Jonathan) (Entered: 11/16/2016) |
| 11/16/2016 | <u>796</u> | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC re <u>795</u> Notice (Other) *of Filing Exhibits to the Affidavit of Marvin I. Kaplan* (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(Weirich, Jonathan) (Entered: 11/16/2016) |
| 11/17/2016 | <u>797</u> | | Minute Entry. Proceedings held before Magistrate Judge Mark A. Pizzo: Evidentiary Hearing held on 11/17/2016. Court Reporter: Claudia Spangler–Fry. (CJF) (Entered: 11/17/2016) |
| 12/01/2016 | <u>798</u> | | MOTION to extend time to Provide Supplemental Memorandum on Damages by BNK Smith, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 12/01/2016) |
| 12/01/2016 | <u>799</u> | | MOTION to Seal Evidence from the November 17, 2016 Evidentiary Hearing by BNK Smith, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) Modified text on 12/2/2016 (AG). (Entered: 12/01/2016) |
| 12/01/2016 | <u>800</u> | | MOTION for Attorney Fees by BNK Smith, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # <u>1</u> Exhibit A)(Weirich, Jonathan) (Entered: 12/01/2016) |
| 12/01/2016 | <u>801</u> | | PROPOSED BILL OF COSTS by BNK Smith, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # <u>1</u> Exhibit A)(Weirich, Jonathan) (Entered: 12/01/2016) |
| 12/02/2016 | 802 | | **ENDORSED ORDER granting <u>798</u> Motion for 10–day extension to provide supplemental memorandum. Signed by Magistrate Judge Mark A. Pizzo on 12/2/2016. (CJF)** (Entered: 12/02/2016) |
| 12/05/2016 | 803 | | **ORDER granting <u>799</u> Motion to Seal to the extent that the Clerk is directed to file Exhibits 23–24, and 29–41 from the 11/17/2016 evidentiary hearing under seal. Signed by Magistrate Judge Mark A. Pizzo on 12/5/2016. (CJF)** (Entered: 12/05/2016) |
| 12/05/2016 | <u>847</u> | | NOTICE of EXHIBITS placed in the Exhibit Room (1 Folder Sealed (placed in vault); 1 Envelope) re <u>797</u> Evidentiary Hearing, <u>803</u> Order on Motion to Seal (EJC) (Entered: 10/27/2017) |
| 12/12/2016 | <u>804</u> | | MEMORANDUM in support re 802 Order on motion to extend time *Regarding Damages against Defaulted Parties* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 12/12/2016) |
| 02/16/2017 | <u>805</u> | | **REPORT AND RECOMMENDATION re damages on the Kaplan parties' default judgment against the Smith parties. I recommend the Court award $47,598,983 to R1A Palms, LLC, $11,246,494 to Triple Net Exchange, LLC, $7,795,449.47 to MK Investing, LLC, and $2,963,804.18 to BNK Smith, LLC, plus pre–judgment and post–judgment interest, as well as $40,609 in attorneys' fees. Signed by Magistrate Judge Mark A. Pizzo on 2/16/2017. (CJF)** (Entered: 02/16/2017) |

| 02/28/2017 | 806 | | MEMORANDUM in opposition re 805 Report and Recommendations filed by Bridgeview Bancorp, Inc., Bridgeview Bank Group, Regions Bank, Charles A. Starr III, Wells Fargo, N.A.. (Garbett, David) (Entered: 02/28/2017) |
| --- | --- | --- | --- |
| 03/14/2017 | 807 | | RESPONSE re 806 Memorandum in opposition *TO MAGISTRATES REPORT AND RECOMMENDATION* filed by BNK Smith, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 03/14/2017) |
| 03/24/2017 | 808 | | **ORDER denying 554 Motion in Limine to Strike or Exclude Testimony and Report of Ivan Garces. Signed by Judge Elizabeth A. Kovachevich on 3/24/2017, nunc pro tunc April 17, 2016. (JM) (Entered: 03/24/2017)** |
| 03/24/2017 | 809 | | **ORDER denying 555 Motion in Limine to Strike or Exclude Testimony and Report of Paul A. Carrubba. Signed by Judge Elizabeth A. Kovachevich on 3/24/2017, nunc pro tunc April 17, 2016. (JM) (Entered: 03/24/2017)** |
| 03/24/2017 | 810 | | **ORDER denying 580 Motion to Withdraw and Amend Responses to Bridgeview Bank's First Requests for Admission. Signed by Judge Elizabeth A. Kovachevich on 3/24/2017. (JM) (Entered: 03/24/2017)** |
| 03/24/2017 | 811 | | **ORDER denying 581 Motion to Strike Affidavit of Pavel Reytikh. Signed by Judge Elizabeth A. Kovachevich on 3/24/2017, nunc pro tunc April 17, 2016. (JM) (Entered: 03/24/2017)** |
| 03/31/2017 | 812 | | **ORDER denying 720 Oral Motion in Limine Regarding Testimony of Witness Richard Fechter. Signed by Judge Elizabeth A. Kovachevich on 3/31/2017. (JM) (Entered: 03/31/2017)** |
| 03/31/2017 | 813 | | **ORDER denying without prejudice 759 motion for entry of judgment under Rule 54(b); denying without prejudice 760 motion for entry of judgment under Rule 54(b). Signed by Judge Elizabeth A. Kovachevich on 3/31/2017. (JM) (Entered: 03/31/2017)** |
| 03/31/2017 | 814 | | **ORDER granting 783 Motion to extend time; granting 784 Motion for clarification; granting 785 Motion for clarification. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 3/31/2017. (JM) (Entered: 03/31/2017)** |
| 03/31/2017 | 815 | | **ORDER granting 614 Motion for Award of Attorney Fees and Expenses. Signed by Judge Elizabeth A. Kovachevich on 3/31/2017. (JM) (Entered: 03/31/2017)** |
| 04/13/2017 | 816 | | MOTION to Redact 774 Transcript *of 5/2/16 – 5/25/16 Bench Trial* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Attachments: # 1 Exhibit Exhibit A)(Weirich, Jonathan) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/13/2017) |
| 04/27/2017 | 817 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 816 MOTION to Redact 774 Transcript *of 5/2/16 – 5/25/16 Bench Trial* by Regions Bank. (Garbett, David) Motions referred to Magistrate Judge Mark A. Pizzo. (Entered: 04/27/2017) |
| 04/27/2017 | 818 | | **ENDORSED ORDER granting 817 Motion for 14–Day Extension of Time to File Response to Kaplan Parties' Motion to Seal. Signed by Magistrate** |

| | | | |
|---|---|---|---|
| | | | Judge Mark A. Pizzo on 4/27/2017. (CJF) (Entered: 04/27/2017) |
| 05/10/2017 | 819 | | MEMORANDUM in opposition re 816 Motion to Redact Transcript filed by Regions Bank. (Attachments: # 1 Exhibit Trial Transcript Redaction Summary)(Garbett, David) (Entered: 05/10/2017) |
| 05/16/2017 | 820 | | MOTION for miscellaneous relief, specifically to Unseal Trial Transcript at DE 776 by Regions Bank. (Garbett, David) (Entered: 05/16/2017) |
| 05/26/2017 | 821 | | STIPULATION *Joint Stipulation re Payment of Sanctions Award* by Regions Bank. (Garbett, David) (Entered: 05/26/2017) |
| 05/30/2017 | 822 | | RESPONSE re 820 MOTION for miscellaneous relief, specifically to Unseal Trial Transcript at DE 776 filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 05/30/2017) |
| 06/19/2017 | 823 | | MOTION for sanctions *and Supporting Memorandum of Law* by Regions Bank. (Garbett, David) (Entered: 06/19/2017) |
| 06/19/2017 | 824 | | NOTICE by Regions Bank re 823 MOTION for sanctions *and Supporting Memorandum of Law* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Garbett, David) (Entered: 06/19/2017) |
| 06/19/2017 | 825 | | REQUEST for oral argument re 823 MOTION for sanctions *and Supporting Memorandum of Law* by Regions Bank. (Garbett, David) (Entered: 06/19/2017) |
| 06/23/2017 | 826 | | **MEMORANDUM AND OPINION following the bench trial on the pending claims in the Corrected Second Amended Complaint (Dkt. 671). See Opinion for details. The Clerk of Court shall enter a final judgment in favor of Defendants on each of the pending claims. Signed by Judge Elizabeth A. Kovachevich on 6/23/2017. (JM) (Entered: 06/23/2017)** |
| 06/26/2017 | 827 | | **ORDER re 826 Memorandum and opinion, filing documents. Signed by Judge Elizabeth A. Kovachevich on 6/26/2017. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(JM) (Entered: 06/26/2017)** |
| 06/26/2017 | 828 | | **(VACATED pursuant to the Court's 837 Order)FINAL JUDGMENT in favor of R1A Palms, LLC against Regions Bank. Signed by Deputy Clerk on 6/26/2017. (AG) Modified on 11/13/2017 (AG). (Entered: 06/26/2017)** |
| 06/26/2017 | 829 | | **(VACATED pursuant to the Court's 837 Order) FINAL JUDGMENT in favor of Triple Net Exchange, LLC against Regions Bank. Signed by Deputy Clerk on 6/26/2017. (AG) Modified on 11/13/2017 (AG). (Entered: 06/26/2017)** |
| 06/26/2017 | 830 | | **(VACATED pursuant to the Court's 837 Order) FINAL JUDGMENT in favor of MK Investing, LLC against Regions Bank. Signed by Deputy Clerk on 6/26/2017. (AG) Modified on 11/13/2017 (AG). (Entered: 06/26/2017)** |
| 06/26/2017 | 831 | | **(VACATED pursuant to the Court's 837 Order) FINAL JUDGMENT in favor of BNK Smith, LLC against Regions Bank. Signed by Deputy Clerk on 6/26/2017. (AG) Modified on 11/13/2017 (AG). (Entered: 06/26/2017)** |
| 06/26/2017 | 832 | | |

| | | | |
|---|---|---|---|
| | | | (VACATED pursuant to the Court's 837 Order) FINAL JUDGMENT in favor of Marvin I Kaplan against Regions Bank. Signed by Deputy Clerk on 6/26/2017. (AG) Modified on 11/13/2017 (AG). (Entered: 06/26/2017) |
| 07/03/2017 | 833 | | TERMINATED PURSUANT TO DKT. 834 NOTICE. RESPONSE in Opposition re 823 MOTION for sanctions *and Supporting Memorandum of Law* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) Modified on 7/5/2017 (LD). (Entered: 07/03/2017) |
| 07/03/2017 | 834 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC re 833 Response in Opposition to Motion *– Notice of Withdrawal (and Request to Remove from Docket due to erroneous filing) –* (Weirich, Jonathan) (Entered: 07/03/2017) |
| 07/03/2017 | 835 | | RESPONSE in Opposition re 823 MOTION for sanctions *and Supporting Memorandum of Law* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 07/03/2017) |
| 07/05/2017 | 836 | | TERMINATED. Verified MOTION for sanctions *pursuant to Section 1927, Renewed Motion for Rule 11 Sanctions and Incorporated Memo of Law* by Bridgeview Bank Group. (Attachments: # 1 Exhibit BNK Smith's Answers to Bridgeview Bank Group's First Set of Interrogatories)(Ellison, Jason) NOTE: Terminated pursuant to Dkt. 838 Notice of Withdrawal. Modified on 7/6/2017 (LD). (Entered: 07/05/2017) |
| 07/05/2017 | 837 | | Unopposed MOTION for miscellaneous relief, specifically Entry of Omnibus Final Judgment and to Vacate Clerk's Final Judgments on Partial Claims by Regions Bank. (Attachments: # 1 Exhibit Ex. A – Prejudgment Interest Calculation as of 7/5/2017)(Garbett, David) (Entered: 07/05/2017) |
| 07/05/2017 | 838 | | NOTICE of withdrawal of motion by Bridgeview Bank Group re 836 Verified MOTION for sanctions *pursuant to Section 1927, Renewed Motion for Rule 11 Sanctions and Incorporated Memo of Law* filed by Bridgeview Bank Group *(and Request to Remove from Docket due to Erroneous Filing)* (Ellison, Jason) (Entered: 07/05/2017) |
| 07/05/2017 | 839 | | MOTION for sanctions *Corrected and pursuant to Section 1927, Renewed Motion for Rule 11 Sanctions and Incorporated Memo of Law* by Bridgeview Bank Group. (Attachments: # 1 Exhibit BNK Smith's Answers to Bridgeview Bank Group's First Set of Interrogatories)(Ellison, Jason) (Entered: 07/05/2017) |
| 07/05/2017 | 840 | | REQUEST for oral argument *On Motions for Sanctions DE 102 and DE 119* by Regions Bank, Robert Shaw. (Garbett, David) (Entered: 07/05/2017) |
| 07/10/2017 | 841 | | NOTICE by Bridgeview Bank Group *of Pending Sanctions Motions* (Ellison, Jason) (Entered: 07/10/2017) |
| 07/19/2017 | 842 | | RESPONSE in Opposition re 839 MOTION for sanctions *Corrected and pursuant to Section 1927, Renewed Motion for Rule 11 Sanctions and Incorporated Memo of Law* filed by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) (Entered: 07/19/2017) |

| 07/19/2017 | 843 | | NOTICE by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC re 842 Response in Opposition to Motion *(of Filing Exhibit A to Response)* (Weirich, Jonathan) (Entered: 07/19/2017) |
|---|---|---|---|
| 07/20/2017 | 844 | | TERMINATED PURSUANT TO DKT. 860 NOTICE OF WITHDRAWAL OF MOTION. MOTION for Attorney Fees *(Renewal of DE 358)* by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC. (Weirich, Jonathan) Modified on 11/29/2017 (LD). (Entered: 07/20/2017) |
| 07/26/2017 | 845 | | TERMINATED. MOTION for leave to file TO FILE REPLY IN SUPPORT OF ITS MOTION SANCTIONS AGAINST THE KAPLAN PARTIES by Bridgeview Bank Group. (Baker, Brittney) NOTE: Incorrect user ID, counsel notified. Modified on 7/27/2017 (LD). (Entered: 07/26/2017) |
| 07/27/2017 | 846 | | MOTION for leave to file Reply in Support of Its Motion Sanctions Against the Kaplan Parties by Bridgeview Bank Group. (Ellison, Jason) (Entered: 07/27/2017) |
| 11/07/2017 | 848 | | **ORDER adopting in part and rejecting in part 805 REPORT AND RECOMMENDATIONS re 800 MOTION for Attorney Fees filed by R1A Palms, LLC, MK Investing, LLC, BNK Smith, LLC, Triple Net Exchange, LLC. See Order for details. Signed by Judge Elizabeth A. Kovachevich on 11/7/2017. (Attachments: # 1 Exhibit Schedule of Damages)(JM)** (Entered: 11/07/2017) |
| 11/08/2017 | 849 | | VACATED PURSUANT TO DKT. 852 ORDER. JUDGMENT in favor of BNK Smith, LLC, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC against Smith Advertising & Associates, Inc., G. Todd Smith, Gary T. Smith, Lucy B. Smith (Signed by Deputy Clerk) (LD) Modified on 11/16/2017 (LD). (Entered: 11/08/2017) |
| 11/09/2017 | 851 | | **ORDER granting 837 Agreed Motion for Entry of Omnibus Final Judgment. See Order for details. A separate Omnibus Final Judgment will be entered. Signed by Judge Elizabeth A. Kovachevich on 11/9/2017. (JM)** (Entered: 11/09/2017) |
| 11/15/2017 | 852 | | **ORDER amending determination of prejudgment interest in Court's prior Order (Dkt. 848), and vacating Final Judgment (Dkt. 849) re 849 Judgment, 848 Order Adopting Report and Recommendations Signed by Judge Elizabeth A. Kovachevich on 11/15/2017. (Attachments: # 1 Exhibit)(JM)** (Entered: 11/15/2017) |
| 11/15/2017 | 853 | 104 | **OMNIBUS FINAL JUDGMENT on all claims asserted by Plaintiff Regions Bank, all counterclaim/crossclaims asserted by Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, BNK Smith, LLC, and the counterclaims asserted by Bridgeview Bank Group. Signed by Judge Elizabeth A. Kovachevich on 11/15/2017. (JM)** (Entered: 11/15/2017) |
| 11/21/2017 | 854 | | **ENDORSED ORDER granting 846 Motion for Leave to File Reply. Signed by Judge Elizabeth A. Kovachevich on 11/21/2017. (JM)** (Entered: 11/21/2017) |

| | | |
|---|---|---|
| 11/21/2017 | 855 | **ENDORSED ORDER REFERRING MOTIONS for a hearing, if necessary, and for a Report and Recommendation: <u>823</u> MOTION for sanctions *and Supporting Memorandum of Law* filed by Regions Bank, <u>839</u> MOTION for sanctions *Corrected and pursuant to Section 1927, Renewed Motion for Rule 11 Sanctions and Incorporated Memo of Law* filed by Bridgeview Bank Group. Signed by Judge Elizabeth A. Kovachevich on 11/21/2017. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 11/21/2017) |
| 11/21/2017 | <u>856</u> | **ORDER denying <u>816</u> Motion to Redact <u>774</u> Trial Transcript. Signed by Judge Elizabeth A. Kovachevich on 11/21/2017. (JM)** (Entered: 11/21/2017) |
| 11/22/2017 | 857 | **ENDORSED ORDER REFERRING MOTION for a hearing, if necessary, and for a Report and Recommendation: <u>844</u> MOTION for Attorney Fees *(Renewal of DE 358)* filed by R1A Palms, LLC, MK Investing, LLC, BNK Smith, LLC, Triple Net Exchange, LLC, Marvin I Kaplan. Signed by Judge Elizabeth A. Kovachevich on 11/22/2017. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 11/22/2017) |
| 11/27/2017 | <u>858</u> | MOTION for miscellaneous relief, specifically Referral to Magistrate for R & R *Pending Sanctions Motions at DE 102 and DE 119* by Regions Bank, Robert Shaw. (Garbett, David) (Entered: 11/27/2017) |
| 11/28/2017 | <u>859</u> | MOTION for Extension of Time to File Post–Judgment Motion for Attorney's Fees and Costs by Regions Bank. (Garbett, David) (Entered: 11/28/2017) |
| 11/28/2017 | <u>860</u> | NOTICE of withdrawal of motion by BNK Smith, LLC, Marvin I Kaplan, MK Investing, LLC, R1A Palms, LLC, Triple Net Exchange, LLC re <u>358</u> MOTION for Attorney Fees filed by Marvin I Kaplan (Peterson, Donald) (Entered: 11/28/2017) |
| 11/28/2017 | 861 | **ENDORSED ORDER granting <u>859</u> Agreed Motion for Extension of Time to File Post–Judgment Motion for Attorney's Fees and Costs to December 29, 2017. Signed by Judge Elizabeth A. Kovachevich on 11/28/2017. (JM)** (Entered: 11/28/2017) |
| 11/28/2017 | <u>862</u> | REPLY to Response to Motion re <u>839</u> MOTION for sanctions *Corrected and pursuant to Section 1927, Renewed Motion for Rule 11 Sanctions and Incorporated Memo of Law* filed by Bridgeview Bank Group. (Attachments: # <u>1</u> Exhibit)(Baker, Brittney) (Entered: 11/28/2017) |
| 11/29/2017 | <u>863</u> | **ORDER granting <u>858</u> Motion to Refer DE 102 and 119. Signed by Judge Elizabeth A. Kovachevich on 11/29/2017. (JM)** (Entered: 11/29/2017) |
| 11/29/2017 | 864 | **ENDORSED ORDER REFERRING MOTIONS FOR SANCTIONS for an evidentiary hearing, if necessary, and for a Report and Recommendation: <u>102</u> MOTION to Strike <u>93</u> CounterclaimCrossclaim *Correcting DE 101* filed by Robert Shaw, Regions Bank, <u>119</u> MOTION for sanctions *Under Rule 11 Against Kaplan Parties and Their Counsel* filed by Robert Shaw, Regions Bank. Signed by Judge Elizabeth A. Kovachevich on 11/29/2017. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 11/29/2017) |
| 11/29/2017 | <u>865</u> | |

| | | | |
|---|---|---|---|
| | | | NOTICE by Bridgeview Bank Group re 244 Order on Motion to StrikeOrder on motion to dismissOrder on Motion for Sanctions *Notice of Renewal* (Ellison, Jason) (Entered: 11/29/2017) |
| 11/29/2017 | 866 | | **ENDORSED ORDER REFERRING MOTION for an evidentiary hearing, if necessary, and for a Report and Recommendation: 155 MOTION for sanctions *Cross−Defendant's Motion for Imposition of Sanctions* filed by Bridgeview Bank Group. Signed by Judge Elizabeth A. Kovachevich on 11/29/2017. (JM) Motions referred to Magistrate Judge Mark A. Pizzo.** (Entered: 11/29/2017) |
| 12/08/2017 | 867 | | **ORDER denying 820 Motion to unseal Trial Transcript (Dkt. 776). Signed by Judge Elizabeth A. Kovachevich on 12/8/2017. (JM)** (Entered: 12/08/2017) |
| 12/11/2017 | 868 | | MOTION to Amend/Correct 853 Judgment by Regions Bank. (Garbett, David) (Entered: 12/11/2017) |
| 12/11/2017 | 869 | 124 | NOTICE OF APPEAL as to 853 Judgment by Regions Bank. Filing fee not paid. (Garbett, David) (Entered: 12/11/2017) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**REGIONS BANK, an Alabama
banking corporation,**

**Plaintiff,**

v.                                          CASE NO.  8:12-CV-1837-T-17MAP

**MARVIN I. KAPLAN, an individual;
R1A PALMS, LLC, a Florida limited
liability company; LIGHTHOUSE
POINTE, LLC, a Florida limited
liability company;  WELLS FARGO,
BANK, N.A., a national banking
association, as successor by merger
with Wachovia Bank, N.A., TRIPLE
NET EXCHANGE, LLC, a Delaware
limited liability company; MK
INVESTING, LLC, a Florida limited
liability company; BNK SMITH, LLC,
a Florida limited liability company;
and SMITH ADVERTISING &
ASSOCIATES, INC., a North
Carolina corporation.**

**Defendants.**

_____/

## FINAL JUDGMENT IN A CIVIL CASE

**Decision by Court.**     This action came before the Court and a decision has been
rendered.

Dkt. 671     Corrected Second Amended Complaint of Regions Bank
Dkt. 190     Second Amended Complaint of Regions Bank

Case No. 8:12-CV-1837-T-17MAP

Count I          Breach of Deposit Agreement against R1A Palms, LLC

                 A decision was rendered on Count I on April 18, 2016 (Dkt. 652). It is
                 hereby **ordered** that final judgment is entered in favor of Regions Bank,
                 and against R1A Palms LLC in the amount of $3,366,007.52, plus
                 prejudgment interest of $942,400.31 until November 9, 2017, and
                 prejudgment interest of $493.66 daily until entry of final judgment.
                 Jurisdiction is reserved to determine entitlement to attorney's fees
                 and costs (Dkt. 851).

Count II         Obligation of Reimbursement against R1A Palms. LLC under
                 Sec. 674.207(2), Fla. Stat.

                 A decision was rendered on Count II on April 18, 2016 (Dkt. 652). It is
                 hereby **ordered** that final judgment is entered in favor of Regions Bank,
                 and against R1A Palms LLC in the amount of $3,366,007.52, plus
                 prejudgment interest of $942,400.31 until November 9, 2017, and
                 prejudgment interest of $493.66 daily until entry of final judgment.
                 Jurisdiction is reserved to determine entitlement to expenses (Dkt. 851).

Count III        Obligation of Refund against R1A Palms, LLC under Sec.
                 674.2141(1), Fla. Stat.

                 A decision was rendered on Count III on April 18, 2016 (Dkt. 652). It is
                 hereby **ordered** that final judgment is entered in favor of Regions Bank,
                 and against R1A Palms LLC in the amount of $3,366,007.52, plus
                 prejudgment interest of $942,400.31 until November 9, 2017, and
                 prejudgment interest of $493.66 daily until entry of final judgment (Dkt.
                 851).

Count IV         Obligation of Indorser against R1A Palms, LLC under Sec.
                 673.4151.(1), Fla. Stat.

                 A decision was rendered on Count IV on April 18, 2016 (Dkt. 652). It is
                 hereby **ordered** that final judgment is entered in favor of Regions Bank,
                 and against R1A Palms LLC in the amount of $3,366,007.52, plus
                 prejudgment interest of $942,400.31 until November 9, 2017, and
                 prejudgment interest of $493.66 daily until entry of final judgment (Dkt.
                 851).

2

Case No. 8:12-CV-1837-T-17MAP

Count V          Conversion against R1A Palms, LLC

                 A decision was rendered on Count V on April 18, 2016 (Dkt. 654). It is
                 hereby **ordered** that final judgment is entered in favor of R1A Palms, LLC
                 and against Regions Bank.

Count VI         Fraudulent Concealment against R1A Palms, LLC

                 A decision was rendered on Count VI on June 23, 2017 (Dkt. 826). It is
                 hereby **ordered** that final judgment is entered in favor of R1A Palms, LLC
                 and against Regions Bank.

Count VII        Aiding/Abetting against R1A Palms, LLC

                 A decision was rendered on Count VII on June 23, 2017 (Dkt. 826). It is
                 hereby **ordered** that final judgment is entered in favor of R1A Palms, LLC
                 and against Regions Bank.


Count VIII       Breach of Deposit Agreement against Triple Net Exchange, LLC

                 A decision was rendered on Count VIII on April 18, 2016 (Dkt. 652). It is
                 hereby **ordered** that final judgment is entered in favor of Regions Bank,
                 and against Triple Net Exchange LLC in the amount of $1,689,590.03,
                 plus prejudgment interest in the amount of $467,513.70 until November
                 9, 2017, and prejudgment interest of $247.65 daily until entry of final
                 judgment (Dkt. 851). Jurisdiction is reserved to determine entitlement to
                 attorney's fees and costs.

Count IX         Obligation of Reimbursement against Triple Net Exchange, LLC
                 under Sec. 674.207(2), Fla. Stat.

                 A decision was rendered on Count IX on April 18, 2016 (Dkt. 652). It is
                 hereby **ordered** that final judgment is entered in favor of Regions Bank,
                 and against Triple Net Exchange LLC in the amount of $1,689,590.03,
                 plus prejudgment interest in the amount of $467,513.70 until November
                 9, 2017, and prejudgment interest of $247.65 daily until entry of final
                 judgment (Dkt. 851). Jurisdiction is reserved to determine entitlement to

                                            3

Case No. 8:12-CV-1837-T-17MAP

expenses.

Count X  Obligation of Refund against Triple Net Exchange, LLC under Sec. 674.2141(1), Fla. Stat.

A decision was rendered on Count X on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against Triple Net Exchange LLC in the amount of $1,689,590.03, plus prejudgment interest in the amount of $467,513.70 until November 9, 2017, and prejudgment interest of $247.65 daily until entry of final judgment (Dkt. 851).

Count XI  Obligation of Indorser against Triple Net Exchange, LLC under Sec. 673.4151.(1), Fla. Stat.

A decision was rendered on Count XI on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against Triple Net Exchange LLC in the amount of $1,689,590.03, plus prejudgment interest in the amount of $467,513.70 until November 9, 2017, and prejudgment interest of $247.65 daily until entry of final judgment (Dkt. 851).

Count XII  Conversion against Triple Net Exchange, LLC

A decision was rendered on Count XII on April 18, 2016 (Dkt. 654). It is hereby **ordered** that final judgment is entered in favor of Triple Net Exchange, LLC and against Regions Bank.

Count XIII  Fraudulent Concealment against Triple Net Exchange, LLC

A decision was rendered on Count XIII on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of Triple Net Exchange, LLC and against Regions Bank.

Count XIV  Aiding/Abetting against Triple Net Exchange, LLC

A decision was rendered on Count XIV on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of Triple Net Exchange, LLC and against Regions Bank.

4

Case No. 8:12-CV-1837-T-17MAP

Count XV  Breach of Deposit Agreement against MK Investing, LLC

A decision was rendered on Count XV on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against MK Investing, LLC in the amount of $1,178, 923.79 plus prejudgment interest of $326,222.14 to November 9, 2017, and prejudgment interest of $173.00 daily until entry of final judgment. Jurisdiction is reserved to determine entitlement to attorney's fees and costs (Dkt. 851).

Count XVI  Obligation of Reimbursement against MK Investing, LLC under Sec. 674.207(2), Fla. Stat.

A decision was rendered on Count XVI on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against MK Investing, LLC in the amount of $1,178, 923.79 plus prejudgment interest of $326,222.14 to November 9, 2017, and prejudgment interest of $173.00 daily until entry of final judgment (Dkt. 851). Jurisdiction is reserved to determine entitlement to expenses.

Count XVII  Obligation of Refund against MK Investing, LLC under Sec. 674.2141(1), Fla. Stat.

A decision was rendered on Count XVII on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against MK Investing, LLC in the amount of $1,178, 923.79 plus prejudgment interest of $326,222.14 to November 9, 2017, and prejudgment interest of $173.00 daily until entry of final judgment (Dkt. 851).

Count XVIII  Obligation of Indorser against MK Investing, LLC under Sec. 673.4151.(1), Fla. Stat.

A decision was rendered on Count XVIII on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against MK Investing, LLC in the amount of $1,178, 923.79 plus prejudgment interest of $326,222.14 to November 9, 2017, and

5

Case No. 8:12-CV-1837-T-17MAP

    prejudgment interest of $173.00 daily until entry of final judgment
(Dkt. 851).

Count XIX    Conversion against MK Investing, LLC

    A decision was rendered on Count XIX on April 18, 2016 (Dkt. 654). It is
hereby **ordered** that final judgment is entered in favor of MK
Investing, LLC and against Regions Bank.

Count XX    Fraudulent Concealment against MK Investing, LLC

    A decision was rendered on Count XX on June 23, 2017 (Dkt. 826).
It is hereby **ordered** that final judgment is entered in favor of MK
Investing, LLC and against Regions Bank.

Count XXI    Aiding/Abetting against MK Investing, LLC

    A decision was rendered on Count XXI on June 23, 2017 (Dkt. 826).
It is hereby **ordered** that final judgment is entered in favor of MK
Investing, LLC and against Regions Bank.

Count XXII    Breach of Deposit Agreement against BNK Smith, LLC

    A decision was rendered on Count XXII on April 18, 2016 (Dkt. 652). It is
hereby **ordered** that final judgment is entered in favor of Regions Bank
against BNK Smith, LLC in the amount of $164,379.01 plus prejudgment
interest of $48,485.23 to November 9, 2017 and prejudgment interest of
$24.12 daily until entry of final judgment.   Jurisdiction is reserved
to determine entitlement to attorney's fees and costs (Dkt. 851).

Count XXIII    Obligation of Reimbursement against BNK Smith, LLC
under Sec. 674.207(2), Fla. Stat.

    A decision was rendered on Count XXIII on April 18, 2016 (Dkt. 652). It
is hereby **ordered** that final judgment is entered in favor of Regions Bank
against BNK Smith, LLC in the amount of $164,379.01 plus prejudgment
interest of $48,485.23 to November 9, 2017 and prejudgment interest of
$24.12 daily until entry of final judgment.   Jurisdiction is reserved to
determine entitlement to expenses (Dkt. 851).

Case No. 8:12-CV-1837-T-17MAP

Count XXIV  Obligation of Refund against BNK Smith, LLC under Sec.
674.2141(1), Fla. Stat.

A decision was rendered on Count XXIV on  April 18, 2016 (Dkt. 652).  It
is hereby **ordered** that final judgment is entered in favor of Regions Bank
against BNK Smith, LLC in the amount of $164,379.01 plus prejudgment
interest of $48,485.23 to November 9, 2017 and prejudgment interest of
$24.12 daily until entry of final judgment (Dkt. 851).

Count XXV  Obligation of Indorser against BNK Smith, LLC under Sec.
673.4151.(1), Fla. Stat.

A decision was rendered on Count XXV on  April 18, 2016 (Dkt. 652).  It is
hereby **ordered** that final judgment is entered in favor of Regions Bank
against BNK Smith, LLC in the amount of $164,379.01 plus prejudgment
interest of $48,485.23 to November 9, 2017 and prejudgment interest of
$24.12 daily until entry of final judgment (Dkt. 851).

Count XXVI  Conversion against BNK Smith, LLC

A decision was rendered on Count XXVI on April 18, 2016 (Dkt. 654).
It is hereby **ordered** that final judgment is entered in favor of BNK
Smith, LLC and against Regions Bank.

Count XXVII  Fraudulent Concealment against BNK Smith, LLC

A decision was rendered on Count XXVII on June 23, 2017 (Dkt. 826).
It is hereby **ordered** that final judgment is entered in favor of BNK
Smith, LLC and against Regions Bank.

Count XXVIII  Aiding/Abetting against BNK Smith, LLC

A decision was rendered on Count XXVIII on June 23, 2017 (Dkt. 826).
It is hereby **ordered** that final judgment is entered in favor of BNK
Smith, LLC and against Regions Bank.

Case No. 8:12-CV-1837-T-17MAP

Count XXIX  Fraudulent Concealment against Marvin I. Kaplan

> A decision was rendered on Count XXIX on June 23, 2017 (Dkt. 826).
> It is hereby **ordered** that final judgment is entered in favor of Marvin I.
> Kaplan and against Regions Bank.

Count XXX  Aiding/Abetting Conversion against Marvin I. Kaplan

> A decision was rendered on Count XXX on April 18, 2016 (Dkt. 654).
> It is hereby **ordered** that final judgment is entered in favor of Marvin
> I. Kaplan and against Regions Bank.

Count XXXI  Conversion against Marvin I. Kaplan

> A decision was rendered on Count XXXI on April 18, 2016 (Dkt. 654).
> It is hereby **ordered** that final judgment is entered in favor of Marvin
> I. Kaplan and against Regions Bank.

Count XXXII  Civil Conspiracy against Marvin I. Kaplan, R1A Palms, LLC, Triple Net
Exchange, LLC, MK Investing, LLC, BNK Smith, LLC

> A decision was rendered on Count XXXII on June 23, 2017 (Dkt.
> 826). The decision designated Count XXXII as Count XXXIII in error.
> It is hereby **ordered** that final judgment is entered in favor of Marvin
> I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing,
> LLC and BNK Smith, LLC and against Regions Bank.

Case No. 8:12-CV-1837-T-17MAP

Dkt. 93    Amended Counterclaim and Crossclaims of Marvin I. Kaplan, R1A Palms,
           LLC, Triple Net Exchange, LLC, MK Investing, LLC, BNK Smith, LLC

Count I    Fraud against Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith
           a/k/a Todd Smith and Smith Advertising & Associates, Inc.

           A decision was rendered on Count I on March 22, 2013 (Dkt. 84) and
           on March 31, 2014 (Dkt. 244) as to Defendant Starr. A decision was
           rendered on November 7, 2017 as to G. Todd Smith a/k/a Todd Smith
           and Smith Advertising & Associates, Inc. (Dkt. 848).

           It is hereby **ordered** that a final judgment dismissing Count I with
           prejudice is entered in favor of Charles L. Starr, III, a/k/a Larry Starr, G.
           Todd Smith, a/k/a Todd Smith and Smith Advertising & Associates,
           Inc., and against R1A Palms, LLC, Triple Net Exchange,
           LLC, MK Investing, LLC and BNK Smith, LLC.

Count II   Conspiracy to Defraud against Charles L. Starr, III, a/k/a Larry Starr,
           G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith,
           Bridgeview Bank Group and Smith Advertising & Associates, Inc.

           A decision was rendered on Count II on April 19, 2016 (Dkt. 657) as to
           Defendant Starr.  A decision was rendered on Count II on April 18, 2016
           as to Defendant Bridgeview Bank Group (Dkt. 655). A decision was
           rendered on Count II on November 7, 2017 as to G. Todd Smith a/k/a
           Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising &
           Associates, Inc. (Dkt. 848).

           It is hereby **ordered** that a final judgment dismissing Count II with
           prejudice is entered in favor of Defendant Charles L. Starr, III, a/k/a
           Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B.
           Smith, Bridgeview Bank Group and Smith Advertising & Associates, Inc.,
           and against R1A Palms. LLC, Triple Net Exchange, LLC,
           MK Investing, LLC and BNK Smith, LLC.

Case No.  8:12-CV-1837-T-17MAP

Count III        Negligent Misrepresentation against Charles L. Starr, III, a/k/a Larry Starr,
                 G. Todd Smith a/k/a Todd Smith and Smith Advertising & Associates, Inc.

                 A decision was rendered on Count III on March 22, 2013 (Dkt. 84) and
                 on March 31, 2014 (Dkt. 244) as to Defendant Starr.  A decision was
                 rendered on November 7, 2017 as to Defendants G. Todd Smith a/k/a
                 Todd Smith and Smith Advertising & Associates, Inc. (Dkt. 848).

                 It is hereby **ordered** that a final judgment dismissing Count III with
                 prejudice is entered in favor of Defendant Charles L. Starr, III, a/k/a
                 Larry Starr, G. Todd Smith a/k/a Todd Smith, and Smith Advertising &
                 Associates, Inc., and against R1A Palms. LLC, Triple Net Exchange, LLC,
                 MK Investing, LLC and BNK Smith, LLC.

Count IV         Violation of 18 U.S.C. Secs. 1962(c) and 1964 against Charles L. Starr,
                 III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy
                 B. Smith, Bridgeview Bank Group and Smith Advertising & Associates,
                 Inc.

                 A decision was rendered on Count IV on March 30, 2015 (Dkt. 351) as to
                 Defendant Starr.  A decision was rendered on Count IV on May 14, 2015
                 (Dkt. 378) as to Defendant Bridgeview Bank Group.  A decision was
                 rendered on November 7, 2017 on Count IV as to Defendants G. Todd
                 Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith
                 Advertising & Associates, Inc. (Dkt. 848).

                 It is hereby **ordered** that a final judgment dismissing Count IV with
                 prejudice is entered in favor of Defendant Charles L. Starr, III, a/k/a
                 Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B.
                 Smith, Bridgeview Bank Group  and Smith Advertising & Associates, Inc.,
                 and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing,
                 LLC and BNK Smith, LLC.

Case No. 8:12-CV-1837-T-17MAP

Count V — Violation of 18 U.S.C. Secs. 1962(d) and 1964 against Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, Bridgeview Bank Group and Smith Advertising & Associates, Inc.

A decision was rendered on Count V on March 30, 2015 (Dkt. 351) as to Defendant Starr. A decision was rendered on Count V on May 14, 2015 (Dkt. 378) as to Defendant Bridgeview Bank Group. A decision was rendered on November 7, 2017 on Count V as to Defendants G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count V with prejudice is entered in favor of Defendant Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, Bridgeview Bank Group, and Smith Advertising & Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC.

Count VI — Violation of Secs. 772.103(3) and 772.104, Fla. Stat., against Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, Bridgeview Bank Group and Smith Advertising & Associates, Inc.

A decision was rendered on Count VI on March 30, 2015 (Dkt. 351) as to Defendant Starr. A decision was rendered on Count VI on May 14, 2015 (Dkt. 378) as to Defendant Bridgeview Bank Group. A decision was rendered on November 7, 2017 on Count VI as to Defendants G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count VI with prejudice is entered in favor of Defendant Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, Bridgeview Bank Group, and Smith Advertising & Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC.

11

Count VII    Violation of Secs. 772.103(4) and 772.104, Fla. Stat., against Charles L.
            Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T.
            Smith, Lucy B. Smith, Bridgeview Bank Group and Smith Advertising &
            Associates, Inc.

            A decision was rendered on Count VII on March 30, 2015 (Dkt. 351) as to
            Defendant Starr. A decision was rendered on Count VII on May 14, 2015
            (Dkt. 378) as to Defendant Bridgeview Bank Group. A decision was
            rendered on November 7, 2017 on Count VII as to Defendants G. Todd
            Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith
            Advertising & Associates, Inc. (Dkt. 848).

            It is hereby **ordered** that a final judgment dismissing Count VII with
            prejudice is entered in favor of Defendant Charles L. Starr, III, a/k/a
            Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B.
            Smith, Bridgeview Bank Group, and Smith Advertising & Associates, Inc.,
            and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing,
            LLC and BNK Smith, LLC.

Count VIII   Violation of Sec. 772.11, Fla. Stat., against G. Todd Smith a/k/a Todd
            Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates,
            Inc.

            A decision was rendered on Count VIII on November 7, 2017 (Dkt. 848).
            An order correcting the respective amounts of prejudgment interest
            and adding prejudgment interest to November 14, 2017 was entered on
            November 15, 2017.

            It is hereby **ordered** that a joint and several final judgment is entered
            against G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith,
            and Smith Advertising & Associates, Inc. and in favor of R1A Palms,
            LLC, Triple Net Exchange, LLC, MK Investing, LLC, and BNK Smith,
            LLC as follows::

            A.    Damages in the following amounts:

                  1.    $47,598,983.00 to R1A Palms, LLC;

                  2.    $11,246,494.00 to Triple Net Exchange, LLC

                            12

Case No. 8:12-CV-1837-T-17MAP

          3.     $7,795,449.47 to MK Investing, LLC;

          4.     $2,963,804.18 to BNK Smith, LLC.

  B.    Prejudgment Interest in the following amounts:

          1.     $4,081,414.89 to R1A Palms, LLC

          2.     $1,037,076.82 to Triple Net Exchange, LLC

          3.     $698,100.01 to MK Investing, LLC

          4.     $270,001.35 to BNK Smith, LLC.

The Court further awards attorney's fees in the amount of $40,609.00 in favor of R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, and BNK Smith, LLC. This Final Judgment shall accrue post-judgment interest pursuant to 28 U.S.C. Sec. 1961, for which sum execution shall issue.

Count IX    Conversion against G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc.

A decision was rendered on Count IX on November 7, 2017 (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count IX with prejudice is entered in favor of G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC.

13

Case No.  8:12-CV-1837-T-17MAP

Count X    Violation of Florida's Deceptive and Unfair Trade Practices Act against
           G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith,
           Bridgeview Bank Group and Smith Advertising & Associates, Inc.

           A decision was rendered on Count X on March 31, 2014 (Dkt. 244)
           and on April 18, 2016 as to Bridgeview Bank Group (Dkt. 655).  A
           decision was rendered on Count X on November 7, 2017 as to
           Defendants G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B.
           Smith, and Smith Advertising & Associates, Inc. (Dkt. 848).

           It is hereby **ordered** that a final judgment dismissing Count X with
           prejudice is entered in favor of G. Todd Smith a/k/a Todd Smith, Gary T.
           Smith, Lucy B. Smith, Bridgeview Bank Group and Smith Advertising &
           Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange,
           LLC, MK Investing, LLC and BNK Smith, LLC.

Count XI   Violation of Sec. 68.065, Fla.  Stat., against Smith Advertising &
           Associates, Inc.

           A decision was rendered on Count XI on November 7, 2017 (Dkt. 848).

           It is hereby **ordered** that a final judgment dismissing Count XI with
           prejudice is entered in favor of Smith Advertising & Associates, Inc. and
           against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC
           and BNK Smith, LLC.

Count XII  Breach of Contract against G. Todd Smith a/k/a Todd Smith, Gary T.
           Smith,  and Smith Advertising & Associates, Inc.

           A decision was rendered on Count XII on November 7, 2017 (Dkt. 848).

           It is hereby **ordered** that a final judgment dismissing Count XII with
           prejudice is entered in favor of G. Todd Smith a/k/a Todd Smith, Gary T.
           Smith,  and Smith Advertising & Associates, Inc.,  and against R1A
           Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK
           Smith, LLC.

14

Case No.  8:12-CV-1837-T-17MAP

Count XIII       Breach of UCC  Sec. 4-302(a) against Bridgeview Bank Group

A decision was rendered on Count XIII on April 18, 2016 (Dkt. 655).

It is hereby **ordered** that a final judgment on Count XIII
is entered in favor of Bridgeview Bank Group and
against R1A  Palms, LLC, Triple Net Exchange, LLC, MK
Investing, LLC and BNK Smith, LLC.


Count XIV       Breach of UCC Sec. 4-302(a) against Wells Fargo, N.A.

A decision was rendered on Count XIV on April 18, 2016 (Dkt. 656).

It is hereby **ordered** that a final judgment on Count XIV
is entered in favor of Wells Fargo, N.A. and against R1A Palms,
LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK
Smith, LLC.

Count XV        Breach of 12 C.F.R. Part 229 against Bridgeview Bank Group

A decision was rendered on Count XV  on April 18, 2016 (Dkt. 655).

It is hereby **ordered** that a final judgment on Count XV
is entered in favor of Bridgeview Bank Group and
against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC
and BNK Smith, LLC.


Count XVI       Breach of 12 C.F.R. Part 229 against Wells Fargo, N.A.

A decision was rendered on Count XVI on April 18, 2016 (Dkt. 656).

It is hereby **ordered** that a final judgment on Count
XVI  is entered in favor of Wells Fargo, N.A.
and against  R1A Palms, LLC, Triple Net Exchange, LLC,
MK Investing, LLC and BNK Smith, LLC.

15

Case No.  8:12-CV-1837-T-17MAP


Count XVII    Negligence against Bridgeview Bank Group

A decision was rendered  on Count XVII on April 18, 2016 (Dkt. 655).

It is hereby **ordered** that a final judgment on Count
XVII is entered in favor of Bridgeview Bank
Group and against R1A Palms, LLC, Triple Net Exchange, LLC,
MK Investing, LLC and BNK Smith, LLC.


Count XVIII   Negligence against Wells Fargo, N.A.

A decision was rendered on Count XVIII on April 18, 2016 (Dkt. 656).

It is hereby **ordered** that a final judgment on Count
XVIII is entered in favor of Wells Fargo, N.A. and against
R1A Palms, LLC, Triple Net Exchange, LLC,
MK Investing, LLC and BNK Smith, LLC.


Count XIX     Fraud against Bridgeview Bank Group

A decision was rendered on Count XIX on April 18, 2016 (Dkt. 655).

It is hereby **ordered** that a final judgment on Count XIX is
entered in favor of Bridgeview Bank Group and against
R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC
and BNK Smith, LLC.


Count XX      Negligent Misrepresentation against Bridgeview Bank Group

A decision was rendered on Count XX on April 18, 2016 (Dkt. 655).

It is hereby **ordered** that a final judgment on Count XX is entered
In favor of Bridgeview Bank Group and against R1A Palms, LLC,
Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC.


16

Case No. 8:12-CV-1837-T-17MAP

Count XXI        Defamation <u>Per Se</u> against Regions Bank, Florida Bankers
                 Association, Inc., Robert Nicholas Shaw

                 A decision was rendered on Count XXI on March 31, 2014 (Dkt. 244).

                 It is hereby **ordered** that a final judgment on Count XXI is
                 entered in favor of Regions Bank, Florida Bankers
                 Association, Inc. and Robert Nicholas Shaw, and against
                 Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC,
                 MK Investing, LLC and BNK Smith, LLC.

Count XXII       Invasion of Privacy against Regions Bank, Florida Bankers
                 Association, Inc., Robert Nicholas Shaw

                 A decision was rendered on Count XXII on March 31, 2014 (Dkt. 244).

                 It is hereby **ordered** that a final judgment on Count XXII is
                 entered in favor of Regions Bank, Florida Bankers Association,
                 Inc. and Robert Nicholas Shaw, and against Marvin I.
                 Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC,
                 MK Investing, LLC and BNK Smith, LLC.

Count XXIII      Negligence/Negligent Misrepresentation against Regions Bank

                 A decision was rendered on Count XXIII on April 18, 2016 (Dkt. 652).

                 It is hereby **ordered** that a final judgment on Count XXIII is
                 entered in favor of Regions Bank and against  R1A Palms, LLC,
                 Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC.

Case No. 8:12-CV-1837-T-17MAP


Dkt. 271        Counterclaim of Bridgeview Bank Group

Count I         Violation of Secs. 772.103(3) and 772.104, <u>Fla</u>. <u>Stat</u>.,
                against R1A Palms, LLC, Triple Net Exchange, LLC,
                MK Investing, LLC and BNK Smith LLC

                A decision was rendered on Count I on March 30, 2015 (Dkt. 353).

                It is hereby **ordered** that a final judgment of dismissal on Count I is
                entered in favor of R1A Palms, LLC, Triple Net Exchange, LLC,
                MK Investing, LLC and BNK Smith, LLC and against Bridgeview Bank
                Group.


Count II        Violation of Secs. 772.103(4) and  772.104, <u>Fla</u>. <u>Stat</u>.,
                against Marvin I. Kaplan, R1A Palms, LLC, Triple Net
                Exchange, LLC, MK Investing, LLC, BNK Smith, LLC

                A decision was rendered on Count II on March 30, 2015 (Dkt. 353).

                It is hereby **ordered** that a final judgment of dismissal on Count II
                is entered in favor of Marvin I. Kaplan, R1A Palms, LLC, Triple Net
                Exchange, LLC, MK Investing, LLC and BNK Smith, LLC, and
                against Bridgeview Bank Group.

18

Case No. 8:12-CV-1837-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this _15th_ day of November, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

19

# CIVIL APPEALS JURISDICTION CHECKLIST

1.   <u>Appealable Orders</u>: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

   (a)   Appeals from final orders pursuant to 28 U.S.C. Section 1291: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636(c).

   (b)   In cases involving multiple parties or multiple claims, a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b), Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). A judgment which resolves all issues except matters, such attorney's fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

   (c)   Appeals pursuant to 28 U.S.C. Section 1292(a): Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

   (d)   Appeals pursuant to 28 U.S.C. Section 1292(b) and Fed.R.App.P.5: The certification specified in 28 U.S.C. Section 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

   (e)   Appeals pursuant to judicially created exceptions to the finality rule: Limited exceptions are discussed in cases including, but not limited to: Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F. 2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199 (1964).

2.   <u>Time for Filing:</u> The timely filing of a notice of appeal is mandatory and jurisdictional. Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P.4(a) and (c) set the following time limits:

   (a)   Fed.R.App.P. 4(a)(1): A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. **THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing.** Special filing provisions for inmates are discussed below.

   (b)   Fed.R.App.P. 4(a)(3): "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

   (c)   Fed.R.App.P.4(a)(4): If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

   (d)   Fed.R.App.P.4(a)(5) and 4(a)(6): Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

   (e)   Fed.R.App.P.4(c): If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3.   <u>Format of the notice of appeal</u>: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. See also Fed.R.App.P. 3(c). A pro se notice of appeal must be signed by the appellant.

4.   <u>Effect of a notice of appeal</u>: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama banking corporation,

      Plaintiff,

vs.                              Case No.: 8:12-cv-01837-EAK-MAP

MARVIN I. KAPLAN, an individual, *et al.*,

      Defendants.

_____/

### REGIONS' NOTICE OF APPEAL[1]

    Plaintiff Regions Bank ("Regions"), pursuant to Fed. R. App. P. Rules 3 and 4, appeals to the United States Court of Appeals for the Eleventh Circuit the following portions of the Final Judgment (Dkt. 853) entered on November 15, 2017 in the above-captioned case: (1) Regions' claims for conversion, fraudulent concealment, aiding and abetting against (i) R1A Palms, LLC ("R1A") in Counts V-VII, (ii) Triple Net Exchange, LLC ("TNE") in Counts XII-XIV, (iii) MK Investing, LLC ("MKI") in Counts XIX-XXI, (iv) BNK Smith, LLC ("BNK") in Counts XXVI-

---

[1] Regions has timely filed a motion to amend the Final Judgment pursuant to Fed. R. Civ. P. 60(a) or 59(e). DE 868. The latter tolls the time to file a notice of appeal pursuant to Fed. R. App. P. 4(a)(4)(iv) pending disposition of the motion. It is unclear whether the Eleventh Circuit considers Rule 60(a) motions as tolling-motions under Fed. R. App. P. 4(a)(4)(iv). Although *Burnam v. Amoco Container Co.,* 738 F.2d 1230, 1232 (11th Cir. 1984), said that a "Rule 60 motion, however, does not affect the finality of a judgment or suspend its operation for purposes of appeal," citing *Alber v. Gant*, 435 F.2d 146 (5th Cir. 1970) (Rule 60(a) motion to correct a clerical error does not toll time to appeal), at the time, Rule 4(a)(4)(iv) did not include Rule 60 motions which Rule now does. Other Circuit Courts consider Rule 60(a) motions as tolling the time to file the notice of appeal under current Rule 4(a)(4)(iv). *See Catz v. Chalker,* 566 F.3d 839, 840 (9th Cir. 2009); *Dudley ex rel. Estate of Patton v. Penn–Am. Ins. Co.*, 313 F.3d 662, 665 (2d Cir. 2002); *Internet Fin. Servs., LLC v. Law Firm of Larson–Jackson, P.C.*, 394 F.Supp.2d 1, 4–5 (D.D.C. 2005); *but see Oriakhi v. Wood*, 250 F. App'x 480, 481 (3d Cir. 2007) (Rule 60(a) does not toll time to file notice of appeal). Regions therefore files this notice on a precautionary basis in case its motion to amend is a 60(a) motion and it is considered non-tolling.

GARBETT, ALLEN & ROZA, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012

124

Case 8:12-cv-01837-EAK-MAP Document 870 Filed 12/12/17 Page 126 of 127 PageID 16086
Case 8:12-cv-01837-EAK-MAP Document 869 Filed 12/11/17 Page 126 of 127 PageID 15958

Case No. 8:12-cv-01837-EAK-MAP

XXVIII, (v) and Marvin I. Kaplan ("Kaplan") in Counts XXIX-XXXI, and (2) civil conspiracy against R1A, TNE, MKI, BNK and Kaplan in Count XXXII.[2]

> **GARBETT, ALLEN & ROZA, P.A.**
> Counsel to Regions
> Brickell City Tower-Suite 3100
> 80 S.W. 8th Street
> Miami, Florida 33130
> Telephone: 305-536-8861
> Telefax: 305-579-4722
> David S. Garbett, FBN 356425
> Email: dgarbett@gsarlaw.com
> Joseph D. Perkins, FBN 41875
> Email: jperkins@gsarlaw.com
>
> By: /s/ David S. Garbett
>     David S. Garbett

## CERTIFICATE OF SERVICE

I certify that on December 11, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record identified on the below service list.

/s/ Joseph D. Perkins

## SERVICE LIST

**Counsel to Kaplan Parties**
Jon D. Parrish, Esq.
Donald G. Peterson, Esq.
Parrish, White & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, FL 34109
jonparrish@napleslaw.us
donpeterson@napleslaw.us

**Counsel to Bridgeview Bank Group**
William G. Lazenby, Esq.
Jason M. Ellison, Esq.
Ellison Lazenby
200 Central Avenue, Suite 2000
St. Petersburg, FL 33701
jellison@elattorneys.com
wlazenby@elattorneys.com

**Counsel to Wells Fargo**
Mark J. Ragusa, Esq.
Gunster Law Firm

**Counsel to Starr**
A. Brian Albritton, Esq.
Phelps Dunbar, LLP

---

[2] The Final Judgment brings up the order granting Kaplan Parties' motion summary judgment as to Regions' conversion claims. Doc. 654 at 25-28.

2
GARBETT, ALLEN & ROZA, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012

125

401 E. Jackson St., Ste. 2400
Tampa, FL 33602
mragusa@gunster.com
tkennedy@gunster.com
eservice@gunster.com

100 S. Ashley Drive, Suite 1900
Tampa, FL 33602-5311
brian.albritton@phelps.com

**Counsel to FBA**

Michael B. Colgan, Esq.
Bradley Arant Boult Cummings
100 N. Tampa Street
Suite 2200
Tampa, FL 33602-5809
mcolgan@bradley.com

GARBETT, ALLEN & ROZA, P.A., ATTORNEYS AT LAW
80 SOUTHWEST EIGHTH STREET, SUITE 3100, MIAMI, FLORIDA 33130 • TELEPHONE (305) 579-0012