UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama
banking corporation,

        Plaintiff,

v.                         CASE NO.  8:12-CV-1837-T-17MAP

MARVIN I. KAPLAN, an individual;
R1A PALMS, LLC, a Florida limited
liability company; LIGHTHOUSE
POINTE, LLC, a Florida limited
liability company;  WELLS FARGO,
BANK, N.A., a national banking
association, as successor by merger
with Wachovia Bank, N.A., TRIPLE
NET EXCHANGE, LLC, a Delaware
limited liability company; MK
INVESTING, LLC, a Florida limited
liability company; BNK SMITH, LLC,
a Florida limited liability company;
and SMITH ADVERTISING &
ASSOCIATES, INC., a North
Carolina corporation.

        Defendants.

_____/


## AMENDED FINAL JUDGMENT IN A CIVIL CASE

**Decision by Court.**    This action came before the Court and a decision has been

rendered.


Dkt. 671    Corrected Second Amended Complaint of Regions Bank
Dkt. 190    Second Amended Complaint of Regions Bank

Count I        Breach of Deposit Agreement against R1A Palms, LLC

               A decision was rendered on Count I on April 18, 2016 (Dkt. 652).
               It is hereby **ordered** that final judgment is entered in favor of Regions
               Bank, and against R1A Palms LLC in the amount of $3,366,007.52,
               plus prejudgment interest of $942,400.31 until November 9, 2017,
               and prejudgment interest of $493.66 daily until entry of final
               judgment, and post-judgment interest pursuant to 28 U.S.C.
               Sec. 1961 to accrue from the date of final judgment, for which
               sum execution shall issue. Jurisdiction is reserved to determine
               entitlement to attorney's fees and costs (Dkt. 851), and to consider
               all pending, and any other appropriate, post-judgment motions.


Count II       Obligation of Reimbursement against R1A Palms. LLC under
               Sec. 674.207(2), Fla. Stat.

               A decision was rendered on Count II on April 18, 2016 (Dkt. 652).
               It is hereby **ordered** that final judgment is entered in favor of
               Regions Bank, and against R1A Palms LLC in the amount of
               $3,366,007.52, plus prejudgment interest of $942,400.31 until
               November 9, 2017, and prejudgment interest of $493.66 daily
               until entry of final judgment, and post-judgment interest pursuant
               to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment,
               for which sum execution shall issue   Jurisdiction is reserved to
               determine entitlement to expenses (Dkt. 851), and to consider
               all pending, and any other appropriate, post-judgment motions.


Count III      Obligation of Refund against R1A Palms, LLC under Sec.
               674.2141(1), Fla. Stat.

               A decision was rendered on Count III on April 18, 2016 (Dkt. 652).
               It is hereby **ordered** that final judgment is entered in favor of Regions
               Bank, and against R1A Palms LLC in the amount of $3,366,007.52,
               plus prejudgment interest of $942,400.31 until November 9, 2017,
               and prejudgment interest of $493.66 daily until entry of final
               judgment (Dkt. 851), and post-judgment interest pursuant to
               28 U.S.C. Sec. 1961 to accrue from the date of final judgment,
               for which sum execution shall issue. Jurisdiction is

reserved to consider all pending, and any other appropriate, post-judgment motions

Count IV       Obligation of Indorser against R1A Palms, LLC under Sec. 673.4151.(1), Fla. Stat.

A decision was rendered on Count IV on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against R1A Palms LLC in the amount of $3,366,007.52, plus prejudgment interest of $942,400.31 until November 9, 2017, and prejudgment interest of $493.66 daily until entry of final judgment (Dkt. 851), and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions

Count V       Conversion against R1A Palms, LLC

A decision was rendered on Count V on April 18, 2016 (Dkt. 654). It is hereby **ordered** that final judgment is entered in favor of R1A Palms, LLC and against Regions Bank. Regions Bank shall take nothing and R1A Palms LLC shall go hence without day.

Count VI      Fraudulent Concealment against R1A Palms, LLC

A decision was rendered on Count VI on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of R1A Palms, LLC and against Regions Bank. Regions Bank shall take nothing and R1A Palms LLC shall go hence without day.

Count VII     Aiding/Abetting against R1A Palms, LLC

A decision was rendered on Count VII on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of R1A Palms, LLC and against Regions Bank. Regions Bank shall take nothing and R1A Palms, LLC shall go hence without day.

Count VIII    Breach of Deposit Agreement against Triple Net Exchange, LLC

A decision was rendered on Count VIII on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against Triple Net Exchange LLC in the amount of $1,689,590.03, plus prejudgment interest in the amount of $467,513.70 until November 9, 2017, and prejudgment interest of $247.65 daily until entry of final judgment (Dkt. 851), and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue. Jurisdiction is reserved to determine entitlement to attorney's fees and costs, and to consider all pending, and any other appropriate, post-judgment motions.

Count IX    Obligation of Reimbursement against Triple Net Exchange, LLC under Sec. 674.207(2), <u>Fla</u>. <u>Stat</u>.

A decision was rendered on Count IX on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against Triple Net Exchange LLC in the amount of $1,689,590.03, plus prejudgment interest in the amount of $467,513.70 until November 9, 2017, and prejudgment interest of $247.65 daily until entry of final judgment (Dkt. 851) and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue. Jurisdiction is reserved to determine entitlement to expenses, and to consider all pending, and any other appropriate, post-judgment motions.

Count X    Obligation of Refund against Triple Net Exchange, LLC under Sec. 674.2141(1), <u>Fla</u>. <u>Stat</u>.

A decision was rendered on Count X on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against Triple Net Exchange LLC in the amount of $1,689,590.03, plus prejudgment interest in the amount of $467,513.70 until November 9, 2017, and prejudgment interest of $247.65 daily until entry of final judgment (Dkt. 851), and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum

execution shall issue.  Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions

Count XI     Obligation of Indorser against Triple Net Exchange, LLC under Sec. 673.4151.(1), Fla. Stat.

A decision was rendered on Count XI on April 18, 2016 (Dkt. 652).  It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against Triple Net Exchange LLC in the amount of $1,689,590.03, plus prejudgment interest in the amount of $467,513.70 until November 9, 2017, and prejudgment interest of $247.65 daily until entry of final judgment (Dkt. 851), and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue.   Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions

Count XII    Conversion against Triple Net Exchange, LLC

A decision was rendered on Count XII on April 18, 2016 (Dkt. 654). It is hereby **ordered** that final judgment is entered in favor of Triple Net Exchange, LLC and against Regions Bank.  Regions Bank shall take nothing and Triple Net Exchange, LLC shall go hence without day.

Count XIII   Fraudulent Concealment against Triple Net Exchange, LLC

A decision was rendered on Count XIII on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of Triple Net Exchange, LLC and against Regions Bank.  Regions Bank shall take nothing and Triple Net Exchange, LLC shall go hence without day.

Count XIV    Aiding/Abetting against Triple Net Exchange, LLC

A decision was rendered on Count XIV on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of Triple Net Exchange, LLC and against Regions Bank.   Regions Bank shall take nothing and Triple Net Exchange, LLC shall go hence without day.

Count XV      Breach of Deposit Agreement against MK Investing, LLC

A decision was rendered on Count XV on  April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against MK Investing, LLC in the amount of $1,178, 923.79 plus prejudgment interest of $326,222.14 to November 9, 2017, and prejudgment interest of $173.00 daily until entry of final judgment, and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue.  Jurisdiction is reserved to determine entitlement to attorney's fees and costs (Dkt. 851), and to consider all pending, and any other appropriate, post-judgment motions.

Count XVI     Obligation of Reimbursement against MK Investing, LLC
under Sec. 674.207(2), <u>Fla</u>. <u>Stat</u>.

A decision was rendered on Count XVI on  April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against MK Investing, LLC in the amount of $1,178, 923.79 plus prejudgment interest of $326,222.14 to November 9, 2017, and prejudgment interest of $173.00 daily until entry of final judgment (Dkt. 851), and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue.   Jurisdiction is reserved to determine entitlement to expenses, and to consider all pending, and any other appropriate, post-judgment motions.

Count XVII    Obligation of Refund against MK Investing, LLC under Sec. 674.2141(1), <u>Fla</u>. <u>Stat</u>.

A decision was rendered on Count XVII on  April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against MK Investing, LLC in the amount of $1,178, 923.79 plus prejudgment interest of $326,222.14 to November 9, 2017, and prejudgment interest of $173.00 daily until entry of final judgment (Dkt. 851),  and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue.   Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XVIII    Obligation of Indorser against MK Investing, LLC under Sec. 673.4151.(1), Fla. Stat.

A decision was rendered on Count XVIII on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank, and against MK Investing, LLC in the amount of $1,178, 923.79 plus prejudgment interest of $326,222.14 to November 9, 2017, and prejudgment interest of $173.00 daily until entry of final judgment (Dkt. 851), and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XIX    Conversion against MK Investing, LLC

A decision was rendered on Count XIX on April 18, 2016 (Dkt. 654). It is hereby **ordered** that final judgment is entered in favor of MK Investing, LLC and against Regions Bank. Regions Bank shall take nothing and MK Investing, LLC shall go hence without day.

Count XX    Fraudulent Concealment against MK Investing, LLC

A decision was rendered on Count XX on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of MK Investing, LLC and against Regions Bank. Regions Bank shall take nothing and MK Investing, LLC shall go hence without day.

Count XXI    Aiding/Abetting against MK Investing, LLC

A decision was rendered on Count XXI on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of MK Investing, LLC and against Regions Bank. Regions Bank shall take nothing and MK Investing, LLC shall go hence without day.

Count XXII    Breach of Deposit Agreement against BNK Smith, LLC

A decision was rendered on Count XXII on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank and against BNK Smith, LLC in the amount of $164,379.01 plus prejudgment interest of $48,485.23 to November 9, 2017 and prejudgment interest of $24.12 daily until entry of final judgment, and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue. Jurisdiction is reserved to determine entitlement to attorney's fees and costs (Dkt. 851), and to consider all pending, and any other appropriate, post-judgment motions.

Count XXIII   Obligation of Reimbursement against BNK Smith, LLC under Sec. 674.207(2), Fla. Stat.

A decision was rendered on Count XXIII on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank and against BNK Smith, LLC in the amount of $164,379.01 plus prejudgment interest of $48,485.23 to November 9, 2017 and prejudgment interest of $24.12 daily until entry of final judgment, and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue. Jurisdiction is reserved to determine entitlement to expenses (Dkt. 851), and to consider all pending, and any other appropriate, post-judgment motions.

Count XXIV   Obligation of Refund against BNK Smith, LLC under Sec. 674.2141(1), Fla. Stat.

A decision was rendered on Count XXIV on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank and against BNK Smith, LLC in the amount of $164,379.01 plus prejudgment interest of $48,485.23 to November 9, 2017 and prejudgment interest of $24.12 daily until entry of final judgment (Dkt. 851), and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XXV     Obligation of Indorser against BNK Smith, LLC under Sec. 673.4151.(1), Fla. Stat.

A decision was rendered on Count XXV on April 18, 2016 (Dkt. 652). It is hereby **ordered** that final judgment is entered in favor of Regions Bank and against BNK Smith, LLC in the amount of $164,379.01 plus prejudgment interest of $48,485.23 to November 9, 2017 and prejudgment interest of $24.12 daily until entry of final judgment (Dkt. 851), and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 to accrue from the date of final judgment, for which sum execution shall issue. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XXVI    Conversion against BNK Smith, LLC

A decision was rendered on Count XXVI on April 18, 2016 (Dkt. 654). It is hereby **ordered** that final judgment is entered in favor of BNK Smith, LLC and against Regions Bank. Regions Bank shall take nothing and BNK Smith, LLC shall go hence without day.

Count XXVII    Fraudulent Concealment against BNK Smith, LLC

A decision was rendered on Count XXVII on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of BNK Smith, LLC and against Regions Bank. Regions Bank shall take nothing and BNK Smith, LLC shall go hence without day.

Count XXVIII   Aiding/Abetting against BNK Smith, LLC

A decision was rendered on Count XXVIII on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of BNK Smith, LLC and against Regions Bank. Regions Bank shall take nothing and BNK Smith, LLC shall go hence without day.

Count XXIX    Fraudulent Concealment against Marvin I. Kaplan

A decision was rendered on Count XXIX on June 23, 2017 (Dkt. 826). It is hereby **ordered** that final judgment is entered in favor of Marvin I. Kaplan and against Regions Bank. Regions Bank shall take nothing and Marvin I. Kaplan shall go hence without day.

Count XXX    Aiding/Abetting Conversion against Marvin I. Kaplan

A decision was rendered on Count XXX on April 18, 2016 (Dkt. 654). It is hereby **ordered** that final judgment is entered in favor of Marvin I. Kaplan and against Regions Bank. Regions Bank shall take nothing and Marvin I. Kaplan shall go hence without day.

Count XXXI    Conversion against Marvin I. Kaplan

A decision was rendered on Count XXXI on April 18, 2016 (Dkt. 654). It is hereby **ordered** that final judgment is entered in favor of Marvin I. Kaplan and against Regions Bank. Regions Bank shall take nothing and Marvin I. Kaplan shall go hence without day.

Count XXXII    Civil Conspiracy against Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, BNK Smith, LLC

A decision was rendered on Count XXXII on June 23, 2017 (Dkt. 826). The decision designated Count XXXII as Count XXXIII in error. It is hereby **ordered** that final judgment is entered in favor of Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC and against Regions Bank. Regions Bank shall take nothing, and Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall go hence without day.

Dkt. 93          Amended Counterclaim and Crossclaims of Marvin I. Kaplan, R1A Palms,
                 LLC, Triple Net Exchange, LLC, MK Investing, LLC, BNK Smith, LLC

Count I          Fraud against Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith
                 a/k/a Todd Smith and Smith Advertising & Associates, Inc.

                 A decision was rendered on Count I on March 22, 2013 (Dkt. 84) and
                 on March 31, 2014 (Dkt. 244) as to Charles L. Starr, III a/k/a Larry
                 Starr.  A decision was rendered on November 7, 2017 as to G. Todd
                 Smith a/k/a Todd Smith and Smith Advertising & Associates, Inc. (Dkt.
                 848).  It is hereby **ordered** that a final judgment dismissing Count I
                 with prejudice is entered in favor of Charles L. Starr, III, a/k/a Larry
                 Starr, G. Todd Smith, a/k/a Todd Smith and Smith Advertising &
                 Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange,
                 LLC, MK Investing, LLC and BNK Smith, LLC.  R1A Palms, LLC,
                 Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC
                 shall take nothing and Charles L. Starr, III,  a/k/a Larry Starr,
                 G. Todd Smith a/k/a Todd Smith and Smith Advertising &
                 Associates, Inc. shall go hence without day.  Jurisdiction is reserved
                 to consider all pending, and any other appropriate, post-judgment
                 motions.

Count II         Conspiracy to Defraud against Charles L. Starr, III, a/k/a Larry Starr,
                 G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith,
                 Bridgeview Bank Group and Smith Advertising & Associates, Inc.

                 A decision was rendered on Count II on April 19, 2016 (Dkt. 657)
                 as to Charles L. Starr, III, a/k/a Larry Starr.  A decision was rendered
                 on Count II on April 18, 2016 as to Defendant Bridgeview Bank Group
                 (Dkt. 655).  A decision was rendered on Count II on November 7, 2017
                 as to  G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith,
                 and Smith Advertising & Associates, Inc. (Dkt. 848).

                 It is hereby **ordered** that a final judgment dismissing Count II with
                 prejudice is entered in favor of Charles L. Starr, III, a/k/a Larry Starr,
                 Bridgeview Bank Group, G. Todd Smith a/k/a Todd Smith, Gary T.
                 Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc.,

and against R1A Palms. LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing and Charles L. Starr, III, a/k/a Larry Starr, Bridgeview Bank Group, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count III    Negligent Misrepresentation against Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith and Smith Advertising & Associates, Inc.

A decision was rendered on Count III on March 22, 2013 (Dkt. 84) and on March 31, 2014 (Dkt. 244) as to Charles L. Starr, III, a/k/a Larry Starr. A decision was rendered on November 7, 2017 as to G. Todd Smith a/k/a Todd Smith and Smith Advertising & Associates, Inc. (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count III with prejudice is entered in favor of Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, and Smith Advertising & Associates, Inc., and against R1A Palms. LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange LLC, MK Investing, LLC, and BNK Smith, LLC shall take nothing, and Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, and Smith Advertising & Associates, Inc. shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count IV    Violation of 18 U.S.C. Secs. 1962(c) and 1964 against Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, Bridgeview Bank Group and Smith Advertising & Associates, Inc.

A decision was rendered on Count IV on March 30, 2015 (Dkt. 351) as to Charles L. Starr, a/k/a Larry Starr. A decision was rendered on Count IV on May 14, 2015 (Dkt. 378) as to Bridgeview Bank Group. A decision was rendered on November 7, 2017 on Count IV as to G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count IV with prejudice is entered in favor of Charles L. Starr, III, a/k/a Larry Starr, Bridgeview Bank Group, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms. LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing and Charles L. Starr, III, a/k/a Larry Starr, Bridgeview Bank Group, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc. shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count V       Violation of 18 U.S.C. Secs. 1962(d) and 1964 against Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, Bridgeview Bank Group and Smith Advertising & Associates, Inc.

A decision was rendered on Count V on March 30, 2015 (Dkt. 351) as to Charles L. Starr, III, a/k/a Larry Starr. A decision was rendered on Count V on May 14, 2015 (Dkt. 378) as to Bridgeview Bank Group. A decision was rendered on November 7, 2017 on Count V as to G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count V with prejudice is entered in favor of Charles L. Starr, III, a/k/a Larry Starr, Bridgeview Bank Group, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms. LLC,

Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Charles L. Starr, III, a/k/a Larry Starr, Bridgeview Bank Group, G. Todd Smith, a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count VI    Violation of Secs. 772.103(3) and 772.104, <u>Fla</u>. <u>Stat</u>., against Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, Bridgeview Bank Group and Smith Advertising & Associates, Inc.

A decision was rendered on Count VI on March 30, 2015 (Dkt. 351) as to Charles L. Starr, III, a/k/a Larry Starr. A decision was rendered on Count VI on May 14, 2015 (Dkt. 378) as to Bridgeview Bank Group. A decision was rendered on November 7, 2017 on Count VI as to G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count VI with prejudice is entered in favor of Charles L. Starr, III, a/k/a Larry Starr, Bridgeview Bank Group, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Charles L. Starr, III, a/k/a Larry Starr, Bridgeview Bank Group, and G. Todd Smith, a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, LLC shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count VII   Violation of Secs. 772.103(4) and 772.104, <u>Fla</u>. <u>Stat</u>., against Charles L. Starr, III, a/k/a Larry Starr, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, Bridgeview Bank Group and Smith Advertising & Associates, Inc.

A decision was rendered on Count VII on March 30, 2015 (Dkt. 351) as to Charles L. Starr, a/k/a Larry Starr. A decision was rendered on Count VII on May 14, 2015 (Dkt. 378) as to Bridgeview Bank Group. A decision was rendered on November 7, 2017 on Count VII as to G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count VII with prejudice is entered in favor Charles L. Starr, III, a/k/a Larry Starr, Bridgeview Bank Group, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Charles L. Starr, III, a/k/a Larry Starr, Bridgeview Bank Group, G. Todd Smith a/k/a Todd Smith Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc. shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count VIII     Violation of Sec. 772.11, <u>Fla</u>. <u>Stat</u>., against G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc.

A decision was rendered on Count VIII on November 7, 2017 (Dkt. 848). An order correcting the respective amounts of prejudgment interest and adding prejudgment interest to November 14, 2017 was entered on November 15, 2017 (Dkt. 852).

It is hereby **ordered** that a joint and several final judgment is entered against G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. and in favor of R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, and BNK Smith, LLC as follows::

A.     Damages in the following amounts:

1.     $47,598,983.00 to R1A Palms, LLC;

2.     $11,246,494.00 to Triple Net Exchange, LLC

        3.     $7,795,449.47 to MK Investing, LLC;

        4.     $2,963,804.18 to BNK Smith, LLC.

    B.    Prejudgment Interest in the following amounts:

        1.     $4,081,414.89 to R1A Palms, LLC

        2.     $1,037,076.82 to Triple Net Exchange, LLC

        3.     $698,100.01 to MK Investing, LLC

        4.     $270,001.35 to BNK Smith, LLC.

The Court further awards attorney's fees in the amount of $40,609.00 in favor of R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, and BNK Smith, LLC. This Final Judgment shall accrue post-judgment interest pursuant to 28 U.S.C. Sec. 1961, for which sum execution shall issue.

Count IX     Conversion against G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc.

A decision was rendered on Count IX on November 7, 2017 (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count IX with prejudice is entered in favor of G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. shall go hence without day.

Count X       Violation of Florida's Deceptive and Unfair Trade Practices Act against G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, Bridgeview Bank Group and Smith Advertising & Associates, Inc.

A decision was rendered on Count X on March 31, 2014 (Dkt. 244) and on April 18, 2016 as to Bridgeview Bank Group (Dkt. 655). A decision was rendered on Count X on November 7, 2017 as to G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc. (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count X with prejudice is entered in favor of Bridgeview Bank Group, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith, and Smith Advertising & Associates, Inc., and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms. LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Bridgeview Bank Group, G. Todd Smith a/k/a Todd Smith, Gary T. Smith, Lucy B. Smith and Smith Advertising & Associates, Inc. shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XI     Violation of Sec. 68.065, <u>Fla.</u> <u>Stat.</u>, against Smith Advertising & Associates, Inc.

A decision was rendered on Count XI on November 7, 2017 (Dkt. 848).

It is hereby **ordered** that a final judgment dismissing Count XI with prejudice is entered in favor of Smith Advertising & Associates, Inc. and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Smith Advertising & Associates, Inc. shall go hence without day.

Count XII    Breach of Contract against G. Todd Smith a/k/a Todd Smith,
             Gary T. Smith, and Smith Advertising & Associates, Inc.

             A decision was rendered on Count XII on November 7, 2017 (Dkt. 848).

             It is hereby **ordered** that a final judgment dismissing Count XII with
             prejudice is entered in favor of G. Todd Smith a/k/a Todd Smith, Gary
             T. Smith, and Smith Advertising & Associates, Inc., and against R1A
             Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK
             Smith, LLC. R1A Palms. LLC, Triple Net Exchange, LLC, MK Investing,
             LLC and BNK Smith, LLC shall take nothing, and G. Todd Smith
             a/k/a Todd Smith, Gary T. Smith, and Smith Advertising & Associates,
             Inc. shall go hence without day.

Count XIII   Breach of UCC Sec. 4-302(a) against Bridgeview Bank Group

             A decision was rendered on Count XIII on April 18, 2016 (Dkt. 655).

             It is hereby **ordered** that a final judgment on Count XIII
             is entered in favor of Bridgeview Bank Group and
             against R1A Palms, LLC, Triple Net Exchange, LLC, MK
             Investing, LLC and BNK Smith, LLC. R1A Palms. LLC, Triple
             Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC
             shall take nothing, and Bridgeview Bank Group shall go hence
             without day. Jurisdiction is reserved to consider all pending, and
             any other appropriate, post-judgment motions.

Count XIV    Breach of UCC Sec. 4-302(a) against Wells Fargo, N.A.

             A decision was rendered on Count XIV on April 18, 2016 (Dkt. 656).

             It is hereby **ordered** that a final judgment on Count XIV
             is entered in favor of Wells Fargo, N.A. and against R1A Palms,
             LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK
             Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC,
             MK Investing, LLC, and BNK Smith, LLC shall take nothing,
             and Wells Fargo, N.A. shall go hence without day. Jurisdiction is

reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XV    Breach of 12 C.F.R. Part 229 against Bridgeview Bank Group

A decision was rendered on Count XV on April 18, 2016 (Dkt. 655).

It is hereby **ordered** that a final judgment on Count XV is entered in favor of Bridgeview Bank Group and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Bridgeview Bank Group shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XVI    Breach of 12 C.F.R. Part 229 against Wells Fargo, N.A.

A decision was rendered on Count XVI on April 18, 2016 (Dkt. 656).

It is hereby **ordered** that a final judgment on Count XVI is entered in favor of Wells Fargo, N.A. and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms. LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Wells Fargo, N.A. shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XVII    Negligence against Bridgeview Bank Group

A decision was rendered on Count XVII on April 18, 2016 (Dkt. 655).

It is hereby **ordered** that a final judgment on Count XVII is entered in favor of Bridgeview Bank Group and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Bridgeview Bank Group shall go hence without day. Jurisdiction is reserved to consider all

pending, and any other appropriate, post-judgment motions.

Count XVIII     Negligence against Wells Fargo, N.A.

A decision was rendered on Count XVIII on April 18, 2016 (Dkt. 656).

It is hereby **ordered** that a final judgment on Count XVIII is entered in favor of Wells Fargo, N.A. and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Bridgeview Bank Group shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XIX     Fraud against Bridgeview Bank Group

A decision was rendered on Count XIX on April 18, 2016 (Dkt. 655).

It is hereby **ordered** that a final judgment on Count XIX is entered in favor of Bridgeview Bank Group and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, and BNK Smith, LLC shall take nothing, and Bridgeview Bank Group shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XX     Negligent Misrepresentation against Bridgeview Bank Group

A decision was rendered on Count XX on April 18, 2016 (Dkt. 655).

It is hereby **ordered** that a final judgment on Count XX is entered In favor of Bridgeview Bank Group and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Bridgeview Bank Group shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XXI    Defamation Per Se against Regions Bank, Florida Bankers Association, Inc., Robert Nicholas Shaw

A decision was rendered on Count XXI on March 31, 2014 (Dkt. 244).

It is hereby **ordered** that a final judgment on Count XXI is entered in favor of Regions Bank, Florida Bankers Association, Inc. and Robert Nicholas Shaw, and against Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Regions Bank, Florida Bankers Association, Inc. and Robert Nicholas Shaw shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XXII    Invasion of Privacy against Regions Bank, Florida Bankers Association, Inc., Robert Nicholas Shaw

A decision was rendered on Count XXII on March 31, 2014 (Dkt. 244).

It is hereby **ordered** that a final judgment on Count XXII is entered in favor of Regions Bank, Florida Bankers Association, Inc. and Robert Nicholas Shaw, and against Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Regions Bank, Florida Bankers Association, Inc., and Robert Nicholas Shaw shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Count XXIII    Negligence/Negligent Misrepresentation against Regions Bank

A decision was rendered on Count XXIII on April 18, 2016 (Dkt. 652).

It is hereby **ordered** that a final judgment on Count XXIII is entered in favor of Regions Bank and against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC. R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall take nothing, and Regions Bank shall go hence without day. Jurisdiction is reserved to consider all pending, and any other appropriate, post-judgment motions.

Dkt. 271    Counterclaim of Bridgeview Bank Group

Count I    Violation of Secs. 772.103(3) and 772.104, <u>Fla</u>. <u>Stat</u>., against R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith LLC

A decision was rendered on Count I on March 30, 2015 (Dkt. 353).

It is hereby **ordered** that a final judgment of dismissal on Count I is entered in favor of R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC and against Bridgeview Bank Group. Bridgeview Bank Group shall take nothing, and R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC shall go hence without day.

Count II    Violation of Secs. 772.103(4) and 772.104, <u>Fla</u>. <u>Stat</u>., against Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, BNK Smith, LLC

A decision was rendered on Count II on March 30, 2015 (Dkt. 353).

It is hereby **ordered** that a final judgment of dismissal on Count II is entered in favor of Marvin I. Kaplan, R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC, and against Bridgeview Bank Group. Bridgeview Bank Group shall

Case No. 8:12-CV-1837-T-17MAP

take nothing, and Marvin I. Kaplan, R1A Palms, LLC, Triple
Net Exchange, LLC, MK Investing, LLC and BNK Smith, LLC
shall go hence without day.

**DONE and ORDERED** in Chambers in Tampa, Florida on this _11th_ day of
June, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record