UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama banking
Corporation,

    Plaintiff,

v.                                        CASE NO. 8:12-CV-1837-T-17MAP

MARVIN KAPLAN, an individual, et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 1002    Joint Stipulation and Motion for Entry of an Agreed Order of Dismissal With Prejudice as to Defendant Wells Fargo Bank, N.A. Only

Defendants/Crossclaim Plaintiffs/Cross-Appellants Triple Net Exchange, LLC, R1A Palms, LLC, MK Investing, LLC, and BNK Smith, LLC ("Kaplan Entities"), and Defendant/Crossclaim Defendant/Cross-Appellee Wells Fargo Bank, N.A., jointly move for dismissal of this case with prejudice as to Wells Fargo, N.A. only, pursuant to Fed. R. Civ. P. 41.

The Court notes that all disputes between the Kaplan Entities and Wells Fargo Bank, N.A. have been amicably resolved. The Bill of Costs in favor of Wells Fargo Bank, N.A. (Dkt. 963) has been satisfied, and the Kaplan Entities and Wells Fargo Bank, N.A. have agreed to bear their own costs, expenses and attorneys' fees as to the claims between them in this case.

Case No. 8:12-CV-1837-T-17MAP

After consideration, the Court approves the Joint Stipulation and grants the Joint Motion for Entry of an Agreed Order of Dismissal With Prejudice as to Defendant Wells Fargo Bank, N.A. Only. Accordingly, it is

**ORDERED** that the Joint Stipulation (Dkt. 1002) is **approved** and the Joint Motion for Entry of an Agreed Order of Dismissal With Prejudice as to Defendant Wells Fargo Bank, N.A. Only is **granted**. The Bill of Costs in favor of Wells Fargo Bank, N.A. (Dkt. 963) has been **satisfied**. All claims of Triple Net Exchange, LLC, R1A Palms, LLC, MK Investing, LLC and BNK Smith, LLC against Wells Fargo Bank, N.A. are **dismissed with prejudice**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 26th day of February, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record