UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK, an Alabama banking corporation,

    Plaintiff,

vs.                                      8:12-cv-01837-EAK-MAP

MARVIN I. KAPLAN, an individual; Etc.,

    Defendants.
_____/

## SUPPLEMENTAL FINAL JUDGMENT
## AGAINST KAPLAN ENTITIES FOR FEES AND EXPENSES[1]

This cause came before the Court on the motion of Plaintiff Regions Bank for entry of supplemental final judgment against R1A Palms, LLC, MK Investing, LLC, BNK Smith, LLC, and Triple Net Exchange, LLC (collectively, "Kaplan Entities") for reasonable attorney's fees, costs and expenses (DE 895). Based on the order granting in part and denying in part Regions' objections to the report and recommendation on its fee motion, (DE 1004), and for the reasons therein, the Court hereby orders and adjudges as follows:

    1.    Regions, whose address is c/o Regions Bank, Legal Department, 1900 Fifth Avenue North, 22nd Floor, Birmingham, AL 35203, shall recover from Kaplan Entities, whose address is 50 Central Ave., 1702, Sarasota, FL 34236, as follows:

        (a)    **R1A**:

            (i)    Principal of fees and costs:        $385,260.17

---

[1] "Regions" is Regions Bank; "Kaplan Entities" are R1A Palms, LLC ("R1A"), MK Investing, LLC ("MKI"), BNK Smith, LLC ("BNK"), and Triple Net Exchange, LLC ("TNE").

|  |  |  |  |
|---|---|---|---|
| | (ii) | Prejudgment interest from 4/18/16, the date entitlement was granted,[2] to the date of entry of this judgment:[3] | $62,406.26 |
| | **Total Sum:** | | **$447,666.43** |
| (b) | **TNE**: | | |
| | (i) | Principal of fees and costs: | $177,487.32 |
| | (ii) | Prejudgment interest from 4/18/16, the date entitlement was granted, to the date of entry of this judgment:[4] | $28,750.23 |
| | **Total Sum:** | | **$206,237.55** |
| (c) | **MKI**: | | |
| | (i) | Principal of fees and costs: | $123,959.39 |
| | (ii) | Prejudgment interest from 4/18/16, the date entitlement was granted, to the date of entry of this judgment:[5] | $20,079.53 |
| | **Total Sum:** | | **$144,038.92** |
| (d) | **BNK**: | | |
| | (i) | Principal of fees and costs: | $17,607.87 |
| | (ii) | Prejudgment interest from 4/18/16, the date entitlement was granted, to the date of entry of this judgment:[6] | $2,852.21 |

---

[2] *See* DE 652.

[3] Interest through 4/25/19; *per diem* thereafter: $69.35.

[4] Interest through 4/25/19; *per diem* thereafter: $31.95.

[5] Interest through 4/25/19; *per diem* thereafter: $22.31.

[6] Interest through 4/25/19; *per diem* thereafter: $3.17

**Total Sum:** $20,460.08

2. The Total Sum for each Kaplan Entity, for which let execution issue forthwith, shall initially bear post-judgment interest at 6.57%, as adjusted from time to time by the Chief Financial Officer of the State of Florida, as prescribed by § 55.03(1), Fla. Stat.

3. The Court retains jurisdiction to enter further appropriate orders.

Done and Ordered in Chambers at Tampa, Florida this 24th day of April, 2019.

ELIZABETH A. KOVACHEVICH
DISTRICT COURT JUDGE

Copies furnished to:

All counsel

**ELIZABETH A. KOVACHEVICH**
**UNITED STATES DISTRICT JUDGE**